UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                    CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                                CHAPTER 11

        Debtor.
_____/

SUMMARY OF CASE

AEM, INC. ("AEM" or the "Debtor"), hereby files its Summary of Case and states as follows:

I.    **Description of the Debtor's Business**.

1.    AEM is a Florida corporation, which was established on October 15, 2001 when it filed articles of incorporation with the State of Florida.

2.    AEM registered Mirabilis HR, as a fictitious name with the State of Florida on August 4, 2005 and began operating under that name.

3.    AEM operated as a professional employer organization ("PEO") until 2007, when it sold its assets and began self-liquidation after filing a notice of voluntary dissolution with the State of Florida on September 17, 2007.

4.    AEM is a wholly owned subsidiary of Mirabilis Ventures, Inc. ("MVI").

5.    On May 27, 2008, the directors of MVI added Michael E. Moecker as a Director, and, subsequently, the two existing directors of MVI resigned together with the President of MVI.

6.    By an Action of the Sole Director of MVI, dated May 27, 2008, Michael E. Moecker appointed R. W. Cuthill, Jr., as president of MVI until such time as he is

removed by the Court, the bankruptcy case is converted or dismissed, or a chapter 11 trustee is appointed.

## II. Locations of Debtor's Operations and Whether Leased or Owned

7. The Debtor has no business operations.

## III. Reasons for Filing Chapter 11

8. The Chapter 11 filing comes primarily as a result of an *in rem* civil forfeiture action filed by the United States of America against certain assets AEM, which effectively caused the Debtor to be unable to pursue claims and litigation against various third parties. In an effort to preserve equity for all of its creditors and other potential creditors, the Debtor filed its voluntary petition on June 5, 2008.

9. There currently is no litigation by the United States of America against AEM, nor has there been any tax assessment or lien filed against AEM.

## IV. List of officers and directors and their salaries and benefits at the time of filing and during the 1 year prior to filing.

10. MVI is the sole shareholder of the Debtor.

## V. Amounts Owed to Various Classes of Creditors.

11. The United States of America may assert a claim for 941 tax liability in the approximate amount of $189,000,000.00. Although the Debtor is uncertain as the any direct liability to the USA.

12. The Debtor believes there is approximately $3,000,000 dollars in unsecured debt owed to PEO clients serviced by AEM.

## VI. General description and approximate value of the Debtor's current and fixed assets.

13. The Debtor has approximately $305,000.00 on hand. The Debtor may own notes receivable in the approximate amount of $2,200,000.00. The Debtor was pursuing and is evaluating litigation against various third parties for fraudulent transfers, preferences and other causes of action, including former professionals of the Debtor, which could yield millions of dollars for the estate. In addition, the Debtor is continuing to investigate and evaluate assets and claims owned by it and its subsidiaries.

## VII. Number of employees and amounts of wages owed as of Petition Date.

14. As of the Petition Date, the Debtor has no employees and there are no prepetition wages due.

## VIII. Anticipated emergency relief to be requested within 14 days from the Petition Date.

15. The Debtor intends to file several motions to employ accountants and may seek to stay litigation in which AEM is a plaintiff.

**RESPECTFULLY SUBMITTED** this 20th day of June 2008

/s/ Elizabeth A.Green
Elizabeth A. Green, Esq.
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                              CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                          CHAPTER 11

        Debtor.
_____/

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the **SUMMARY OF CASE** has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; AEM, Inc. 341 N Maitland Ave, Suite 210, Maitland, Florida 32751; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 20th day of June 2008.

                                            /s/Elizabeth A. Green
                                            Elizabeth A. Green, Esquire