B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **AEM. Inc** _____,    Case No.  **6:08-bk-04681-KSJ**

                                        Debtor                             Chapter              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,966,316.07 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | 35,539.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 146,493.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 2,966,316.07 | | |
| Total Liabilities | | | | 182,033.77 | |

B6A (Official Form 6A) (12/07)

In re  **AEM. Inc**                                                                      , Case No. __6:08-bk-04681-KSJ__
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **AEM. Inc**                                                                                    Case No.  __6:08-bk-04681-KSJ__
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth/Third Bank Orlando, FL** | - | 30,188.03 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        30,188.03
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **AEM. Inc**                                                                 Case No.   **6:08-bk-04681-KSJ**
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Common Paymaster Corp** | - | 134,349.60 |
| | | **AQMI Strategy Corp** | - | 380,978.44 |
| | | **Wellington Capital Group Inc** | - | 110,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **O2 HR, LLC - Promissory Note, dated 06/01/2007 5050 W Lemon Street Tampa, FL  33609** | - | 1,960,800.00 |
| | | **Bond for temporary injunction in Progressive Employer Services, LLC (settled) Held by Clerk of Circuit Court Brevard County, FL** | - | 75,000.00 |
| | | **Progressive Employer Services, LLC Settlement Proceeds** | - | 275,000.00 |

Sub-Total >     2,936,128.04
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __AEM. Inc_____,                Case No. __6:08-bk-04681-KSJ_____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | License Agreement to use "Paysource" trade name Licensor: Paysource, Inc. 6500 Poe Avenue, 4th Fl Dayton, OH 45414 | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

                                                                    Sub-Total >              0.00
                                                              (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **AEM. Inc**                                                            Case No.   **6:08-bk-04681-KSJ**
                                                    ,
                                           Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Mirabilis Ventures Inc (funds paid to or on behalf of Mirabilis Ventures Inc)** | - | Unknown |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 2,966,316.07 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **AEM. Inc** _____,     Case No.   **6:08-bk-04681-KSJ**_____

                                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**    continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **AEM. Inc**                                                    Case No.   **6:08-bk-04681-KSJ**
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6**____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **AEM. Inc**                                                    Case No.   **6:08-bk-04681-KSJ**
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alabama Dept of Finance** <br> **Attn: Director of Finance** <br> **600 Dexter Ave Ste N-105** <br> **Montgomery, AL 36130** | | - | 2007 <br><br> **SUTA Taes** | | | | <br><br><br> 3,320.66 | 0.00 <br><br><br> 3,320.66 |
| Account No. <br><br> **CA Controller** <br> **Attn: John Chiang** <br> **PO Box 942850** <br> **Sacramento, CA 94250** | | - | 2007 <br><br> **SUTA Taxes** | | | | <br><br><br> 329.00 | 0.00 <br><br><br> 329.00 |
| Account No. <br><br> **GA Dept of Revenue** <br> **Attn: Executive Director** <br> **1800 Century Blvd NE** <br> **Atlanta, GA 30345-3205** | | - | 2007 <br><br> **SUTA Taxes due re Accts 90645609; 915074-09; 525583-01; 669703-01; 613589-01; 958588-06; R&J Restaurant Group; Allgeo/Yerkes Enterprises; and Macclenney Bar-B-Que** | | | | <br><br><br> 11,146.44 | 0.00 <br><br><br> 11,146.44 |
| Account No. <br><br> **Illinois Dept of Revenue** <br> **Attn: Executive Director** <br> **Springfield, IL 62794** | | - | 2007 <br><br> **SUTA Taxes** | | | | <br><br><br> 839.45 | 0.00 <br><br><br> 839.45 |
| Account No. <br><br> **Internal Revenue Service** <br> **Attn: Michele Sullivan** <br> **Cinncinnati, OH 45999-0038** | | - | as of 05/2008 <br><br> **Payroll Taxes** | | | | **Unknown** <br><br><br> **Unknown** | **Unknown** <br><br><br> 0.00 |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 15,635.55 | 15,635.55 |

B6E (Official Form 6E) (12/07) - Cont.

