B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **AEM. Inc** Debtor(s) Case No. **6:08-bk-04681-KSJ** Chapter **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$324,241.45** | **Liquidation of business**<br>**01/01/2007 - 12/31/2007** |

| AMOUNT | SOURCE |
| --- | --- |
| **$-60,000.00** | **Liquidation of business 01/01/2008 - 06/18/2008** |

**3. Payments to creditors**

None ■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See attached SoFA Composite Exhibit 3b, c & 23** | | **$0.00** | **$0.00** |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See attached SoFA Composite Exhibit 3b, c & 23** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **AEM v. Progressive Employer Svcs Case No 05-2007-CA-6526** | | **Circuit Court Brevard Cty, FL** | **In settlement negotiations** |
| **Southwest Doctors PA vs. AEM Case No. 2007-12920** | | **Harris Cty, Tx** | **Pending (bankrutpcy)** |
| **Unemployment Specialists Inc vs AEM Case No 07-338-CO-54** | | **Pinellas Cty, FL** | **Settled** |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Paysource Inc & Bob Sacco vs. AEM Case No 3:07-cv-0129** | | **US District Court SD Ohio** | **Pending** |
| **AEM, et al. vs. Stratis Authority Inc, et al. Case No. 07-CA-13826** | | **Circuit Court Orange Cty, FL** | **Judgment entered in favor of plaintiff** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801** | **05/27/2008** | **$100,219.50<br>Shared advance for post-petition services and expenses in connection with this case and the related cases of its parent: Mirabilis Ventures, Inc., Case No 6:08-bk-4327, and a subsidiary: Hoth Holdings, LLC, Case No 6:08-bk-4328.** |
| **Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801** | **05/27/2008** | **$23,381.50<br>Shared prepetition services and expenses in connection with this case and the related cases of its parent: Mirabilis Ventures, Inc., Case No 6:08-bk-4327, and a subsidiary: Hoth Holdings, LLC, Case No 6:08-bk-4328.** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None □ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8095 NW 12th St, Ste 301<br>Doral, FL 33126** | **AEM, Inc, dba Mirabilis HR<br>(branch office)** | **Unknown** |
| **8789 San Jose Blvd, Stes 102-103<br>Jacksonville, FL 32217** | **AEM, Inc, dba Mirabilis HR<br>(branch office)** | **Unknown** |
| **1440 W Indiantown Rd, Ste 100<br>Jupiter, FL 33458** | **AEM, Inc, dba Mirabilis HR** | **08/2005 - 05/2007** |
| **2204 Sarno Rd<br>Melbourne, FL 32935** | **AEM, Inc, dba Mirabilis HR<br>(regional office)** | **08/2005-05/2007** |
| **2780 S Horseshoe Dr, Ste 7<br>Naples, FL 32119** | **AEM, Inc, dba Mirabilis HR** | **2006** |
| **4035 - 1st Street W<br>Sanford, FL 32771** | **AEM, Inc, dba Mirabilis HR** | **01/2007-05/2007** |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **20 N Orange Avenue**<br>**Suite 1400**<br>**Orlando, FL 32801** | **AEM, Inc, dba Mirabilis HR** | **09/2006-01/2007** |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michelle Claussen** | |
| **Michelle Cline** | |
| **Debra J Cole, CPA** | |
| **Michael A Stanley, CPA** | |
| **Robert Marchewka** | |
| **Soone Business Development Inc**<br>**3660 Maguire Blvd, Ste 103**<br>**Orlando, FL 32803** | |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Soone Business Development Inc** | **3660 Maguire Blvd, Ste 103<br>Orlando, FL 32803** |
| **LM Liquidators** | **1604 Premier Row<br>Orlando, FL** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mirabilis Ventures Inc<br>c/o RW Cuthill, Pres<br>341 N Maitland Ave, Ste 210<br>Maitland, FL 32751** | **Sole Shareholder** | **100% shareholder** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Jodi Jaiman**<br>**533 Tuten Trail**<br>**Orlando, FL 32828** | **Director/President** | **09/2007** |
| **Shane Williams**<br>**150 E Robinson Street**<br>**Unit 1812**<br>**Orlando, FL 32801** | **Director/Vice President/Secretary** | **09/2007** |
| **Michael A Stanley** | **Director/President** | **03/29/2007** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See attached**<br>**SoFA Composite**<br>**Exhibit 3b, c & 23** | | |

