UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                         CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                     CHAPTER 11

           Debtor.
_____/

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM SHUKER EDEN & BEAUDINE, LLP, AS COUNSEL FOR THE DEBTOR**

      I, Elizabeth Green, in accordance with F.R.B.P. 2014, make the following verified statements:

      1.    I am a partner with the firm of Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), and have been duly admitted to practice in this Court.

      2.    Except as stated below and to Debtor's knowledge, Latham Shuker has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

      3.    Latham Shuker has represented AEM and the below-listed related entities since May 2008 in connection with the filing of the Petition. On May 27, 2008, just prior to the filing of AEM's voluntary petition, Mirabilis Ventures, Inc. ("MVI") filed its voluntary petition in Case No. 6:08-bk-4327-KSJ. Contemporaneous with MVI's filing, Hoth Holdings, LLC ("Hoth"), also filed its

voluntary petition in Case No. 6:08-bk-4328-KSJ. The Debtor has not yet determined if it will seek joint administration or substantive consolidation of the three cases.

4. Latham Shuker currently represents Mirabilis Ventures, Inc. ("MVI") in its Chapter 11 case (Case No. 6:08-bk-4327-KSJ) currently pending in the U.S. Bankruptcy Court, Middle District of Florida. MVI is the sole shareholder of AEM.

5. Latham Shuker currently represents Hoth Holdings, LLC ("Hoth") in its Chapter 11 case (Case No. 6:08-bk-4328-KSJ) currently pending in the U.S. Bankruptcy Court, Middle District of Florida. MVI is the managing member of Hoth and owns a 90% interest in Hoth and, as such, is a related entity to AEM.

6. There are certain intercompany transfers between MVI and AEM; however, the companies prepare a consolidated tax return, and the intercompany debt does not create a conflict. Further, it is anticipated that the AEM case will pay 100% distribution to creditors and that funds will be paid to MVI's equity claim.

7. Latham Shuker also is representing, or has represented MVI prepetition in the following matters:

    a. WinPar Hospitality, LLC ("WinPar"), Chapter 7, Case No. 07-11908, Eastern District of Tennessee: representation MVI as the equity security holder and in connection with assisting the Trustee with a potential fraudulent transfer action to avoid a deed of trust on the WinPar property. The work related to avoiding the Atlantic transaction would benefit MVI as equity security holder. Latham Shuker also assisted the Trustee with the sale of the property, which will provide approximately $2,000,000.00 for MVI's equity claim. Latham Shuker does not and has never represented WinPar.

   b. North American Communications, Inc. ("NACI"), Chapter 7, Case No. 07-24900: representation of MVI as equity security holder in aiding in the filing of NACI's bankruptcy. Latham Shuker does not and has never represented NACI.

   c. Lake Suites: representation of MVI as the sole shareholder in discussions with lender. Latham Shuker does not and has never represented Lake Suites.

   d. Monitoring of MVI's claim, in the aggregate total of $951,819.46, in the following bankruptcy court matters in Texas: J.C. Services, Inc., SouthWest Doctors, PA; RC Services, Inc.; and Chang.

  8. Day-to-day contact prior to the Petition Date with regard to these cases was with the then president of MVI, Jodi Jaiman or outside counsel for MVI.

  9. To Debtor's knowledge, Latham Shuker represents no interest adverse to the Debtor or to the estate in matters upon which it is to be engaged and employment of Latham Shuker would be in the best interest of the estate.

  10. Latham Shuker does not represent the individual interest of any officer, director, or shareholder of MVI, the Debtor's sole shareholder, except that Latham Shuker represents Michael E. Moecker, the sole director of MVI, as the assignee for the benefit of creditors or director in certain unrelated cases and matters, and R. W. Cuthill, Jr., president of MVI, as the president in unrelated cases and matters.

  11. The undersigned is not aware of any conflict or potential conflict relating to the employment of Latham Shuker as counsel for Debtor-in-Possession in this case.

  12. Latham Shuker has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Partners and associates of Latham Shuker have dealt with the

U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

13. The factual statements set forth in this verified statement have been made based on: (1) a personal review by me and my staff of the list of creditors of Debtor; (2) a computer search of Latham Shuker's client list; and (3) a memorandum circulated to all of Latham Shuker's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

**DATED AND EXECUTED** this ___1___ day of August 2008.

_____
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                      CHAPTER 11

      Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true copy of **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM SHUKER EDEN & BEAUDINE, LLP, AS COUNSEL FOR THE DEBTOR,** has been furnished either electronically, by facsimile, and/or by U.S. First Class, postage prepaid mail to: AEM, Inc., c/o R.W. Cuthill, Jr., President, of Mirabilis Ventures, Inc., the sole shareholder, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Mirabilis Ventures, Inc., c/o Aaron Bates, Esq., Bates Mokwa, 3660 Maguire Blvd., Suite 102, Orlando, FL 32803;; the Local Rule 1007-2 Parties-in-Interest, as shown on the service list attached to the original of this statement filed with the Court; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this ___ day of August 2008.

                                                        _____
                                                        Elizabeth A. Green, Esquire

Label Matrix for USBC
Middle District of Florida
Case 6:08-bk-04681-KSJ
Fri Aug  1 16:22:43 EDT 2008

Elena L Escamilla
135 W Central Blvd., Ste 620
Orlando, FL 32806

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801