UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

AEM, INC.,

          Debtor.

_____/

CASE NO. 6:08-bk-04681-KSJ

CHAPTER 11

STATEMENT OF ELIZABETH A. GREEN AND THE LAW FIRM OF
LATHAM SHUKER EDEN & BEAUDINE, LLP,
PURSUANT TO 11 U.S.C. §329(A) AND RULE 2016(B) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE

**ELIZABETH A. GREEN** of the law firm **LATHAM, SHUKER, EDEN & BEAUDINE, LLP,** (collectively hereinafter referred to as "Latham Shuker"), in accordance with 11 U.S.C. §329(a) and F.R.B.P. 2016(b), states as follows:

1. On June 5, 2008 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). No trustee has been appointed. The Debtor continues to operate its business and manage its properties as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

2. Latham Shuker consulted with the Debtor since early May 2008 in connection with the filing of the Petition and since late 2007 with regard to representation in the matters listed in paragraph 10a-d of the application to employ Latham Shuker filed concurrent herewith ("Application").

1

3.  Prior to the commencement of this case, MVI paid an advance fee of $100,219.50 for post-petition services and expenses in connection with this case and that of Hoth and MVI

4.  MVI has previously paid Latham Shuker $23,381.50 on a current basis, for services rendered prior to commencement of this case with respect to:

(a) monitoring and representing AEM with respect to the above-referenced matters;

(b) review of issues related to creditors and claims of the IRS;

(c) preparing and filing the petitions for reorganization under Chapter 11 of the Code for AEM, Hoth, and MVI, and preparation of initial pleadings to be filed in these cases, and

(d) prepetition expenses in this case, including the filing fees for AEM, Hoth, and MVI.

5.  The prepetition funds and post-petition advance funds were funds paid by the Florida Department of Transportation to RKT Constructors, Inc., a wholly-owned subsidiary of MVI, in settlement of a lawsuit. The funds were paid directly from the law firm escrow account of Wright, Fulford, Moorehead & Brown, PA, to Latham Shuker.

6.  In addition, MVI paid fees of $29,245.81 for representation related to the entities listed in paragraph 10a-d of the Application. The fees were paid by AQMI Strategy Corporation ("AQMI"), which, at the time, had a management agreement with MVI. The management agreement expired by its terms prior to the Petition Date. On information and belief, the source of the funds was settlement proceeds payable to MVI or AEM. AQMI was

2

not a creditor or claimant in the cases related to the entities listed in paragraph 10a-d of the Application and all matters related to representation of MVI as a claimant or equity security holder.

7. Latham Shuker has not shared, or agreed to share, any fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of Latham Shuker.

**DATED** this ____ day of August 2008.

_____
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

AEM, INC.,

Debtor.
_____/

CASE NO. 6:08-bk-04681-KSJ

CHAPTER 11

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the STATEMENT OF ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM SHUKER EDEN & BEAUDINE, LLP, PURSUANT TO 11 U.S.C. §329(A) AND RULE 2016(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, together with any exhibits, has been furnished either electronically, by facsimile, and/or by U.S. First Class, postage prepaid mail to: AEM, Inc, c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., the sole shareholder, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Mirabilis Ventures, Inc., c/o Aaron Bates, Esq., Bates Mokwa, 3660 Maguire Blvd., Suite 102, Orlando, FL 32803;; the Local Rule 1007-2 Parties-in-Interest, as shown on the service list attached to the original of this statement filed with the Court; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this \_1\_ day of August 2008.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire

4

```
Label Matrix for USBC              Elena L Escamilla              Elizabeth A Green
Middle District of Florida         135 W Central Blvd., Ste 620   Latham Shuker Eden & Beaudine LLP
Case 6:08-bk-04681-KSJ             Orlando, FL 32806              390 North Orange Avenue
Fri Aug  1 16:22:43 EDT 2008                                      Suite 600
                                                                  Orlando, FL 32801


United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801
```