**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**AEM, INC.,**   CASE NO. 6:08-bk-04681-KSJ

   Debtor.   CHAPTER 11
_____/

**ORDER APPROVING COMPROMISE OF CONTROVERSY BY AND**
**AMONG DEBTORS AND THE UNITED STATES OF AMERICA**

**THIS CASE** came on for consideration upon the motion ("Motion")(Doc. No. 59) filed by AEM, INC. ("AEM"), along with its related entities, HOTH HOLDINGS, LLC ("Hoth"), and MIRABILIS VENTURES, LLC ("Mirabilis)(collectively, the "Debtors"), for the approval of a proposed compromise by and among the Debtors and the United States of America ("USA"). The terms of the compromise are substantially set forth in the Motion and the Settlement Agreement Terms set forth in Exhibit "A" and Exhibit "B" (the "Agreement"), copies of which are attached to the Motion. In the Motion, the Debtor seeks the approval of the Bankruptcy Court with respect to the Agreement reached by and among the above-referenced parties.

Upon consideration of the Motion, the Court determined that: (i) the Motion was served upon the United States Trustee and all interested parties with the Local Rule 2002-4 negative-notice legend informing the parties of their opportunity to object within twenty (20) days of the date of service, and (ii) no party filed an objection within the time permitted. The Court, therefore, considers the matter to be unopposed, and it is hereby

   **ORDERED:**

   1.   The Motion is granted. The Agreement is approved.

2.  The Debtors and the USA are authorized and directed to consummate the compromise in accordance with the terms of the Agreement.

**DONE AND ORDERED in Orlando, Florida this 12th day of February, 2009.**

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies furnished to:

Debtor: AEM, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751;

Mirabilis Ventures, Inc., c/o Aaron Bates, Esq., Bates Mokwa, 3660 Maguire Blvd., Ste. 102, Orlando, FL 32803;

Debtor's Counsel: Elizabeth A. Green, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353;

Assistant United States Attorney, I Randall Gold, Esq., Assistant United States Attorney, Office of the U.S. Attorney, 501 N. Church Street, Suite 300, Orlando, FL 32805;

Office of the U.S. Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest