UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re
AEM, INC.,                                          Case No. 6:08-bk-04681-KSJ

                    Debtor.                         CHAPTER 11
_____/

### MOTION FOR EXAMINATION OF DEBTOR AND PRODUCTION OF DOCUMENTS UNDER FED. R. BANKR. P. 2004

Diane M. Hendricks, individually, and as Trustee of the Kenneth A. and Diane M. Hendricks Irrevocable Trust (collectively "Hendricks"), pursuant to Fed. R. Bankcy. P. 2004, moves for authority to examine a corporate representative or representatives of the Debtor, AEM, Inc., with the most knowledge of the matters set forth on Exhibit "A" hereto, and to produce for inspection and copying all of the documents described on the attached Exhibit "B." In support hereof, Hendricks states:

1.      On May 27, 2008, the Debtor, AEM, Inc. filed a voluntary petition for relief with the United States Bankruptcy Court for the Middle District of Florida.  At the same time, the Debtor's related companies Mirabilis Ventures, Inc. ("Mirabilis") (Bankruptcy Case No.: 6:08-bk-04327-KSJ) and Hoth Holdings, Inc. (Bankruptcy Case No.: 6:08-bk-04328-KSJ) also filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida.

2.      Hendricks is a secured creditor of Mirabilis, holding a valid, perfected and enforceable security interest in the assets described in the Proof of Claim Number 20-1, filed in the Mirabilis bankruptcy case.

3.      On November 25, 2008, the Debtor filed a Motion for Approval of Compromise of Controversy By and Between Debtors and the United States of America.  A similar Motion for Approval of Compromise was filed by Mirabilis in the Mirabilis Bankruptcy case.

4.      Among the assets to be retained by the debtor pursuant to the compromise is a "note payable to AEM from O2HR dated June 1, 2007 in the amount of $2,235,800.00…."

5.      Contemporaneously with this Motion, Hendricks has filed its Motion for Enlargement of Time to File Proof of Claim in this case.  For reasons including those detailed in the Motion for Enlargement, Hendricks believes that the Hendricks Secured Assets were fraudulently transferred from Mirabilis to its related company, the Debtor, AEM, and, in turn, conveyed by AEM to O2HR.

6.      In order to determine the nature, extent, location and condition of its security, Hendricks seeks to examine a representative of the Debtor, AEM, with the most knowledge regarding the categories listed on the attached Exhibit "A" and to inspect and copy those documents identified on the attached Exhibit "B."

7.      The examination requested herein is appropriate and authorized under Fed. R. Bankcy. P. 2004.

WHEREFORE, for all of the foregoing reasons, Diane M. Hendricks, individually, and as Trustee of the Kenneth A. and Diane M. Hendricks Irrevocable Trust, moves this Honorable Court for entry of an Order authorizing a Rule 2004 examination as requested herein.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

s/ Charles A. Carlson
Charles A. Carlson, Esq.
Florida Bar # 716286
601 Bayshore Blvd., Suite 700
Tampa, Florida 33606
813-253-2020
813-251-6711 – Facsimile
CCarlson@barnettbolt.com

Florida Counsel for the Plaintiffs

And

Morris J. "Mo" Brooks, Jr.
LEO & BROOKS, LLC
200 Randolph Ave., Suite 200
Huntsville, AL  35801
256-539-6000
256-539-6024 - Facsimile
mbrooks@leo-law.com

Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the MOTION FOR EXAMINATION OF DEBTOR AND PRODUCTION OF DOCUMENTS UNDER FED.R.BANKR.P.2004 has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: AEM, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; I Randall Gold, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 501 N. Church Street, Suite 300, Orlando, FL 32805; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 29th day of April, 2009.

s/ Charles A. Carlson
Attorney

## <u>CATEGORIES OF EXAMINATION</u>

A.   The transaction between AEM and O2HR resulting in the note payable to AEM from

O2HR dated June 1, 2007 in the amount of $2,235,800.00.

B.   The payment history and current payment status of the note payable to AEM from

O2HR dated June 1, 2007 in the amount of $2,235,800.00.

C.   The acquisition by AEM of the assets or other consideration from AEM to O2HR in

consideration for the note payable to AEM from O2HR dated June 1, 2007 in the

amount of $2,235,800.00.

EXHIBIT A

## <u>DOCUMENTS TO BE PRODUCED</u>

A.  The note payable to AEM from O2HR dated June 1, 2007 in the amount of $2,235,800.00.

B.  All documents reflecting payment by O2HR on the note payable to AEM from O2HR dated June 1, 2007 in the amount of $2,235,800.00.

C.  All security agreements, loan agreements, purchase and sale agreements, other contracts and agreements with O2HR relating to the note payable to AEM from O2HR dated June 1, 2007 in the amount of $2,235,800.00.

D.  All contracts, agreements, or letters of intent or understanding relating to the acquisition by AEM of the assets or other consideration from AEM to O2HR in consideration for the note payable to AEM from O2HR dated June 1, 2007 in the amount of $2,235,800.00.

EXHIBIT B

bbkldocs-#413085-v1-aem_2004_exam_mo