UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re   Case No. 6:08-bk-04681-KSJ

AEM, INC.,   Chapter 11

Debtor.
_____/

## DEBTORS' MOTION TO RECONSIDER ORDER GRANTING MOTION FOR EXAMINATION UNDER FED. R. BANKR. P. 2004

**AEM, INC.**, along with its related entities, Hoth Holdings, LLC, and Mirabilis Ventures, LLC (collectively, "Debtors"), move this court for reconsideration of its Order Granting Motion for Examination Under Fed. R. Bankr. P. 2004 and, in support, state as follows:

1. On May 27, 2008, the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: *In re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ, *In re Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, and *In re AEM, Inc.*, Case No. 6:08-bk-04681.

2. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334. Venue in this district is proper pursuant to 28 U.S.C. §1409.

4. The statutory predicate for the relief sought herein is Fed. R. Bankr. P. 9024.

### Background

5. On April 29, 2009, creditor Diane M. Hendricks, individually, and as Trustee of the Kenneth A. and Diane M. Hendricks Irrevocable Trust ("Creditor"), filed a Motion for 2004 Examination of Debtor and Production of Documents in this Case ("Motion"). (Doc. No. 93).

6. On May 20, 2009, the Motion came for hearing before this Court, at which time this Court continued the hearing on the Motion until June 30, 2009 ("Hearing").

7. On May 24, 2009, this Court filed a proceeding memorandum evidencing the continuation of the hearing on the Motion ("Proceeding Memorandum"). (Doc. No. 97). The Proceeding Memorandum is attached as **Exhibit "A."**

8. On May 26, 2009, this Court entered an order granting the Motion ("Order"). (Doc. No. 98).

## Memorandum of Law

9. A motion for reconsideration of an order under F.R.B.P. 9024 (F.R.C.P. 60) is proper if it is brought for one of six reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence not discoverable within 10 days after entry of judgment; (3) fraud, misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; or (6) any other reason justifying relief from the operation of the judgment. In re Anchor Glass Container Corp., 335 B.R.193,196 (Bank.M.D.Fla.2005).

## Relief Requested

10. The Debtors believe this Court entered the Order by mistake, inadvertence, or excusable neglect. Therefore, the Debtors request that this Court reconsider its Order and that arguments regarding the Motion be heard at the hearing scheduled for June 30, 2009.

11. In the event this Court did not enter the Order by mistake, inadvertence, or excusable neglect, the Debtors request that the date of the 2004 examination, which the Order states is to be June 12, 2009, be changed to a time that is mutually convenient for all parties.

**WHEREFORE**, the Debtors request that the Court enter an order reconsidering its Order Granting 2004 Examination or, in the alternative, permitting the parties to the 2004 examination to change the date of the 2004 examination set by the Order and granting further relief as is just and proper.

RESPECTFULLY SUBMITTED this 28th day of May 2009.

/s/ Elizabeth A. Green, Esq.
Elizabeth A. Green, Esq.
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Email: egreen@lseblaw.com
Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                                    Case No. 6:08-bk-04681-KSJ

AEM, INC.,                                               Chapter 11

          Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission and/or U.S. First Class mail, postage prepaid, to: AEM, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Charles A. Carlson, Esq., Barnett, Bolt, Kirkwood, Long & McBride, a/f Diane M. Hendricks and the Kenneth A. and Diane M. Hendricks Irrevocable Trust; the Local Rule 1007-2 Parties-In-Interest as shown on the matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 28th day of May 2009.

                                                /s/ Elizabeth A. Green
                                                Elizabeth A. Green, Esq.

```
Label Matrix for local noticing          AEM, Inc                              Richard Lee Barrett
113A-6                                   340 N Maitland Ave                    PO Box 533983
Case 6:08-bk-04681-KSJ                   Ste 210                               Orlando, FL 32853 3983
Middle District of Florida               Maitland, FL 32751-4784
Orlando
Thu May 28 12:26:52 EDT 2009

Charles A Carlson                        Elena L Escamilla                     Gill R Geldreich
Barnett, Bolt, Kirkwood, Long & McBride  United States Trustee                 Tennessee Attorney General's Office
Post Office Box 3287                     135 W Central Blvd  Suite 620         Post Office 20207
Tampa, FL 33601-3287                     Orlando, FL 32801-2440                Nashville, TN 37202


I Randall Gold                           Elizabeth A Green                     Jimmy D Parrish
United States Attorney's Office          Latham Shuker Eden & Beaudine LLP     Latham Shuker Eden & Beaudine LLP
501 West Church Street                   390 North Orange Avenue               Post Office Box 3353
Suite 300                                Suite 600                             Orlando, FL 32802-3353
Orlando, FL 32805-2281                   Orlando, FL 32801-1684


Tennessee Department of Revenue          United States Trustee - ORL           End of Label Matrix
c/o Attorney General's Office            135 W. Central Blvd., Suite 620       Mailable recipients    10
Bankruptcy Unit c/o Robert Cooper        Orlando, FL 32801-2440                Bypassed recipients     0
PO BOX 20207                                                                   Total                  10
Nashville, TN 37202-4015
```



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
May 20, 2009

**HONORABLE KAREN S. JENNEMANN**                    COURTROOM B

CASE NUMBER: 08-04681-6J1     FILING DATE: 06/05/2008 (BAPCPA)     HEARING TIME: 10:00 A.M.

DEBTOR: AEM, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

1) "PRETRIAL CONFERENCE"

2) MOTION BY DIANE HENDRICKS, INC. & AS TRUSTEE FOR 2004 EXAMINATION OF DEBTOR AND PRODUCTION OF DOCUMENTS (DOC #93)

3) AMENDED MOTION BY DIANE HENDRICKS, INC. & TRUSTEE TO ALLOW LATE FILED PROOF OF CLAIM(S) (DOC #94)

APPEARANCES:

ELIZABETH GREEN AND JUSTIN LUNA: ATTY DEBTOR
MR. CUTHILL: DEBTOR REP
DAVID SIMMONS: ATTY FORGE CAPITAL
JOE VARNER: ATTY HANS BEYER, SAXON, GILMORE
JOE DEMARIA: ATTY KOHEN, RACKMAN, ET AL

NOTE: RELATED CASES 08-4327-6J1; 08-4328-6J1

(SET WITH RELATED CASES ON 3/19/09)

PENDING APPLICATION TO EMPLOY JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS AS PREMIUM AUDIT CONSULTANT NUNC PRO TUNC TO DECEMBER 9, 2008 - NO HRG SCHEDULED

RULING:

1) 2) AND 3) CON'T TO 6/30/09 AT 2:00 PM   (CASE MANAGER TO NOTICE)