UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re

AEM, INC.,                                              Case No. 6:08-bk-04681-KSJ

          Debtor.                                    CHAPTER 11
_____/

### ORDER ON MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS UNDER FED. R. BANKR. P. 2004

**THIS CAUSE** came before the Court on June 30, 2009, on the Motion of creditor Diane M. Hendricks, individually, and as Trustee of the Kenneth A. and Diane M. Hendricks Irrevocable Trust ("Creditor"), for Examination and Production of Documents of the Debtor under Fed. R. Bankr. P. 2004 (Dkt. 93) in this matter. Upon consideration of the Motion, it is ORDERED:

Pursuant to Debtor's agreement to voluntarily provide information sought in Creditor's Motion, the Motion for Examination and Production of Documents Under Fed. R. Bankr. P. 2004 is DENIED WITHOUT PREJUDICE to Creditor requesting examination and documents at a later date.

**DONE** and **ORDERED** on July 21, 2009.

_____
**KAREN S. JENNEMANN**
**United States Bankruptcy Judge**

Copies to:

Debtor: AEM, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751;

Debtor's Counsel: Elizabeth Green, Esq., Latham, Shuker Eden & Beaudine, LLP, PO Box 3353, Orlando, Florida 32802-3353;

Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Creditor's Counsel, Charles A. Carlson, Esq., Barnett, Bolt, Kirkwood, Long & McBride, 601 Bayshore Boulevard, Suite 700, Tampa, FL 33606

U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and

Local Rule 2007-2 Parties-in-Interest List

bbkldocs-#413863-v1-aem_order_on_motion_for_examination