UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re

AEM, INC.,                                          Case No. 6:08-bk-04681-KSJ

                    Debtor.                        CHAPTER 11
_____/

## CREDITORS', DIANE HENDRICKS AND DIANE HENDRICKS, AS TRUSTEE OF THE KENNETH A. AND DIANE M. HENDRICKS IRREVOCABLE TRUST, OBJECTION TO AMENDED DISCLOSURE STATEMENT

Creditors, Diane Hendricks and Diane Hendricks at Trustee of the Kenneth A. and Diane M. Irrevocable Trust ("Hendricks") object to the Amended Joint Disclosure Statement Pursuant to 11 U.S.C. § 1125 for Mirabilis Ventures, Inc. ("Mirabilis"), Hoth Holdings, LLC and AEM, Inc. ("Disclosure Statement") and state as follows:

1. On September 19, 2008, Hendricks[1] filed its proof of claim in *In re: Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ (the "Mirabilis Bankruptcy"), for its secured claim in the amount of $2,602,849.45. Such secured claim arises out of that certain Third Replacement Promissory Note dated April 15, 2003 and Security Agreement (Negotiable Collateral) dated February 16, 2006, due and owing from Mirabilis to Hendricks (the "Mirabilis Secured Debt").

2. On April 22, 2009 Hendricks filed its Amended Proof of Claim advancing the Mirabilis Secured Debt in the amount of $2,802,075.25.

---

[1] On September 18, 2008 Diane Hendricks, individually, and as Personal Representative of the Estate of Kenneth Hendricks filed the Proof of Claim in the related action, *In Re: Mirabilis Ventures, Inc.* The Amended Proof of Claim was filed on April 22, 2009 by Ms. Hendricks, individually and as Trustee of The Kenneth A. and Diane M. Hendricks Irrevocable Trust.

3.      During the hearing conducted on June 30, 2009, the Court granted Hendricks' motion to file a late POC in *In re: AEM, Inc.,* Case No. 6:08-bk-04681-KSJ (the "AEM Bankruptcy"). Hendricks' claim in AEM Bankruptcy is based upon information disclosed in the Motion for Approval of Compromise of Controversy By and Between Debtors and The United States of America filed in the Mirabilis Bankruptcy (Doc. 101) and in the AEM Bankruptcy proceeding. In the Motion for Approval of Compromise, the Debtor identifies as an asset to be retained by AEM "[t]he note to AEM from O2HR dated June 1, 2007 in the amount of $2,235,800.00. (Id., p. 7). The payor of the note, O2HR, is a PEO company in Florida.

4.      Based on the amount of the O2HR note to AEM, the location of O2HR, the business of O2HR, and the close connection between Mirabilis and AEM, Hendricks, upon information and investigation, believes that the assets securing the note Mirabilis executed in favor of Hendricks were fraudulently transferred to its related entity, AEM, and then conveyed to O2HR in exchange for the O2HR Note. In pursuit of its relief, Hendricks filed a Motion for Examination of Debtor and Production of Documents under Fed. R. Bankr. P. 2004 (Doc. 93). Hendricks and the Debtor have agreed to delay that examination, pending disclosure of information by the Debtor to Hendricks pertaining to its claim.

5.      Upon information and belief, the former Hendricks assets consisting of, among other things, client service agreements for professional employer organization (PEO) services, that were the collateral for the Mirabilis Secured Debt were transferred by Mirabilis to AEM and sold by AEM, or sold directly by Mirabilis to third parties, including O2HR. Therefore, in either event, Hendricks asserts a claim to the proceeds of the sale of assets that were collateral for the Mirabilis Secured Debt. Hendricks' claim is a secured claim.

6. The Disclosure Statement makes no provision for secured claims, or for the Hendricks secured claim in particular. Apparently, the Debtor contemplates treating the Hendricks secured claim as a general unsecured claim.

8. Such treatment impairs the Hendricks claim. Hendricks therefore objects to the Disclosure Statement.

WHEREFORE, Diane Hendricks and Diane Hendricks at Trustee of the Kenneth A. and Diane M. Irrevocable Trust respectfully object to the Amended Joint Disclosure Statement Pursuant to 11U.S.C. § 1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

s/ Charles A. Carlson
Charles A. Carlson, Esq.
Florida Bar # 716286
Scott Stigall, Esq.
Florida Bar # 861073
601 Bayshore Blvd., Suite 700
Tampa, Florida 33606
813-253-2020
813-251-6711 – Facsimile
CCarlson@barnettbolt.com

Florida Counsel for the Plaintiffs

And

Morris J. "Mo" Brooks, Jr.
LEO & BROOKS, LLC
200 Randolph Ave., Suite 200
Huntsville, AL  35801
256-539-6000
256-539-6024 - Facsimile
mbrooks@leo-law.com

Trial Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the CREDITORS' DIANE HENDRICKS AND DIANE HENDRICKS, AS TRUSTEE OF THE KENNETH A. AND DIANE M. HENDRICKS IRREVOCABLE TRUST OBJECTION TO DISCLOSURE STATEMENT has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: AEM, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; I Randall Gold, Esq., Assistant U.S. Attorney, Office of the U.S. Attorney, 501 N. Church Street, Suite 300, Orlando, FL 32805; all creditors as shown on the matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 22 day of July, 2009.

                                                                 s/ Charles A. Carlson
                                                                 Attorney