UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                                CHAPTER 11

          Debtor.
_____/

FIRST INTERIM APPLICATION OF J. LAYNE SMITH AND THE
LAW FIRM OF SMITH, BROOKS & MASTERSON, PL, AS SPECIAL COUNSEL,
FOR AWARD OF FEES i/a/o $54,330.00
AND REIMBURSEMENT OF EXPENSES i/a/o $2,211.00

AEM, INC. ("Debtor"), hereby submits on behalf J. Layne Smith and the law firm of Smith, Brooks & Masterson, PL ("Applicant"), special counsel for the Debtor, their first interim application ("First Interim Application") for award of compensation for services in the amount of $54,330.00 and reimbursement of necessary costs and expenses in the amount of $2,211.00 for the period commencing December 2, 2008 through June 30, 2009 ("Application Period"), and, in support thereof, states:

1. On June 5, 2008, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession

2. On February 12, 2009, this Court entered an order granting Debtor's application to retain Applicant, *nunc pro tunc* to December 9, 2008, to provide services as special counsel for the Debtor with respect to recovery of premiums paid for workers' compensation policies (Doc No. 76).

3. Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and the other criteria used by the Court in setting such fees.

4. No advance retainer has been paid.

5. The professional services rendered on behalf of Debtor, for which an award of interim compensation is sought by Applicant and which includes less than one hour for services provided by Applicant prior to December 9, 2009, involved extensive review and research of documents and computer files relating to AEM and other related business entities, their contractual relationships with one another, AEM's customer contracts, various businesses' common insurable interests, AEM's payrolls, its workers compensation classification codes, and its contemporaneous state and federal tax filings and records, which can be used to perform and verify an audit of AEM's workers compensation insurance exposure for calendar years 2006 and 2007. The Applicant is also compiling and reviewing the information AEM and related businesses provided to and received from several insurance carriers. The Applicant and an insurance expert are preparing an audit and contemplate instituting a formal request that one of the carriers conduct its own audit and refund overpayments of premiums.

6. Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

7. Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Interim Application is both fair and reasonable.

8. In considering the foregoing criteria in this case, several matters should be noted:

   a. Applicant is comprised of established and experienced attorneys. Applicant has extensive experience in providing representation in the area of workers' compensation matters; and

   b. The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

9. Attached as **Exhibit B** is the affidavit of J. Layne Smith in support of this First Interim Application.

10. The total compensation for services requested by Applicant for the First Interim Application Period is $54,300.00, and reimbursement of actual and necessary expenses in the amount of $2,211.00, for total interim award for the Application Period of $56,511.00 as part of the fees and expenses of administration of the AEM, Inc Chapter 11 estate from December 9, 2009 through June 30, 2009.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded interim compensation for services and expenses in the amount of $56,511.00 for the Application Period as part of the fees and expenses of administration of the AEM, Inc. Chapter 11 estate, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 28th day of July 2009.

/s/ Elizbabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida  32801
Tel: 407-481-5800; Fax: 407-481-5801
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                      CHAPTER 11

       Debtor.
_____/

## Certificate of Service

    I HEREBY CERTIFY that a true copy of the **FIRST INTERIM APPLICATION OF J. LAYNE SMITH AND THE LAW FIRM OF SMITH, BROOKS & MASTERSON, PL, AS SPECIAL COUNSEL, FOR AWARD OF FEES i/a/o $54,330.00 AND REIMBURSE-MENT OF EXPENSES i/a/o $2,211.00**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: AEM, Inc., c/o Mirabilis Ventures, Inc., R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; J. Layne Smith, Esq., Smith, Brooks & Masterson, PL, 2629 Mitcham Drive, Tallahassee, FL 32308; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 28th day of July 2009.

