## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re:**                                              **CASE NO. 6:08-bk-04681-KSJ**

**AEM, INC.,**                                          **CHAPTER 11**

Debtor.
_____/

## FINAL APPLICATION OF JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS PREMIUM AUDIT CONSULTANT, FOR AWARD OF FEES i/a/o $29,020.00 AND REIMBURSEMENTS OF EXPENSES i/a/o $2,024.00, AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $11,265.00

**AEM, INC.** ("Debtor"), hereby submits, on behalf John A. Cellucci, CPCU, CIPA, APA, AIS ("Applicant"), Premium Audit Consultant for the Debtor, his final application ("Final Application") for award of compensation for services in the amount of $29,020.00 and reimbursement of necessary and actual expenses in the amount of $2,024.00 for the period commencing December 9, 2008 through July 31, 2009 ("Application Period"), and for approval of estimated fees and expenses in the amount of $11,265.00 for the period August 1, 2009 through September 19, 2009, the date set for the hearing on confirmation of Debtor's plan of liquidation ("Confirmation Hearing"); for a total award sought of $42,309.00, and, in support thereof, states:

1.      On May 27, 2008, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date").  No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession

2.      At the hearing on July 23, 2009, this Court approved Debtor's application to employ Applicant, *nunc pro tunc* to December 9, 2008, to provide services as a premium audit consultant with respect to workers' compensation premium.

3.      Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and the other criteria used by the Court in setting such fees.

4.      No advance retainer has been paid.

5.      The professional services rendered on behalf of Debtor for which an award of interim compensation is sought by Applicant involve extensive review and research of Debtor's workers' compensation filings and related documents, preparation of report on findings, and consultation with Debtor's special counsel for workers' compensation matters.  Applicant will attend premium audits performed by SUA and negotiation meetings as required and assist with administrative remedies.  Applicant will be available to assist attorneys as needed.

6.      Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for services provided in this case.

7.      Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, ability and reputation in the area of forfeiture, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Interim Application is both fair and reasonable.

8.      In considering the foregoing criteria in this case, several matters should be noted:

a.      Applicant is a well-established and experienced premium audit consultant.  Applicant has extensive experience in providing representation in the area of workers' compensation premium audits; and

b.      The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

9.      Attached as **Exhibit B** is the affidavit of John A. Cellucci in support of this Final Application.

10.     The total compensation for services requested by Applicant for the Final Application Period is $29,020.00, and the total reimbursement of actual and necessary expenses requested by Application for the Final Application Period is $2,024.00 for total interim award for the Application Period of $31,044.00 as part of the fees and expenses of administration of the AEM, Inc Chapter 11 estate from December 9, 2008 through July 31, 2009.

11.     Applicant requests approval of the estimated compensation for services in the amount of $980.00 and reimbursement of estimated expenses in the amount of $2.00 for the period August 1, 2009 through September 19, 2009.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded interim compensation for services and reimbursement of actual and necessary expenses in the amount of $31,044.00 for the Application Period and payment of estimated fees and expenses in the amount of $11,265.00, for a total award for the Final Application Period of $42,309.00 as part of the fees and expenses of administration of the AEM, Inc Chapter 11 estate.

**RESPECTFULLY SUBMITTED** this 13th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


In re:                                              CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                          CHAPTER 11

                        Debtor.
_____/

### Certificate of Service

I HEREBY CERTIFY that a true copy of the **FINAL APPLICATION OF JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS, PREMIUM AUDIT CONSULTANT, FOR AWARD OF FEES i/a/o $29,020.00 AND REIMBURSEMENTS OF EXPENSES i/a/o $2,024.00**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; John A. Cellucci, CPCU, PO Box 242, Ponte Vedra Beach, FL 32082; J. Layne Smith, Esq., Smith, Brooks & Masterson PL, 2629 Mitcham Drive, Tallahassee, FL 32308; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 13th day of August 2009.