In re __**AEM. Inc**_____,    Case No. __**6:08-bk-04681-KSJ**_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. **Additional Notice: Internal Revenue Service** | | | | Internal Revenue Service 850 Trafalgar Court Ste 200 Group 3300 Maitland, FL 32751 | | | | | | |
| Account No. **Additional Notice: Internal Revenue Service** | | | | Internal Revenue Service Centralized Insolvency Ops PO Box 21126 Philadelphia, PA 19114 | | | | | | |
| Account No. **Additional Notice: Internal Revenue Service** | | | | Office of the US Attorney c/o AUSA Nicole M Andrejko 501 W Church Street Orlando, FL 32805 | | | | | | |
| Account No. **KY Dept of Revenue Attn: Executive Director Frankfort, KY 40602** | - | | | 2007 SUTA Taxes for Days Inn/Scottish Inn | | | | 15.52 | 0.00 15.52 | |
| Account No. **LA Dept of Revenue Attn: Executive Director 617 North Third Street Baton Rouge, LA 70802** | - | | | 2007 SUTA Taxes for Network Expert LLC | | | | 189.00 | 0.00 189.00 | |

Sheet __**2**___ of __**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 204.52 | 204.52 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __AEM. Inc__ _____,    Case No. __6:08-bk-04681-KSJ__
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | |
| MA Dept of Revenue Attn:  Executive Director 100 Cambridge St Boston, MA 02150 | | | SUTA Taxes for Dolphin Transport; Molly Malones of Mount Dora; and PBTT Inc | | | | 0.00<br><br>186.93 | 186.93 |
| Account No. | | | | | | | | |
| Additional Notice: MA Dept of Revenue | | | MA Dept of Revenue Attn:  Lit Bureau-Bkry Unit 100 Cambridge St, 7th Fl Boston, MA 02114 | | | | | |
| Account No. | | | 2007 | | | | | |
| MI Department of Treasury Attn:  Executive Director Lansing, MI 48922 | | | SUTA Taxes | | | | 0.00<br><br>5,827.76 | 5,827.76 |
| Account No. | | | 2007 | | | | | |
| MI State Tax Commission Attn:  Executive Director PO Box 1033 Jackson, MI 39215-1033 | | | SUTA Taxes for Acct No. 50045; 51472; and Dolphin Transportation | | | | 0.00<br><br>945.00 | 945.00 |
| Account No. | | | 2007 | | | | | |
| NC Department of Revenue Attn:  Executive Director 501 N Wilmington St Raleigh, NC 27604 | | | SUTA Taxes | | | | 0.00<br><br>7,700.65 | 7,700.65 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 |
|---|
| 14,660.34 | 14,660.34 |

B6E (Official Form 6E) (12/07) - Cont.