**24. Tax Consolidation Group.**

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Mirabilis Ventures, Inc.** | **20-1833196** |

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

SoFA COMPOSITE
EXHIBIT 3b, c & 23

6/6/2008
9:48 AM

# AEM, Inc.

## Disbursement Report

**Disbursements from Quickbooks File 5/29/07 thru 3/31/08**

| Expense Category | Source | Type | Date | Num | Name | Memo | | Original Amount |
|---|---|---|---|---|---|---|---|---|
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 05/29/2007 | 1008 | Associated Credit Services, Inc. | Mirabilis HR balance due to Zephyrhills/Perrier Group | | 424.72 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 09/07/2007 | 1050 | AT&T | Final Settlement TenShi/AT&T | | 20,234.43 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 05/29/2007 | 1009 | Benham Protective Services | Account 1002-1586 | | 231.12 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 01/30/2008 | Wire | Berkowitz, Oliver, Williams, LLP (ED Files Settlement) | Ed Files settlement per agreement | | 75,000.00 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 07/30/2007 | wire | Blue Ridge Bank | Purchase assets of Two Wheel Tunes | | 46,191.42 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/24/2007 | 1064 | Browning Healthcare | Patient Aaron Bates, Account # 33143 | | 1,500.00 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 01/31/2008 | cashier chk | Charlotte Regional Medical Center | Settlement for Michelle Donelson | | 4,000.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1035 | Cintas Document Managment | Customer 114 Paid-in-full. PLEASE close account | | 876.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | cashier chk | Edward Files (Not sent) | Settlement w/ Edward Files (2 wheel tunes)-Funds UNUSED & Redeposited | | 100,000.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 05/29/2007 | 1010 | FCX, LLC | | | 867.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/05/2007 | 1049 | FedEx Customer Information Services, Inc. | Mirabilis Hr Invoices | | 7,623.87 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 09/19/2007 | | Fifth Third Bank | Service charge | | 50.00 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 12/14/2007 | Debit | Fifth Third Bank | Service charge | | 67.00 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 01/15/2008 | debit | Fifth Third Bank | Service charge | | 42.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/14/2007 | 1025 | Florida Health Care Plans | Pmt in full: Groups 000664 & 00D664 April, 2007 premiums | | 49,373.83 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/11/2007 | 1057 | Florida Hospital Medical Center | Settlement Payoff for Acct 17483744 (Flynn) | | 11,578.23 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | cashier chk | Florida Hospital Medical Center | Chere Shank settlement | | 3,800.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/09/2007 | 1020 | Florida Power & Light Company | Final Payment - Acct 40322-18549 | | 64.91 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 08/09/2007 | 1021 | Florida Power & Light Company | Account 63511-22392 FINAL PAYMENT | | 94.88 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1037 | Florida Pure Water Company | Account 82917 paid-in-full. PLEASE close acct. | | 75.63 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/11/2007 | 1059 | Galloway Office Supplies | Outstanding invoices | | 1,715.97 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1038 | Guardian Legal | Group ID 10 PBC 87 Paid in Full | | 445.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/31/2007 | 1045 | Holmes Regional Medical Center | Settlement of Jeffrey Spence claim | | 26,970.37 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 12/28/2007 | 1077 | Holmes Regional Medical Center | Settlement of Ghyslain Nepton | | 1,976.19 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 12/28/2007 | 1078 | Holmes Regional Medical Center | Settlement of Bruce Wadleigh Bill | | 3,183.25 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1040 | IBF Group | Invoice 245358 Paid-in-full | | 149.07 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/23/2007 | 1034 | Incorporating Services, Ltd. | Registered Agent services | | 135.