                                                /s/ Elizabeth A. Green
                                                Elizabeth A. Green, Esquire

U:\Bkry\Mirabilis\AEM\Pld\fee app-layne smith #1.doc

AEM, INC.
CASE NO. 6:08-bk-04681-KSJ

## EXHIBIT A

## EXHIBIT A

U:\Bkry\Mirabilis\AEM\Pld\fee app-layne smith #1.doc

# Smith, Brooks & Masterson, P.L.

**INVOICE**

J. Layne Smith
2629 Mitcham Dr.
Tallahassee, FL 32308
Phone (850)385-1116 Fax (850)201-8000

DATE: FEBRUARY 3, 2009

**TO:**
AEM, Inc., in care of
R. H. Cuthill, Jr.
341 N. Maitland Ave., Suite 210
Maitland, FL 32751

**COMMENTS OR SPECIAL INSTRUCTIONS:**
Forth Quarter billing 2008

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02/08 | Telephone conference with John Cellucci, obtain and review Cellucci's resume; .3 hrs. | $120.00 |
| 12/03/08 | Draft email to Bill Cuthill and forward Cellucci's resume; .2 hrs. | $80.00 |
| 12/04/08 | Review email from Bill Cuthill regarding retention of Smith, Brooks & Masterson and John Cellucci by AEM in the bankruptcy case, and about the potential causes of action by the Presideon companies against Aldrostar, FCIC, and Paul Hughes and his related companies; .2 hrs. | $80.00 |
| 12/09/08 | Telephone conference with Bill Cuthill regarding scope of work and retaining an expert workers compensation auditor and draft correspondence to Bill Cuthill regarding employment; .5 hrs. | $200.00 |
| 12/09/08 | Review email from Bill Cuthill regarding payroll tax returns for four of the PEO's for 2006 and 2007; .1 hrs. | $40.00 |
| 12/09/08 | Telephone conference with Bill Cuthill, and review second email from him regarding scheduling a meeting with John Cellucci and Layne Smith, the remaining ten open claims under the SUA policy, and the documents he will forward in advance of the meeting for our review; .3 hrs. | $120.00 |
| 12/09/08 | Draft email to Bill Cuthill; .1 hrs. | $40.00 |
| 12/10/08 | Review email from Bill Cuthill regarding delivery schedule for the documents he wants John Cellucci and Layne Smith to review prior to their meeting with him on December 19, 2008; .1 hrs. | $40.00 |
| 12/10/08 | Review of second email from Bill Cuthill regarding December 19, 2008 meeting; .1 hrs. | $40.00 |
| 12/17/08 | Review banker's box of documents that Bill Cuthill forwarded in preparation for our December 19, 2008 meeting, and cross check that information with documents obtained from the Maher Law Firm; 4.2 hrs. | $1,680.00 |
| 12/18/08 | Travel to Orlando, Florida; 4 hrs. | $1,600.00 |
| 12/18/08 | Conference with John Cellucci regarding documents provided by Bill Cuthill, and preparation for December 19, 2008 meeting; 2.1 hrs. | $2,440.00 |
| 12/18/08 | Round trip mileage; 510 @.55= $280.50 | $280.50 |

| Date | Description | Amount |
|---|---|---|
| 12/18/08 | Per diem rate; $165.00 | $165.00 |
| 12/19/08 | Conference with Bill Cuthill and John Cellucci at Latham, Shuker regarding strategy for recovering overpaid workers compensation premiums paid to SUA by preparing an internal audit, asking SUA to perform a re-audit, and other potential sources of recovery, and meet with bankruptcy attorney, Liz Green; 4 hrs. | $1,600.00 |
| 12/19/08 | Return travel to Tallahassee, FL; 4 hrs. | $1,600.00 |
| 12/22/08 | Review Aldrostar/FCIC documents regarding Paul Hughes, and segregate key documents for use in asserting a claim against him and his various businesses; 3.6 hrs. | $1,440.00 |
| 12/22/08 | Review email from Bill Cuthill regarding request of information from Universal and Lighthouse, Louis Ramos, the PEO's software, along with attached letters; .3 hrs. | $120.00 |
| 12/22/08 | Review second email from Bill Cuthill regarding payments made to Aldrostar and FCIC for Presideon and cross check the numbers; .3 hrs. | $120.00 |
| 12/23/08 | Review of Aldrostar/FCIC documents regarding Luis Espinosa, and segregate key documents for use in asserting a claim against him; 2.9 hrs. | $1,160.00 |
| 12/26/08 | Review of Aldrostar/FCIC documents regarding Robert Lucia and segregate same; 1.2 hrs. | $480.00 |
| 12/31/08 | Review Aldrostar/FCIC documents regarding Jeff Rendel and segregate same; 2.3 hrs. | $920.00 |
| | Fees: | $12,320.00 |
| | Costs: | $445.50 |
| | **Total:** | $12,765.50 |