                                    /s/ Elizabeth A. Green
                                    Elizabeth A. Green, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04681-KSJ
Middle District of Florida
Orlando
Thu Aug 13 15:22:14 EDT 2009

AEM, Inc
340 N Maitland Ave
Ste 210
Maitland, FL 32751-4784

Richard Lee Barrett
PO Box 533983
Orlando, FL 32853 3983

Charles A Carlson
Barnett, Bolt, Kirkwood, Long & McBride
Post Office Box 3287
Tampa, FL 33601-3287

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Department of Revenue
c/o Attorney General's Office
Bankruptcy Unit c/o Robert Cooper
PO BOX 20207
Nashville, TN 37202-4015

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

End of Label Matrix
Mailable recipients    10
Bypassed recipients     0
Total                  10

**AEM, INC.**
**CASE NO. 6:08-bk-04681-KSJ**

## EXHIBIT A

## EXHIBIT A

**JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS**
**Premium Audit Consultant**

| | |
|---|---|
| P.O. Box 242 | Phone (904) 477-7119 |
| Ponte Vedra Beach, FL 32004 | Fax   (904) 285-8701 |
| Tax ID # 59-3542197 | Email  Mjcjc1945@aol.com |

April 24, 2009

Diane Crivello
Bankruptcy Paralegal
Latham, Shuker, Eden & Beaudine, LLP
390 N Orange Avenue, Suite 600
Oralndo, FL 32802-3353

RE:  Invoice for AEM/SUA case--December 2008

Dec 17, 2008    Review of documents received by the Federal Bankruptcy Trustee,
Bill Cuthill in preparation for Dec 19, 2008 meeting with Bill Cuthill
in Orlando, FL.

3.2 hours   $640.00

Dec 18, 2008    Travel to Orlando, FL from office in Ponte Vedra Beach, FL
for meeting with Layne Smith to prepare for Dec 19, 2008 meeting
with the Bankruptcy Trustee, Bill Cuthill.

2.7 hours   $540.00

Dec 18, 2008    Meeting with Layne Smith to prepare for Dec 19, 2008 meeting
With the Bankruptcy Trustee, Bill Cuthill.

1.6 hours   $320.00

Dec 19, 2008    Meeting with Layne Smith and Bill Cuthill at law offices of Latham,
Shuker, Eden & Beaudine in Orlando, FL. Met with the Bankruptcy
Trustee to plan and prepare for conducting a premium audit on
AEM's records to determine how much workers' compensation
premiums and related costs AEM should have paid SUA and how to
recover any amounts overpaid.

4.0 hours   $800.00

Dec 19, 2008   Travel from Trustee's office in Orlando, FL to home office in Ponte
Vedra Beach, FL

2.8 hours   $560.00

ADDITIONAL CHARGES:

Dec 18, 2008       One day per diem for Dec 18, 2008 while away from home office

                   One day @ $165.00

Dec 18/19, 2008   Mileage—Travel to and from office in Ponte Vedra Beach, FL,
                   to Orlando, FL 260 miles @ .55 a mile= $143.00


Total amount billed        $3,168.00

---

**JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS**
**Premium Audit Consultant**

| | |
|---|---|
| P.O. Box 242 | Phone (904) 477-7119 |
| Ponte Vedra Beach, FL 32004 | Fax   (904) 285-8701 |
| Tax ID # 59-3542197 | Email  Mjcjc1945@aol.com |

---

April 24, 2009


Diane Crivello
Bankruptcy Paralegal
Latham, Shuker, Eden & Beauline, LLP
390 N Orange Avenue, Suite 600
Orlando, FL 32802-3353


RE:  Invoice for AEM/SUA case—1st Quarter 2009


Jan 14, 2009    Telephone call with Layne Smith to schedule document review

0.1 hours    $20.00

Jan 21, 2009    Travel to Layne Smith's office in Tallahassee, FL to review
documents sent by the Federal Bankruptcy Trustee pertaining to
the AEM-SUA case.

3.0 hours    $600.00

Jan 21, 2009    Review of documents sent by the Bankruptcy Trustee at Layne
Smith's office in Tallahassee, FL for AEM-SUA case.

3.0 hours    $600.00

Jan 22, 2009    Continuing review of documents for preparation of interim report
to be sent to Bill Cuthill, Trustee, at Layne Smith's Tallahassee, FL
office.

2.0 hours    $400.00

Jan 22, 2009    Travel back to home office in Ponte Vedra Beach, FL from Layne
Smith's Tallahassee, FL office

3.0 hours    $600.00

Jan 25/26, 2009 Preparation of report from home office including teleconferences
with Layne Smith outlining progress to date with recommendations
for records requests.

4.0 hours    $800.00

Feb 5, 2009      Travel to law offices of Latham, Shuker, Eden & Beaudine
Orlando, FL from home office in Ponte Vedra Beach, FL
to examine documents pertaining to AEM/SUA.