In re __AEM. Inc_____,          Case No. __6:08-bk-04681-KSJ_____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NJ Dept of the Treasury<br>Attn:  Executive Director<br>PO Box 002<br>Trenton, NJ 08625-0002** | | - | 2007<br><br>SUTA Taxes | | | | 982.32 | 0.00 | 982.32 |
| Account No.<br><br>**NY Dept of Taxation<br>Attn:  Executive Director<br>Bld 9 WA Harriman Campus<br>Albany, NY 12227** | | - | 2007<br><br>SUTA Taxes | | | | 2,077.80 | 0.00 | 2,077.80 |
| Account No.<br><br>**Additional Notice:<br>NY Dept of Taxation** | | | **NY Dept of Taxation<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300** | | | | | | |
| Account No.<br><br>**Ohio Dept of Taxation<br>Attn:  Executive Director<br>30 E Broad St, 22nd Fl<br>Columbus, OH 43215** | | - | 2007<br><br>SUTA Taxes | | | | 300.66 | 0.00 | 300.66 |
| Account No.<br><br>**OK Tax Commission<br>Attn:  Executive Director<br>2501 N Lincoln Blvd<br>Oklahoma City, OK 73194** | | - | 2007<br><br>SUTA Taxes | | | | 42.38 | 0.00 | 42.38 |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| 3,403.16 | 3,403.16 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **AEM. Inc**                                            Case No.   **6:08-bk-04681-KSJ**
                        _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | 2007 | | | | | |
| PA Dept of Revenue Attn: Executive Director Harrisburg, PA 17128 | - | | | | | SUTA Taxes | | | | | 0.00 |
| | | | | | | | | | | 224.26 | 224.26 |
| Account No. | | | | | | 2007 | | | | | |
| SC Dept of Revenue Attn: Executive Director PO Box 125 Columbia, SC 29214 | - | | | | | SUTA Taxes for Acct No 342885; 293434-1; 332479-1; 302668; 048730-1; 323000-1; 284066-1; 339699-1; 299363-1; 357240-1; 191369-1; 378202-1; 412133-1; 409479-1; 350283; 386096; 421919-1; 388979-1; 399697-1; Astre LLC; and Poole's Reconstr | | | | | 0.00 |
| | | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | 2007 | | | | | |
| TN Dept of Revenue Attn: Executive Director Andrew Jackson Bldg, Rm 1200 Nashville, TN 37242-1099 | - | | | | | SUTA Taxes | | | | | 0.00 |
| | | | | | | | | | | 435.13 | 435.13 |
| Account No. | | | | | | 2007 | | | | | |
| TX Workforce Commission Attn: Executive Director 101 E 15th St, Ste 540 Austin, TX 78778-0001 | - | | | | | SUTA Taxes | | | | | 0.00 |
| | | | | | | | | | | 315.87 | 315.87 |
| Account No. | | | | | | 2007 | | | | | |
| VA Dept of Taxation Attn: Executive Director 3610 W Broad Street Richmond, VA 23220 | - | | | | | SUTA Taxes | | | | | 0.00 |
| | | | | | | | | | | 392.00 | 392.00 |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                   0.00
(Total of this page)    1,367.26    1,367.26

B6E (Official Form 6E) (12/07) - Cont.

In re __AEM. Inc__ , Case No. __6:08-bk-04681-KSJ__
_____ 
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | |
| WA Dept of Revenue Attn: Executive Director 6500 Linderson Way Tumwater, WA 98504 | | - | SUTA Taxes | | | | 163.42 | 0.00 163.42 |
| Account No. | | | 2007 | | | | | |
| WI Dept of Revenue Attn: Secretary of Revenue PO Box 8933, Mail Stop 624-A Madison, WI 53708-8933 | | - | SUTA Taxes | | | | 105.57 | 0.00 105.57 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 268.99 | 0.00 268.99 |
| Total (Report on Summary of Schedules) | 35,539.82 | 0.00 35,539.82 |

B6F (Official Form 6F) (12/07)

In re   **AEM. Inc**                                                    Case No.   **6:08-bk-04681-KSJ**
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allgeo & Yerkes Enterprises**<br>**Attn:  President/Gen Mgr**<br>**3270 Suntree Blvd, Ste 110**<br>**Melbourne, FL 32940** | - | | 2007<br>SUTA Taxes-Georgia | | | | 70.45 |
| Account No.<br><br>**American Restaurant Concepts**<br>**Attn:  President/Gen Mgr**<br>**14476 Duval Place W #103**<br>**Jacksonville, FL 32218** | - | | 2007<br>SUTA Taxes-Georgia | | | | 1,844.79 |
| Account No.<br><br>**Astre, LLC**<br>**c/o Curtis Woods, RA**<br>**7 Amy Elsey Drive**<br>**Charleston, SC 29407** | - | | 2007<br>SUTA Taxes-South Carolina | | | | 1,001.34 |
| Account No.<br><br>**BC Acceptance Corp**<br>**c/o Steve Lovell, RA**<br>**2015 H West Evans St**<br>**Florence, SC 29501** | - | | 2007<br>SUTA Taxes-South Carolina | | | | 976.34 |