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/31/2007 | 1046 | Jupiter Medical Center | Settlement of Marcia W. Azoy claim | | 20,000.00 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 01/11/2008 | wire | Martin, Pringle, Oliver, Wallace & Baur | Settlement funds for KC Lease to be held in trust | | 100,000.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 01/16/2008 | Cashier Chk | Matglostores, Inc. | Mirabilis release as guarantor on Frank's Crispies Lease | | 250,000.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 01/29/2008 | Cashier Chk | Morton Plant Hospital | Kjell Jansson Settlement | | 4,050.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1042 | OM Managment, Inc. | Invoices 24629,25108,25574,26059,26534,26560,27615,28144 | | 455.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1043 | PayScale | Invoice 6132 PLEASE CLOSE ACCOUNT | | 425.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 01/02/2008 | 1079 | Pitney Bowes Credit Corp | Ref# 009235075. Acct: PP5 8000900007882370 | | 376.89 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/05/2007 | 1048 | Principal Financial Group | | | 73,746.21 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/10/2007 | 1054 | Principal Financial Group | Settle Dana Shult Claim # 298839846-PF | | 491.04 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | Cashier Chk | Principal Life Insurance Company | Common Paymaster settlement | | 50,000.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/04/2007 | 1047 | Robin Moore | Pmt of Flex Spending Account | | 576.96 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 05/29/2007 | 1012 | Sante Communications | Invoice 20072826 | | 105.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/10/2007 | 1053 | Southwest Internal Medicine Specialists | Pyment in Full for patient Aaron Bates | | 228.48 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/09/2007 | 1023 | Spherion | Settlement of all Mirabilis HR invoices | | 4,285.95 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 01/22/2008 | Cashier Chk | St. Anthony's Hospital | Theresa Kurtzner Settlement | | 31,865.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 12/27/2007 | 1076 | St. Cloud Regional Hospital | Settlement of Alaundra Miller Account | | 3,937.00 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/09/2007 | 1022 | Standard Coffee Service | 5 Open invoices for Account 09597336 | | 1,128.94 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 08/17/2007 | 1032 | Stanfield Building Services | Settlement of Invoices 487, 503, 525, 528 | | 607.50 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 05/29/2007 | 1015 | Zeno Office Solutions | Invoice 261408 | | 105.91 |
| Creditor settlement | AEM Quickbook Disbursement | Bill Pmt -Check | 09/11/2007 | 1058 | Zeno Office Solutions | Invoice 241360. PLEASE CLOSE ACCT. | | 356.71 |
| **Creditor settlement Total** | | | | | | | | **894,411.48** |
| Loan | AEM Quickbook Disbursement | Bill Pmt -Check | 08/30/2007 | wire | AllStaff Management Inc | Paysource did not remite AllStaff taxes, therefore, Pmt for protection of IRS Assets | 92,088.59 | |
| Loan | AEM Quickbook Disbursement | General Journal | 12/28/2007 | 122708 | AQMI funds for Mirabilis Ventures, Inc. | Feb 2008 mgmt services paid to AQMI on behalf of MVI | 150,000.00 | |
| Loan | AEM Quickbook Disbursement | General Journal | 12/31/2007 | 122709 | AQMI funds for Mirabilis Ventures, Inc. | March MVI monthly service fee to AQMI, paid by AEM | 150,000.00 | |
| Loan | AEM Quickbook Disbursement | General Journal | 08/23/2007 | | AQMI Strategy Corp. | Mgmt Svcs pmt to AQMI for outstanding MVI invoices for May, June, July & Sept 2007 | 341,000.00 | |
| Loan | AEM Quickbook Disbursement | Bill Pmt -Check | 09/14/2007 | Transfer | AQMI Strategy Corp. | Paid $50k of $150k due from MVI to AQMI for Oct 2007 Mgmt services | 50,000.00 | |
| Loan | AEM Quickbook Disbursement | Check | 10/03/2007 | Transfer | AQMI Strategy Corp. | Portion of 10/2007 mgmt svc pmt, deposited into AQMI | 15,000.00 | |