Make all checks payable to Smith, Brooks & Masterson, P.L
If you have any questions concerning this invoice, contact Sheri Snyder at (850)385-8000

**Thank you!**

# Smith, Brooks & Masterson, P.L.

**INVOICE**

J. Layne Smith
2629 Mitcham Dr.
Tallahassee, FL 32308
Phone (850)385-1116 Fax (850)201-8000

DATE: JULY 20, 2009

**TO:**
AEM, Inc., in care of
R. H. Cuthill, Jr.
341 N. Maitland Ave., Suite 210
Maitland, FL 32751

**COMMENTS OR SPECIAL INSTRUCTIONS:**
First Quarter billing 2009

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06/09 | Draft outline of people and business entities involved with Presideon, Sunshine, Paradyme, Amodeo, Aldrostar, First Commercial Insurance Company, Mirabilis Ventures, etc.; 6 hrs. | $2,400.00 |
| 01/09/09 | Draft outline of people and business entities involved with Presideon, Sunshine, Paradyme, Amodeo, Aldrostar, First Commercial Insurance Company, Mirabilis Ventures, etc.; 1.8 hrs. | $720.00 |
| 01/12/09 | Review drafts of various civil complaints obtained from Maher Law Firm regarding Aldrostar, FCIC and individuals; 2.1 hrs. | $840.00 |
| 01/14/09 | Telephone conference with John Cellucci to schedule meeting in Tallahassee to review file documents and provide a status to Bill Cuthill; .1 hrs. | $40.00 |
| 01/21/09 | Conference with John Cellucci and joint review of file documents for use in preparing an internal audit; 3 hrs. | $1,200.00 |
| 01/22/09 | Conference with John Cellucci and joint review of file documents for use in preparing an internal audit; 2.1 hrs. | $840.00 |
| 01/22/09 | Review January 21, 2009 email from Bill Cuthill; .1 hrs. | $40.00 |
| 01/26/09 | Draft list of documents to request from various third parties; 4.3 hrs. | $1,720.00 |
| 01/27/09 | Review and revise report from John Cellucci to Bill Cuthill; .5 hrs. | $200.00 |
| 01/29/09 | Draft email to Bill Cuthill, attaching report; .1 hrs. | $40.00 |
| 01/30/09 | Review email from Bill Cuthill; .1 hrs. | $40.00 |
| 01/30/09 | Draft request of production list of documents from third parties; 2.6 hrs. | $1,040.00 |
| 02/05/09 | Travel to Orlando; 4 hrs. | $1,600.00 |
| 02/05/09 | Review email from Bill Cuthill and conference with John Cellucci; .4 hrs. | $160.00 |
| 02/05/09 | Round trip mileage; 510 miles @ .55 = $280.50 | $280.50 |
| 02/05/09 | Per diem rate; $165.00 | $165.00 |
| 02/06/09 | Review documents at Latham, Shuker and obtain copies of select ones, conference with Bill Cuthill; 7.2 hrs. | $2,880.00 |