                 3.0 hours    $600.00

Feb 6, 2009      Examination of documents stored at Latham, Shuker, Eden &
Beaudine's law offices with Layne Smith.  Inventory and recording
of records that may be helpful with premium audit to be conducted.

                 7.0 hours    $1,400.00

Feb 6, 2009      Travel back to home office in Ponte Vedra Beach, FL from
Latham Shuker, Eden & Beaudine's offices in Orlando, FL

                 3 hours    $600.00

Mar 8/9, 2009   Examination of disk received from Bill Cuthill, Federal Bankruptcy
Trustee and teleconference with Layne Smith to schedule a
meeting at Layne Smith's law office in Tallahassee to review
Lawson materials received.

                 1.5 hours  $300.00

Mar 25, 2009    Travel to law offices of Layne Smith, Tallahassee, FL from home
home in Ponte Vedra Beach, FL for Mar 26, 2009 meeting.

                 3.0 hours  $600.00

Mar 26, 2009    Examination of CD containing Lawson materials with Layne
Smith at his office in Tallahassee, FL.  Review and cataloging of
information to prepare progress report.

                 7 hours    $1,400.00

Mar 26, 2009    Travel back to home office in Ponte Vedra Beach, FL, from Layne
Smith's Tallahassee, FL office.

                 3 Hours    $600.00


ADDITIONAL CHARGES:

Jan 21, 2009    One day per diem for Jan 21, 2009 while away from home office

                 One day @ $165.00

Feb 5, 2009          One day per diem for Feb 5, 2009 while away from home office

One day @ $165.00


Mar 25, 2009        One day per diem for Mar 25, 2009 while away from home office

One day @ $165.00


Jan 21/22, 2009  Mileage—Travel to and from office in Ponte Vedra Beach, FL, to Tallahassee, FL

360 miles @ .55 a mile= $198.00

Feb 5/6, 2009      Mileage—Travel to and from office in Ponte Vedra Beach, FL to Law Offices of Latham, Shuker, Eden & Beaudine in Orlando, FL

260 miles A .55 a mile= $143.00

Mar 25/26, 2009  Mileage--Travel to and from office in Ponte Vedra Beach, FL to Law Offices of Layne Smith in Tallahassee, FL

360 miles @ .55 a mile= $198.00


Total amount billed          $9,554.00

**JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS**
**Premium Audit Consultant**

P.O. Box 242
Ponte Vedra Beach, FL 32004
Tax ID # 59-3542197

Phone (904) 477-7119
Fax    (904) 285-8701
Email  Mjcjc1945@aol.com

July 12, 2009

Diane Crivello
Bankruptcy Paralegal
Latham, Shuker, Eden & Beauline, LLP
390 N Orange Avenue, Suite 600
Orlando, FL 32802-3353

RE:  Invoice for AEM/SUA case—2nd Quarter 2009

Apr 2, 2009      Reviewed instructions with Layne Smith's office assistant to
                 create an excel worksheet listing all clients named on the SUA
                 workers comp policy for AEM, Inc.

                 1.2 hours   $240.00

Apr 7, 2009      Fulfilled request by Bill Cuthill, Trustee, to send copies of all
                 quarterly tax reports for all companies.  Fifteen reports faxed.

                 1.8 hours   $360.00

Week of
Apr 13, 2009     Review of Ramos disk sent by Bill Cuthill, Trustee. Calls to Layne
                 Smith's assistant to answer questions about the excel spreadsheet
                 being worked on for the premium audit

                 4.5 hours   $900.00

Week of
Apr 20, 2009     Examination of audit worksheet and client list. Commencement of
                 payroll audit with comparisons from all companies and entering
                 payroll exposures on matching clients

                 8.0 hours  $1,600.00

Apr 29, 2009     Travel to meeting with Bill Cuthill, Trustee, at his Maitland, FL office,
                 from home office in Ponte Vedra Beach, FL

                 2.6 hours   $520.00

Apr 29, 2009    Meeting with Bill Cuthill, Trustee and Layne Smith to update Bill
                Cuthill on progress of audit being conducted and review of
                recently sent Ramos disk.

                2.0 hours    $400.00

Apr 29, 2009    Travel back to home office in Ponte Vedra Beach, FL from
                Bill Cuthill's office in Maitland, FL.