<u>  8  </u>   continuation sheets attached

Subtotal<br>(Total of this page)    **3,892.92**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29566-080701   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **AEM. Inc**
_____ ,
Debtor

Case No. __6:08-bk-04681-KSJ__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 SUTA Taxes-South Carolina | | | | |
| **Code Three Restaurant Group** c/o Jamie Besset-Crisp, RA 5860 Peachtree Rd Myrtle Beach, SC 29588 | | - | | | | | | 3,985.04 |
| Account No. | | | | 2007 SUTA Taxes-South Carolina | | | | |
| **Community Foundation of the Lowcountry Inc** c/o Dianne Garnett, RA 4 Northridge Dr Hilton Head Island, SC 29926 | | - | | | | | | 434.00 |
| Account No. | | | | 2007 SUTA Taxes-Kentucky | | | | |
| **Days Inn/Scottish Inn** Unknown | | - | | | | | | 15.52 |
| Account No. | | | | 2007 SUTA Taxes-Massachusetts ($158) SUTA Taxes-Mississippi ($189) | | | | |
| **Dolphin Transportation** Unknown | | - | | | | | | 347.00 |
| Account No. | | | | 05/2008 Trade Debt | | | | |
| **EVEPS Inc** aka Security Imaging Systems Attn: President/Gen Mgr 1734 Grand Island Blvd Grand Island, NY 14072 | | - | | | | | | 369.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,150.56

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __AEM. Inc__ , Case No. __6:08-bk-04681-KSJ__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 SUTA Taxes-South Carolina | | | | |
| Express Care, LLC c/o J Shah, Reg Agent 196 Cardiology Drive Rock Hill, SC 29732 | - | | | | | | 798.07 |
| Account No. | | | 2007 SUTA Taxes-South Carolina | | | | |
| Fire Brigade Restaurant Grp c/o Iraj Ghorbani, RA 450 Ashley Oaks Dr Moore, SC 29369 | - | | | | | | 1,198.71 |
| Account No. | | | 2007 SUTA Taxes-South Carolina | | | | |
| Gann, Inc c/o John B Butler, Jr, RA 3126 Beltline Blvd Columbia, SC 29204 | - | | | | | | 534.22 |
| Account No. | | | 2007 SUTA Taxes-South Carolina | | | | |
| Great Southern Inc c/o Carol Aldrich, RA 1215 Hwy 278, Ste 4 Hilton Head Island, SC 29926 | - | | | | | | 1,596.66 |
| Account No. | | | 2007 SUTA Taxes--South Carolina | | | | |
| Herman Bout Unknown | - | | | | | | 1,768.79 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 5,896.45