SoFA COMPOSITE
EXHIBIT 3b, c & 23

| Expense Category | Source | Type | Date | Num | Name | Memo | Original Amount |
|---|---|---|---|---|---|---|---|
| Loan | AEM Quickbook Disbursement | Check | 10/03/2007 | cashier chk | AQMI Strategy Corp. | Portion of 10/2007 mgmt svc pmt, cc to AQMI | 33,746.21 |
| Loan | AEM Quickbook Disbursement | Check | 10/03/2007 | Transfer | AQMI Strategy Corp. | Portion of 10/2007 mgmt svc pmt, payable to A. Brian Phillips | 15,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 10/03/2007 | Transfer | AQMI Strategy Corp. | Portion of 10/2007 mgmt svc pmt, payable to Ron Sachs Communications | 10,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 10/11/2007 | Transfer | AQMI Strategy Corp. | Transfer to AQMI for MVI's Oct '07 Mgmt Svc Agmt | 20,000.00 |
| Loan | AEM Quickbook Disbursement | Bill Pmt -Check | 11/15/2007 | Transfer | AQMI Strategy Corp. | MVI's balance of November Mgmt services | 143,000.00 |
| Loan | AEM Quickbook Disbursement | Bill Pmt -Check | 11/15/2007 | Transfer | AQMI Strategy Corp. | Loan from AEM to AQMI Strategy | 50,000.00 |
| Loan | AEM Quickbook Disbursement | General Journal | 11/20/2007 | | AQMI Strategy Corp. | Paid to AQMI on behalf of MVI for Dec 2007 mgmt fees | 125,000.00 |
| Loan | AEM Quickbook Disbursement | Bill Pmt -Check | 12/06/2007 | Transfer | AQMI Strategy Corp. | Payment to AQMI for MVI Dec 2007 Invoice | 15,000.00 |
| Loan | AEM Quickbook Disbursement | Bill Pmt -Check | 12/20/2007 | Transfer | AQMI Strategy Corp. | Payment to AQMI for MVI January 2008 Invoice | 150,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 01/08/2008 | Transfer | AQMI Strategy Corp. | Pmt to AQMI on behalf of MVI towards $554k "Liberty" claim | 400,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 01/29/2008 | Transfer | AQMI Strategy Corp. | Pmt to AQMI on behalf of MVI towards $554k "Liberty" claim | 154,021.56 |
| Loan | AEM Quickbook Disbursement | Check | 01/29/2008 | Transfer | AQMI Strategy Corp. | Advances to AQMI to cover AEM/MVI obligations/expenses | 45,978.44 |
| Loan | AEM Quickbook Disbursement | Check | 01/29/2008 | | AQMI Strategy Corp. | per bank statement | 200,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 02/12/2008 | Transfer | AQMI Strategy Corp. | Advances to AQMI to cover AEM/MVI obligations/expenses | 50,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 02/26/2008 | Transfer | AQMI Strategy Corp. | Advances to AQMI to cover AEM/MVI obligations/expenses | 50,000.00 |
| Loan | AEM Quickbook Disbursement | Bill Pmt -Check | 11/26/2007 | 1073 | Common Paymaster Corporation | Loan to CPC | 4,500.00 |
| Loan | AEM Quickbook Disbursement | Check | 12/03/2007 | 1074 | Common Paymaster Corporation | Loan for Healthcare claim Settlement - Nancy Baez | 4,706.21 |
| Loan | AEM Quickbook Disbursement | General Journal | 08/17/2007 | | Mirabilis Ventures, Inc. | Transfer to MVI | 150,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 09/19/2007 | Transfer | Mirabilis Ventures, Inc. | Transfer online | 50.00 |
| Loan | AEM Quickbook Disbursement | Bill Pmt -Check | 11/15/2007 | Transfer | Mirabilis Ventures, Inc. | Loan to Mirabilis Ventures, Inc. | 75,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 01/09/2008 | Transfer | Mirabilis Ventures, Inc. | Loan to MVI | 10,000.00 |
| Loan | AEM Quickbook Disbursement | Check | 01/04/2008 | Transfer | Wellington Capital Group | Loan from AEM to Wellington Capital | 110,000.00 |
| **Loan Total** | | | | | | | 2,614,091.01 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/10/2007 | 1024 | Accountemps | Settlement of Mirabilis HR invoices | 2,400.07 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 01/03/2008 | 1080 | Bank of America | Request for Bank Statements | 3,050.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 01/04/2008 | 1091 | Briggs Core Solutions | Executive Protection Retainer | 25,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/02/2007 | 1006 | Creative Insurance Concepts, Inc. | Payment #2 for managment of WC Claims | 25,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 09/07/2007 | 1051 | Creative Insurance Concepts, Inc. | Payment #3 (Sept 2007) for managment of WC Claims | 10,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 09/11/2007 | 1055 | Creative Insurance Concepts, Inc. | Payment #3 (Sept 2007) for managment of WC Claims | 10,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 11/15/2007 | wire | Creative Insurance Concepts, Inc. | Managment of WC Claims 9/07 - 12/31/08 | 300,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/09/2007 | 1017 | Doctors Care | Dennis Holman Acct# BT60276 | 60.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 10/26/2007 | 1067 | Doctors Care | Franklin Cooper, Wendell Green & Charlie Jones, Jr. Drug Testing | 100.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1036 | Doctor's Walk-In Clinic | Account 723302. Paid in full. | 44.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 07/16/2007 | | Fifth Third Bank | Service Charge | 25.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 08/13/2007 | | Fifth Third Bank | Service Charge | 50.00 |