| Date | Description | Amount |
|---|---|---|
| 02/06/09 | Return travel to Tallahassee; 4 hrs. | $1,600.00 |
| 02/07/09 | Review email from Bill Cuthill; .1 hrs. | $40.00 |
| 02/23/09 | Review email from Bill Cuthill and attached contact list; .4 hrs. | $160.00 |
| 02/23/09 | Review second email from Bill Cuthill and respond to same; .2 hrs. | $80.00 |
| 02/24/09 | Review email from Bill Cuthill and attached Berman memo regarding FCIC and Aldrostar; .6 hrs. | $240.00 |
| 03/04/09 | Review email from Bill Cuthill regarding Lawson reports; .1 hrs. | $40.00 |
| 03/09/09 | Review of Lawson reports on CD from Bill Cuthill; 1.4 hrs. | $560.00 |
| 03/11/09 | Review email from Bill Cuthill and attachment detailing Presideon's claims as of May, 2005; .5 hrs. | $200.00 |
| 03/18/09 | Telephone conference with John Cellucci regarding meeting on March 26, 2009 to discuss the Larson reports, and status of internal audit; .2 hrs. | $80.00 |
| 03/26/09 | Conference with John Cellucci and review and analysis of file documents; 5.2 hrs. | $2,080.00 |
| 03/30/09 | Review email from Bill Cuthill and respond to same; .2 hrs. | $80.00 |
| | **Fees:** | $18,920.00 |
| | **Costs:** | $445.50 |
| | **Total:** | $19,365.50 |

Make all checks payable to Smith, Brooks & Masterson, P.L
If you have any questions concerning this invoice, contact Sheri Snyder at (850)385-8000

**Thank you!**

# Smith, Brooks & Masterson, P.L.

**INVOICE**

J. Layne Smith
2629 Mitcham Dr.
Tallahassee, FL 32308
Phone (850)385-8000 Fax (850)201-8000

DATE: JULY 9, 2009

**TO:**
AEM, Inc., in care of
R. H. Cuthill, Jr.
341 N. Maitland Ave., Suite 210
Maitland, FL 32751

**COMMENTS OR SPECIAL INSTRUCTIONS:**
Second Quarter billing 2009

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 04/06/09 | Conference with Bill Cuthill and John Cellucci at Latham, Shuker regarding what information we can rely on for our internal audit, and what holes we need to fill; 1 hrs. | $400.00 |
| 04/06/09 | Review email from Bill Cuthill regarding protocol for inspecting documents at the 35th Street warehouse; .1 hrs. | $40.00 |
| 04/07/09 | Review email from Bill Cuthill regarding the Ramos hard drive; .1 hrs. | $40.00 |
| 04/08/09 | Review email from Bill Cuthill, locate and review SUA policies for AEM, and draft email to Bill Cuthill and John Cellucci. .8 hrs. | $320.00 |
| 04/09/09 | Review email from Bill Cuthill regarding Human Resource Enterprise Corporation; .1 hrs. | $40.00 |
| 04/13/09 | Review email from Bill Cuthill regarding CD containing Ramon's reports on payrolls for SUNZ and SUA; .1 hrs | $40.00 |
| 04/24/09 | Review email from Bill Cuthill regarding locating weekly reports from AEM to SUA; .1 hrs | $40.00 |
| 05/08/09 | Read and draft services of emails to and from Bill Cuthill, telephone conferences with Butch Slaughter and Ed McFall regarding scheduling an interview with Frank Amodeo, and telephone conference with John Cellucci regarding May 19, 2009 meeting. 1.3 hrs | $520.00 |
| 05/10/09 | Send email to Bill Cuthill regarding scheduling an interview with Frank Amodeo; .1 hrs | $40.00 |
| 05/11/09 | Review email from Bill Cuthill and attachment regarding Aldrostar payments, and send emails to Bill Cuthill regarding same; .4 hrs | $160.00 |
| 05/13/09 | Review of emails from Bill Cuthill and draft emails to him regarding the payments to Aldrostar and interviewing Frank Amodeo. .4 hrs. | $160.00 |
| 05/14/09 | Review of email and attached forensic accounting graphs regarding Mirabilis from Bill Cuthill. .4 hrs. | $160.00 |
| 05/15/09 | Review spreadsheet prepared by Sheri Snyder and telephone conference with John Cellucci regarding the same; .6 hrs | $240.00 |
| 05/19/09 | Conference with John Cellucci and review data imputed for internal audit. .9 hrs | $360.00 |
| 05/20/09 | Conference with John Cellucci regarding internal audit. 1.0 hrs. | $400.00 |