                2.6 hours    $520.00

Week of
May 11, 2009    Continuing review and preparation of premium audit going through
                all companies and adding to payroll exposures to worksheet as client
                companies appear.

                8.0 hours    $1,600.00

May 19, 2009    Travel to Layne Smith's Tallahassee, FL to for May 19, 2009 meeting

                3.0 hours    $600.00

May 20, 2009    Visit to Layne Smith's office in Tallahassee, FL to confer with Layne
                Smith's assistant and continue audit of client listing for all
                companies.

                6.0 hours    $1,200.00

May 20, 2009    Travel back to home office in Ponte Vedra Beach, FL from
                Layne Smith's office in Tallahassee, FL.

                3 hours    $600.00

May 27, 2009    Fulfilled request by Bill Cuthill, Trustee, to send state withholding
                documents.  Located, copied and sent requested documents

                1.8 hours    $360.00

Week of
Jun 15, 2009    Continuation of premium audit on client payroll reports and
                preparation of premium audit progress report to Bill Cuthill,
                Trustee.

                7.2 hours    1440.00

Jun 29, 2009    Travel from home office in Ponte Vedra Beach, FL, to Maitland, FL

                2.6 hours    $520.00

Jun 29, 2009      Meeting with Bill Cuthill, Trustee, at his office in Maitland, FL
                  with Layne Smith to update progress of premium audit.
                  Meeting at Orange County, FL jail with Frank Amadeo to obtain
                  information about workers comp coverage, premiums paid and
                  payroll reports.

                  6.0 hours   $1,200.00

Jun 29, 2009      Travel from Orlando, FL to home office in Ponte Vedra Beach, FL

                  3.0   $600.00

---

ADDITIONAL CHARGES:

May 20, 2009      One day per diem for May 20, 2009 while away from home office

                  One day @ $165.00

Apr 29, 2009      Mileage—Travel to and from office in Ponte Vedra Beach, FL,
                  to Maitland, FL

                  250 miles @ .55 a mile= $137.50

May 18/19, 2009   Mileage--Travel to and from office in Ponte Vedra Beach, FL to
                  Law Office of Layne Smith in Tallahassee, FL

                  360 miles @ .55 a mile= $198.00

Jun 29, 2009      Mileage—Travel to and from office in Ponte Vedra Beach, FL to
                  Maitland

                  250 miles @ .55 a mile= $137.50


Total amount billed        $13,298.00

**JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS**
**Premium Audit Consultant**

P.O. Box 242
Ponte Vedra Beach, FL 32004
Tax ID # 59-3542197

Phone (904) 477-7119
Fax   (904) 285-8701
Email  Mjcjc1945@aol.com

August 3, 2009

Diane Crivello
Bankruptcy Paralegal
Latham, Shuker, Eden & Beauline, LLP
390 N Orange Avenue, Suite 600
Orlando, FL 32802-3353

RE:  Invoice for AEM Inc (July 2009)

Jul 2, 2009        Using information obtained from June 2009 meetings with Bill Cuthill,
                   Trustee, and Frank Amadeo, a premium audit worksheet for AEM
                   Inc's 2006 workers comp policy with SUA was initiated.

                   4.2 hours   $840.00

Week of
Jul 6, 2009        Continuation of  premium audit for AEM Inc's SUA workers comp
                   Policy.

                   8.5 hours   $1,700.00

Jul 16, 2009       Telephone call with Layne Smith reviewing work to date on premium
                   audit

                   .3  hour      $60.00

Jul 17, 2009       Telephone call with Bill Cuthill summarizing progress to date on
                   payroll audit.

                   .3  hour      $60.00

Jul 21, 2009       Completion of preliminary premium audit for 2006 AEM Inc's
                   workers comp with SUA.

                   4.0 hours   $800.00

Jul 22, 2009       Travel to meeting with Layne Smith in Jacksonville, FL. from
                   home office in Ponte Vedra Beach, FL.

                   .4 hour      $80.00

Jul 22, 2009    Meeting with Layne Smith to examine, review and make changes to preliminary audit for AEM Inc's 2006 SUA workers comp policy

    4 hours    $800.00

Jul 22, 2009    Travel from Jacksonville, FL back to home office in Ponte Vedra Beach, FL

    .4 hour    $80.00

Jul 30, 2009    Travel to meeting with Layne Smith in Jacksonville, FL. from home office in Ponte Vedra Beach, FL.