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __AEM. Inc_____,    Case No. __6:08-bk-04681-KSJ_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 SUTA Taxes-South Carolina | | | | |
| Howard Acceptance, Inc c/o David W Howard, RA 1310 N Longstreet St Kingstree, SC 29556 | | - | | | | | | 333.76 |
| Account No. | | | | 2007 SUTA Taxes-South Carolina | | | | |
| Industrial Alignment c/o T L Rish, Reg Agent US Hwy 1 Columbia, SC | | - | | | | | | 1,206.99 |
| Account No. | | | | 2007 SUTA Taxes-Mississippi | | | | |
| Innomed Technologies Inc Attn:  President/Gen Mgr 6601 Lyons Road, Bld B1,4 Coconut Creek, FL 33073 | | - | | | | | | 756.00 |
| Account No. | | | | 05/2008 Legal Fees | | | | |
| Jackson Lewis. LLP Attn:  Managing Partner 390 N Orange Ave Ste 1285 Orlando, FL 32801 | | - | | | | | | 19,582.06 |
| Account No. | | | | 2007 SUTA Taxes-South Carolina | | | | |
| L&L Management Corp c/o Steve Lovell, RA 2015 H West Evans St Florence, SC 29501 | | - | | | | | | 3,501.42 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    25,380.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **AEM. Inc**                                                              Case No.  **6:08-bk-04681-KSJ**
                                                    ,
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MacClenny Bar-B-Q**<br>**Attn:  President/Gen Mgr**<br>**PO Box 442**<br>**Ponte Vedra Beach, FL 32004** | | - | 2007<br>SUTA Taxes-Georgia | | | | 67.25 |
| Account No.<br><br>**Mirabilis Ventures Inc**<br>**c/o RW Cuthill, Pres**<br>**341 N Maitland Ave, Ste 210**<br>**Maitland, FL 32751** | | - | 2007<br>Unknown<br>    Subject to setoff. | | | X | Unknown |
| Account No.<br><br>**Molly Malones of Mt Dora**<br>**c/o Wm Smolinsky, Reg Agent**<br>**1901 Helmly Terrace**<br>**Deltona, FL 32725** | | - | 2007<br>SUTA Taxes-Massachusetts | | | | 4.84 |
| Account No.<br><br>**Network Expert LLC**<br>**Unknown** | | - | 2007<br>SUTA Taxes-Louisiana | | | | 189.00 |
| Account No.<br><br>**Nikita Hotels LLC II**<br>**c/o P K Patel, Reg Agent**<br>**5 Queen Anne Court**<br>**Ormond Beach, FL 32174** | | - | 2007<br>SUTA Taxes-South Carolina | | | | 1,558.91 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,820.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **AEM. Inc**                                          Case No.   **6-08-bk-04681-KSJ**
                                                    ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 SUTA Taxes-Massachusetts | | | | |
| **PBTT Inc** c/o John Critchett, Reg Agnt 5900 Georgia Avenue West Palm Beach, FL 33405 | | - | | | | | | 24.09 |
| Account No. | | | | 2007 SUTA Taxes-Georgia | | | | |
| **People Plus Inc** Attn: President/Gen Mgr 781 Crossfire Ridge Marietta, GA 30064 | | - | | | | | | 436.39 |
| Account No. | | | | 2007 SUTA Taxes-South Carolina | | | | |
| **Poole's Reconstruction** c/o M Jerome Poole, RA 901 Haddonfield Dr Fort Mill, SC 29715 | | - | | | | | | 218.39 |
| Account No. | | | | 2007 Management Services Contract (fna Paradyme, Inc) | | | X | |
| **Presidion Solutions VI, Inc** c/o Frank Amodeo Wellington Capital Group Inc 3660 Maguire Blvd, Ste 102 Orlando, FL 32803 | | - | | | | | | Unknown |
| Account No. | | | | 2007 Management Services Contract (fka Professional Benefit Solutions, Inc) | | | X | |
| **Presidion Solutions VII Inc** c/o  Frank Amodeo Wellington Capital Group Inc 3660 Maguire Blvd, Ste 102 Orlando, FL 32803 | | - | | | | | | Unknown |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             678.87