| Creditor settlement | AEM Quickbook Disbursement | Check | 02/14/2008 | | Fifth Third Bank | Service charge | 240.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 03/14/2008 | debit | Fifth Third Bank | Service charge | 25.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/14/2007 | 1028 | Health Care Center of Miami | 13 outstanding Mirabilis HR invoices | 130.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1039 | Health Care Center of Miami | Invoices 18145, 19023, 19471, 19935, 20363, 20449 | 80.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 11/05/2007 | 1068 | Health Care Center of Miami | | 35.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/09/2007 | 1018 | Healthworks | Invoices 401278-0307 & 7025-0407 | 33.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/14/2007 | 1029 | Helen Ellis Occupational Health Services | Invoices 69264 & 68638 | 120.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/20/2007 | 1033 | Humberto Reyes | Settlement of Jose Leal Enterprises work comp claim | 100.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 09/17/2007 | 1062 | Immediate Care Center | Mary G. Vinson Bill# 3438943 | 40.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | cashier chk | Insight | Microsoft Licenses | 14,633.66 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/15/2007 | Wire | James E. Baiers | 3010052508 | 12,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 02/01/2008 | 1105 | Jodi Jaiman | Expense Reimbursement | 120.28 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/09/2007 | 1019 | Lee Physician Services | Chris Willoughby & Danny Allison | 50.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 03/04/2008 | 1108 | LM Liquidator | Payment per annual agreement for services | 5,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 03/12/2008 | 1109 | LM Liquidator | Payment per annual agreement for services | 1,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 09/11/2007 | 1056 | LM Liquidators | COots associated with marshaling AEM & MVI assets | [illegible],000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/08/2008 | 1093 | LM Liquidators | COots associated with marshaling AEM & MVI assets | [illegible],000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 01/11/2008 | 1100 | LM Liquidators | Payment for Microsoft Licenses | 14,650.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/14/2008 | 1101 | LM Liquidators | Costs associated w/ IT, marshaling assets, etc. | 10,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/14/2008 | cashier chk | LM Liquidators | Costs associated w/ IT, marshaling assets, etc. | 50,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/14/2008 | cashier chk | LM Liquidators | Costs associated w/ IT, marshaling assets, etc. | 50,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/14/2007 | 1030 | Medero Medical - Marion | Account 1829 | 50.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/08/2008 | 1098 | Moon Saw & Tool | LM Liquidators. 10 months of pmts. Dec '07 - Sep '08 | 37,541.30 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1041 | Occupational Health Centers | Paul A. Henry | 17.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/08/2008 | 1095 | Orlando Telephone Company | LM Liquidators. Billing # 996-5107 (12 months service) | 8,446.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/08/2008 | 1096 | Orlando Utilities Commission | Acct 2573537245 LM Liquidators (Pmt in full + credit) | 17,640.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 10/01/2007 | 1066 | Parcel Plus | Mirabilis Postal Suite. Pmt #1 of 2 | 180.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/24/2007 | 1044 | Physician Health Center | Invoices 340-197 & 340-203 | 30.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/29/2008 | 1104 | Physician's Health Center - D | Kim Harpring, Gustavo Ezquerra, Susan Vecchi & Wilfredo Villas | 60.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1092 | Physician's Health Center - NMB | Bernard Laurent Post accident drug testing | 15.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 05/29/2007 | 1002 | Premium Assignment | 293852 | 12,202.83 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 05/29/2007 | 1003 | Premium Assignment | For June and July 2007 account 348706 (Mirabilis) | 37,245.62 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 01/09/2008 | 1099 | Premium Assignment | LM Liquidators Acct: 427028 Payoff | 3,725.76 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 09/07/2007 | 1052 | Quest Diagnostics | Payment in Full for Dana Shult Invoice 4450940881 | 134.20 |