| Date | Description | Amount |
|---|---|---|
| 05/21/09 | Telephone conferences with Bill Cuthill and John Cellucci. .6 hrs. | $240.00 |
| 05/22/09 | Review email from Bill Cuthill regarding the criminal sentence of 22.5 years that Frank Amodeo received from the federal court; .1 hrs | $40.00 |
| 05/27/09 | Review email from Bill Cuthill and attachment regarding updated schedules; .4 hrs | $160.00 |
| 05/28/09 | Telephone conference with Butch Slaughter regarding Frank Amodeo. .3 hrs. | $120.00 |
| 05/29/09 | Visit Frank Amodeo at the Orange County Jail. 1.6 hrs. | $640.00 |
| 06/04/09 | Travel to Orlando to visit at the Orange County Jail. 4 hrs. | $1,600.00 |
| 06/05/09 | Review email and attachment from Bill Cuthill regarding the SUA claims report through May 9, 2009; .4 hrs | $160.00 |
| 06/05/09 | Travel from Orlando to Tallahassee. 4.0 hrs. | $1,600.00 |
| 06/05/09 | Round trip mileage; 500 miles @ .55 = $275.00 | $275.00 |
| 06/05/09 | Per diem rate; $165.00 | $165.00 |
| 06/09/09 | Draft and send email report to Bill Cuthill summarizing jail visit with Frank Amodeo, and scheduling dates for other attorneys' visits with Frank Amodeo; .6 hrs | $240.00 |
| 06/09/09 | Review email from Bill Cuthill regarding same; .1 hrs | $40.00 |
| 06/12/09 | Confirm schedule for meeting with Frank Amodeo; .2 hrs | $80.00 |
| 06/19/09 | Exchange of emails with Bill Cuthill regarding schedules for two meetings; .2 hrs | $80.00 |
| 06/23/09 | Travel from Tallahassee to Winter Park, Florida. 4 hrs. | $1,600.00 |
| 06/23/09 | Round trip mileage; 500 miles @ .55 = $275.00 | $275.00 |
| 06/23/09 | Per diem rate; $165.00 | $165.00 |
| 06/24/09 | Meeting with Bill Cuthill, draft letter to Orange County Sheriff's Department and the Orange County Jail requesting permission for Bill Cuthill to accompany Layne Smith on visit with inmate Frank Amodeo, and interview Frank Amodeo. 6.8 hrs. | $2,720.00 |
| 06/24/09 | Travel from Winter Park to Tallahassee, Florida. 4.0 hrs. | $1,600.00 |
| 06/25/09 | Telephone conference with John Cellucci, and review of data compilations regarding allocations of payroll per customer, by class code. 1.0 hrs. | $400.00 |
| 06/28/09 | Travel from Tallahassee to Winter Park, Florida. 4.0 hrs. | $1,600.00 |
| 06/28/09 | Round trip mileage; 500 miles @ .55 = $275.00 | $275.00 |
| 06/28/09 | Per diem rate; $165.00 | $165.00 |
| 06/28/09 | Conference with John Cellucci, and prepare for meeting with Bill Cuthill. 1.6 hrs. | $640.00 |
| 06/29/09 | Review email from Bill Cuthill, and attached SUA claims report through May 31, 2009; .3 hrs | $120.00 |
| 06/29/09 | Conferences with John Cellucci and Bill Cuthill regarding audit work, draft letter to Orange County Jail requesting permission for John Cellucci to visit Frank Amodeo, and visit Orange County Jail twice for meeting with Frank Amodeo. 5.7 hrs. | $2,280.00 |
| 06/29/09 | Travel from Winter Park to Tallahassee, Florida. 4.0 hrs. | $1,600.00 |
| 06/30/09 | Telephone conference with Dean Amodeo regarding documents Frank Amodeo identified at June 29, 2009 meeting, and request for copies; .3 hrs | $120.00 |

| | Time allocated to Paralegal, Sheri Snyder, at $125.00 per hr.: | |
|---|---|---|
| 05/04/09-05/08/09 | Preparation of Excel Spreadsheet for SUA insurance policy list of claims, AEM client list 2006-2007; data entry for computation usage. 19.6 hrs. | $2,450.00 |
| | | |
| | | |
| | Fees: | $23,090.00 |
| | Costs: | $1,320.00 |
| | **Total:** | $24,410.00 |

Make all checks payable to Smith, Brooks & Masterson, P.L
If you have any questions concerning this invoice, contact Sheri Snyder at (850)385-8000

**Thank you!**

AEM, INC.
CASE NO. 6:08-bk-04681-KSJ

# EXHIBIT B

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                               CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                           CHAPTER 11

           Debtor.