    .4 hour    $80.00

Jul 30, 2009    Meeting with Layne Smith to integrate strategy and complete final draft of AEM Inc's 2006 workers comp premium audit.

    2.0 hours  $400.00

Jul 30, 2009    Travel from Jacksonville, FL back to home office in Ponte Vedra Beach, FL

    .4 hour    $80.00

---

ADDITIONAL CHARGES:

Jul 22, 2009    Mileage—Travel to and from office in Ponte Vedra Beach, FL, to Jacksonville, FL

    40 miles @ .55 a mile= $22.00

Jul 30, 2009    Mileage—Travel to and from office in Ponte Vedra Beach, FL, to Jacksonville, FL

    40 miles @ .55 a mile= $22.00

Total Amount Billed    $5,024

---

**JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS**
**Premium Audit Consultant**

| | |
|---|---|
| P.O. Box 242 | Phone (904) 477-7119 |
| Ponte Vedra Beach, FL 32004 | Fax   (904) 285-8701 |
| Tax ID # 59-3542197 | Email  Mjcjc1945@aol.com |

---

August 10, 2009


R W (Bill) Cuthill Jr.
Federal Bankruptcy Trustee
341 N Maitland Ave  Suite 210
Maitland, FL 32751


RE:      Estimate of fees from August 3, to September 16, 2009 (July 2009)


| | |
|---|---|
| August 2009 through Sept 16, 2009 | Final preparation and submission of 2006 premium audit for AEM's 2006 workers comp policy to SUA.  Meeting August 10, 2009 with Layne Smith and Bill Cuthill in Orlando to finalize the 2006 premium audit. |

Examination of all 2007 payroll reports, tax forms, ledgers and internal accounting records to determine AEM Inc's 2007 premium audit needed to calculate the workers comp premium for the SUA policy from January 1, 2007 to April 30, 2007.

Conferring with Layne Smith to plan strategy and complete a final premium audit report for the SUA workers comp policy for 2007. These discussions will include telephone conferences and probable meetings with Bill Cuthill in Orlando, FL. Submission of 2007 AEM premium audit to SUA.

Review and response to SUA's expected reply to the submission of the 2006 & 2007 AEM premium audits with Layne Smith and Bill Cuthill.


Total hours of expected work from August 1, 2009 to September 16, 2009 is 50 hours at $200= $10,000.

Additional Charges

Mileage--to and from Tallahassee and Maitland, FL 1100 miles @ .55 a mile= $605.00

Per Diem—Four days expected away from home office at $165 a day = $660.00

Total estimated fees from August 1, to September 16, 2009 is $11,265.00

**AEM, INC.**
**CASE NO. 6:08-bk-04681-KSJ**

**EXHIBIT B**

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

AEM, INC.,

               Debtor.

_____/

CASE NO. 6:08-bk-04681-KSJ

CHAPTER 11

### AFFIDAVIT IN SUPPORT OF FINAL APPLICATION OF
### JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS
### PREMIUM AUDIT CONSULTANT, FOR AWARD OF FEES i/a/o $29,020.00
### AND REIMBURSEMENTS OF EXPENSES i/a/o $2,024.00,
### AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $11,265.00

STATE OF FLORIDA       )
                              )
COUNTY OF ST. JOHNS   )

**BEFORE ME**, the undersigned authority, personally appeared John A. Cellucci who, being duly sworn, deposes and says:

1.      I have control over the books and records relating to the matter set forth herein, which books and records are kept and maintained by me in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2.      I have reviewed the Final Application for Award of Fees i/a/o $29,020.00 and Reimbursement of Expenses i/a/o $2,024.00, filed concurrent herewith, and all attachments

accurately reflect my time and expenses for the periods set forth herein for services provided to

the Debtor.

    4.      I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____

JOHN A. CELLUCCI

STATE OF FLORIDA        )
COUNTY OF St Johns )

    Sworn to and subscribed before me this 12 day of August 2009, by **John A. Cellucci**, [

] who is personally known to me, or [ ✓ ] who did provide as identification FL DL

_____.

CHRIS ARRICH
Notary Public, State of Florida
Commission# DD718230
My comm. expires Sept. 24, 2011

_____
Signature of Person Taking Acknowledgment
Print Name: CHRIS ARRICH
Title: Notary Public
Serial No. (if any) DD718230
Commission Expires: Sept 24 2011

           [NOTARY SEAL]