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __AEM. Inc_____,  Case No. __6:08-bk-04681-KSJ_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J | C | | | | | |
| Account No. | | | | | | 2007 SUTA Taxes-South Carolina | | | | |
| Price Enterprises Inc c/o John L Price, RA 1110 Clarement St Florence, SC 29501 | | - | | | | | | | | 452.33 |
| Account No. | | | | | | 2007 SUTA Taxes-Georgia | | | | |
| R&J Restaurant Group Attn: President/Gen Mgr PO Box 3656 Milton, FL 32572 | | - | | | | | | | | 2,524.69 |
| Account No. | | | | | | 2007 SUTA Taxes-South Carolina | | | | |
| R&T Enterprises LLC c/o R H McDougall III, RA 2808 Devine Street Columbia, SC 29205 | | - | | | | | | | | 186.04 |
| Account No. | | | | | | 2007 SUTA Taxes-South Carolina | | | | |
| Scentria Corp, fna HopeRose c/o Michael Hammond, RA 103 S Pine Street Spartanburg, SC 29302 | | - | | | | | | | | 182.00 |
| Account No. | | | | | | 2007 SUTA Taxes-South Carolina | | | | |
| Second Alarm Restaurant Grp c/o Kevin Hatton, RA 1970 Governors Landing #204 Murrells Inlet, SC 29576 | | - | | | | | | | | 1,670.13 |

Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  5,015.19

B6F (Official Form 6F) (12/07) - Cont.

In re __AEM. Inc_____,    Case No. __6:08-bk-04681-KSJ_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 SUTA Taxes-Georgia | | | | |
| Soft Solutions Inc Attn: President/Gen Mgr 2900 Chamblee Tucker Rd Bldg 12-200 Atlanta, GA 30341 | | - | | | | | | 499.84 |
| Account No. | | | | 2007 Unknown | | | | |
| Titanium Technologies 2875 S Orange Ave Ste 500, PMB Orlando, FL 32801 | | - | | | | | X | 92,088.59 |
| Account No. | | | | 2007 SUTA Taxes-South Carolina | | | | |
| TLC Enterprise Inc c/o Terri Lynn Crowley 414 1/2 M Avenue Cayce, SC 29033 | | - | | | | | | 1,474.46 |
| Account No. | | | | 2007 SUTA Taxes-Georgia | | | | |
| Turn 4 Wings of Hilliard Attn: President/Gen Mgr 555026 US Hwy 1 Hilliard, FL 32046 | | - | | | | | | 60.20 |
| Account No. | | | | 2007 SUTA Taxes-Georgia | | | | |
| Wm Taylor Custom Homes Inc Attn: President/Gen Mgr 1110 Swift Creek Greensboro, GA 30642 | | - | | | | | | 1,186.00 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,309.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **AEM. Inc**                                                       Case No.   **6:08-bk-04681-KSJ**
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 SUTA Taxes-Georgia | | | | |
| **World Touch Gaming Inc Attn: President/Gen Mgr 1420 Oak Industrial Lane Cumming, GA 30041** | - | | | | | | | 3,350.64 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,350.64 |
| | Total (Report on Summary of Schedules) | 146,493.95 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **AEM, Inc**                                           ,       Case No.  **6:08-bk-04681-KSJ**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **AEM, Inc**                                                                         Case No.   **6:08-bk-04681-KSJ**
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re

AEM, INC.,                                    **CASE NO. 6:08-bk-04681-KSJ**

               **Debtor.**                          **CHAPTER 11**

_____/

### CHAPTER 11 DEBTOR'S DECLARATION UNDER
### PENALTY OF PERJURY CONCERNING BANKRUPTCY
### SCHEDULES OF DEBTOR, AEM, INC.

I, **R.W. CUTHILL, JR.,** as President of Mirabilis Ventures, Inc., the sole shareholder of

AEM, Inc. (the "Debtor") in this case, declare under penalty of perjury under the law of the

United States of America, that I have read the foregoing Summary and Schedules (collectively,

the "Schedules"), consisting of _25_ sheets, that the Schedules are based on information that I

have been able to identify, locate and obtain from the Debtor's books and records available to me

since my appointment as President, and that the Schedules are true and correct to the best of my

knowledge, information and belief.

Date: _7/11/08_                    Signature: _____

                                            R.W. Cuthill, Jr.
                                            as President, Mirabilis Ventures, Inc.
                                            Sole Shareholder of AEM, Inc.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571_