6/6/2008
9:48 AM

| Expense Category | Source | Type | Date | Num | Name | Memo | | Original Amount |
|---|---|---|---|---|---|---|---|---|
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/14/2007 | 1031 | Regency Square Emergency Care | Account 12732 | | 45.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/03/2007 | 1007 | Shane Cobb | Reimbursement of business expense report | | 1,130.75 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 12/31/2007 | Cashier Chk | Soone Business Development | VOID: | | - |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 12/31/2007 | Cashier Chk | Soone Business Development | | | 90,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1090 | Soone Business Development | Service fee for 1 month | | 45,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 02/04/2008 | 1107 | Soone Business Development | Postage for sending W2 reprints | | 500.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/08/2008 | 1097 | Tek Systems | | | 18,247.25 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/22/2008 | 1102 | Tek Systems | | | 10,000.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | Cashier Chk | ThinkWare, Inc. | W2 processing. Pmt #2 | | 23,625.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | cashier chk | ThinkWare, Inc. | W2 processing. Pmt #1 | | 23,625.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Check | 02/08/2008 | wire | ThinkWare, Inc. | Overage on processing W2's | | 1,291.95 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 08/14/2007 | 1026 | United States Postal Service | Settlement pmt for all Mirabilis HR invoices | | 2,033.64 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 09/24/2007 | 1065 | United States Postal Service | To Re-Open PO Boxes 4912 & 4916 | | 2,475.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 09/17/2007 | 1063 | Urgent Care West | Darren Vonier Acct# 99997 | | 56.00 |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 05/15/2007 | 1005 | Yaniv Amar | VOID: Pmt for services of AEM/Mirabilis HR sale | | - |
| Operations (vendor) | AEM Quickbook Disbursement | Bill Pmt -Check | 06/18/2007 | Wire | Yaniv Amar | Pmt for services of AEM/Mirabilis HR sale | | 22,387.00 |
| **Operations (vendor) Total** | | | | | | | | **928,690.31** |
| Professional fees | | | | | | **May 2007 Total** | **0.00** | |
| Professional fees | | | | | | **June 2007 Total** | **0.00** | |
| Professional fees | AEM Quickbook Disbursement | Check | 07/31/2007 | Wire | Goldberg Bates, PLLC | Progressive case Injunction Bond | | 75,000.00 |
| Professional fees | | | | | | **July 2007 Total** | **75,000.00** | |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 08/08/2007 | 1016 | Hill, Ward, & Henderson | | | 2,684.65 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 08/14/2007 | 1027 | EAP Consultants, Inc. | Settlement of All Mirabilis HR invoices | | 2,161.70 |
| Professional fees | | | | | | **August 2007 Total** | **4,846.35** | |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 09/06/2007 | 1060 | Bleser, Greer & Landis, LLP | Matter: Paysource, Inc. Invoice: 36748 | | 7,037.63 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 09/14/2007 | 1061 | Carr, Riggs, & Ingram, LLC | Client # 30-33370 001 Invoice A40402 | | 500.00 |
| Professional fees | | | | | | **September 2007 Total** | **7,537.63** | |
| Professional fees | | | | | | **October 2007 Total** | **0.00** | |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 11/15/2007 | 1069 | Allen, Dyer, Doppelt, P.A. | Mirabilis legal Bills for thru november 7, 2007 | | 1,465.50 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 11/15/2007 | wire | Balch & Bingham, LLP | | | 274,736.24 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 11/15/2007 | 1070 | Bleser, Greer & Landis, LLP | Matter: Paysource, Inc. Invoice: 37148 | | 1,199.36 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 11/15/2007 | 1071 | Levine Law Group | Invoice 10120 | | 6,545.37 |
| Professional fees | | | | | | **November 2007 Total** | **283,946.47** | |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 12/28/2007 | wire | Balch & Bingham, LLP | Retainer replenishment | | 150,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 12/28/2007 | cashier chk | Goldberg Bates, PLLC | 3 months of retainer | | 135,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 12/28/2007 | cashier chk | Martin, Pringle, Oliver, Wallace & Baur | Initial retainer for Mirabilis Ventures, Inc. | | 15,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 12/28/2007 | cashier chk | Shutts & Bowen, LLP | Retainer replenishment - AQMI / Mirabilis cases | | 150,000.00 |