_____/

AFFIDAVIT IN SUPPORT OF FIRST INTERIM APPLICATION OF
J. LAYNE SMITH AND THE LAW FIRM OF
SMITH, BROOKS & MASTERSON, PL, AS SPECIAL COUNSEL, FOR AWARD
OF FEES i/a/o $54,330.00 AND REIMBURSEMENT OF EXPENSES i/a/o $2,211.00

STATE OF FLORIDA      )
                      )
COUNTY OF LEON        )

**BEFORE ME**, the undersigned authority, personally appeared J. Layne Smith, who, being duly sworn, deposes and says:

1. I am a partner at the law firm of Smith, Brooks & Masterson, PL, a Florida professional limited liability association engaged in providing legal services, and, in that capacity, have control over the books and records of Smith, Brooks & Masterson, PL, relating to the matter set forth herein, which books and records are kept and maintained by Smith, Brooks & Masterson, PL, in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2. I am the billing and responsible partner assigned by Smith, Brooks & Masterson, PL, to provide services to the Debtor.

3. I have reviewed Smith, Brooks & Masterson, PL's First Interim Application for Award of Fees i/a/o $54,330.00 and Reimbursement of Expenses i/a/o $2,211.00, filed

concurrent herewith, and all attachments accurately reflect the time of Smith, Brooks & Masterson, PL, for the periods set forth herein for services provided to the Debtor.

    4.    I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
J. LAYNE SMITH

STATE OF FLORIDA    )
COUNTY OF LEON    )

Sworn to and subscribed before me this 23 day of July 2009, by **J. Layne Smith**, [ ✓ ] who is personally known to me, or [ ] who did provide as identification _____

_____.



ASHLEY BROOKE MCAULEY
MY COMMISSION # DD 586595
EXPIRES: August 17, 2010
Bonded Thru Notary Public Underwriters

[NOTARY SEAL]

_____
Signature of Person Taking Acknowledgment
Print Name: Ashley Brooke McAuley
Title: Notary Public
Serial No. (if any) # DD 586595
Commission Expires: August 17, 2010

```
Label Matrix for local noticing         REM, Inc                                Richard Lee Barrett
113A-6                                  340 N Maitland Ave                      PO Box 533983
Case 6:08-bk-04681-KSJ                  Ste 210                                 Orlando, FL 32853 3983
Middle District of Florida              Maitland, FL 32751-4784
Orlando
Tue Jul 28 14:54:36 EDT 2009

Charles A Carlson                       Elena L Escamilla                       Gill R Geldreich
Barnett, Bolt, Kirkwood, Long & McBride United States Trustee                   Tennessee Attorney General's Office
Post Office Box 3287                    135 W Central Blvd  Suite 620           Post Office 20207
Tampa, FL 33601-3287                    Orlando, FL 32801-2440                  Nashville, TN 37202


I Randall Gold                          Elizabeth A Green                       Jimmy D Parrish
United States Attorney's Office         Latham Shuker Eden & Beaudine LLP       Latham Shuker Eden & Beaudine LLP
501 West Church Street                  390 North Orange Avenue                 Post Office Box 3353
Suite 300                               Suite 600                               Orlando, FL 32802-3353
Orlando, FL 32805-2281                  Orlando, FL 32801-1684


Tennessee Department of Revenue         United States Trustee - ORL             End of Label Matrix
c/o Attorney General's Office           135 W. Central Blvd., Suite 620         Mailable recipients    10
Bankruptcy Unit c/o Robert Cooper       Orlando, FL 32801-2440                  Bypassed recipients     0
PO BOX 20207                                                                    Total                  10
Nashville, TN 37202-4015
```