| Professional fees | | | | | | **December 2007 Total** | **450,000.00** | |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1081 | Allen, Dyer, Doppelt, P.A. | Mirabilis retainer replenishment | | 10,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1082 | Bleser, Greer & Landis, LLP | Replenish Mirabilis retainer | | 50,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1083 | Brown, Stone, Nimeroff, LLC | Mirabilis Ventures Retainer replenishment | | 20,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1084 | Ford & Harrison, LLP | Mirabilis Matters - Retainer Replenishment | | 25,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1085 | Hunt & Rudd | Mirabilis Ventures retainer replenishment | | 25,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1086 | Langhenry, Gillenand & Lundquist, LLC | Mirabilis Ventures retainer replenishment | | 10,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1087 | Scott M. Goldberg | Retainer | | 30,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1088 | Thompson McMullan | Coastal Equities Matter - Retainer Replenish by Mirabilis | | 10,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/04/2008 | 1089 | Valenti, Hanley,& Robinson, PLLC | Additional Retainer | | 18,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/08/2008 | 1094 | Aldridge, Borden & Company, PC | Client 26695000 Invoice 24559 | | 18,707.30 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | Cashier Chk | Balch & Bingham, LLP | Retainer replenishment | | 100,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | Cashier Chk | Balch & Bingham, LLP | Retainer replenishment | | 100,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | Cashier Chk | Mokwa, Bates Law Group | 3 months of retainer | | 135,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | cashier chk | Ron Sachs Communications | 3 months of fees for service | | 30,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | cashier chk | Ron Sachs Communications | 3 months of fees for service | | 30,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | Cashier Chk | Shutts & Bowen, LLP | Retainer replenishment - AQMI / Mirabilis cases | | 25,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/16/2008 | cashier chk | Carlton Fields Attorneys at Law | Settlement of MVI Legal bills | | 15,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/17/2008 | Cashier Chk | Pollack & Rosen, P.A. | Settlement of Rafael Solis Baptist Hospital Bill | | 3,400.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/18/2008 | wire | Balch & Bingham, LLP | Retainer replenishment | | 250,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/29/2008 | 1103 | Shutts & Bowen, LLP | | | 3,619.93 |
| Professional fees | AEM Quickbook Disbursement | Check | 01/30/2008 | Cashier Chk | Broad and Cassel | Retainer for Prime Acquisition Vs. Ionic Services, Inc. | | 25,000.00 |
| Professional fees | AEM Quickbook Disbursement | Check | 01/30/2008 | cashier chk | Laptops Plus | Payment for services - Summation mgmt/setup | | 25,000.00 |
| Professional fees | | | | | | **January 2008 Total** | **958,727.23** | |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 02/04/2008 | 1106 | Ford & Harrison, LLP | Invoice 340637 + Add'l retainer of $25,000 | | 28,397.00 |
| Professional fees | | | | | | **February 2008 Total** | **28,397.00** | |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | Cashier Chk | Dutko Worldwide | Shutts & Bowen, LLP trust - settlement | | 75,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 01/10/2008 | Cashier Chk | Dutko Worldwide | Shutts & Bowen, LLP trust - settlement | | 50,000.00 |
| Professional fees | AEM Quickbook Disbursement | Bill Pmt -Check | 03/07/2008 | cashier chk | Horton, Maddox & Anderson, PLLC | Retainer for defense of Mirabilis Ventures | | 10,000.00 |
| | | | | | | **March 2008 Total** | **135,000.00** | |
| **Professional fees Total** | | | | | | | | **1,943,454.68** |
| Tax payment | AEM BoA Bank Stmt - Acct 1523 | | 5/1/2007 | wire | Internal Revenue Service | | | $158,000.00 |

| Expense Category | Source | Type | Date | Num | Name | Memo | Original Amount |
|---|---|---|---|---|---|---|---|
| Tax payment | AEM BoA Bank Stmt - Acct 1523 | | 5/3/2007 | wire | Internal Revenue Service | | $158,000.00 |
| Tax payment | AEM BoA Bank Stmt - Acct 1523 | | 5/3/2007 | wire | Internal Revenue Service | | $109,000.00 |
| Tax payment | AEM BoA Bank Stmt - Acct 1523 | | 5/4/2007 | wire | Internal Revenue Service | | $95,000.00 |
| Tax payment | AEM BoA Bank Stmt - Acct 1523 | | 5/4/2007 | wire | Internal Revenue Service | | $92,000.00 |
| Tax payment | AEM BoA Bank Stmt - Acct 1523 | | 5/7/2007 | wire | Internal Revenue Service | | $245,000.00 |
| Tax payment | AEM BoA Bank Stmt - Acct 1523 | | 5/8/2007 | wire | Internal Revenue Service | | $24,000.00 |
| Tax payment | Thinkware | | 1/16/2007 | | AL DEPT OF REVENUE WITHOULDI | | $1,835.86 |
| Tax Payment | AEM Quickbook Disbursement | Bill Pmt -Check | 12/20/2007 | cashier chk | U.S. Department of Treasury | | 188,282.78 |
| Tax Payment | AEM Quickbook Disbursement | General Journal | 12/27/2007 | O2 checks | Internal Revenue Service | Two O2HR pmts $100k & $25K remitted to IRS for taxes | 125,000.00 |
| Tax Payment | AEM Quickbook Disbursement | Bill Pmt -Check | 12/28/2007 | cashier chk | U.S. Department of Treasury | Tax Payment | 402,000.00 |
| Tax Payment | AEM Quickbook Disbursement | Check | 01/08/2008 | Cashier Chk | U.S. Department of Treasury | To be applied to unpaid 941 taxes | 375,000.00 |
| **Tax payment Total** | | | | | | | **1,973,118.64** |
| **Grand Total** | | | | | | | **8,35[illegible],766.12** |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re**

**AEM, INC.,** **CASE NO. 6:08-bk-04681-KSJ**

**Debtor.** **CHAPTER 11**

_______________________________/

**CHAPTER 11 DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY CONCERNING BANKRUPTCY STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR, AEM, INC.**

I, **R.W. CUTHILL, JR.**, as President of Mirabilis Ventures, Inc., the sole shareholder of AEM, Inc., named as debtor (the "Debtor") in this case, declare under penalty of perjury under the laws of the United States of America, that I have read the foregoing Statement of Financial Affairs (the "Statement"), consisting of 14 sheets, that the Statement is based on information that I have been able to identify, locate, and obtain from the Debtor's books and records available to me since my appointment as President, and that the Statement is true and correct to the best of my knowledge, information and belief.

Date: 7/11/08 Signature: _______________________

R.W. Cuthill, Jr.
as President, Mirabilis Ventures, Inc.
Sole Shareholder of AEM, Inc.

**************************************************

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571*