## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re:**                                              **CASE NO. 6:08-bk-04681-KSJ**

**AEM, INC.,**                                          **CHAPTER 11**

                          **Debtor.**

_____/

## FINAL APPLICATION OF RUSSELL R. BALDWIN AND THE ACCOUNTING FIRM OF BALDWIN & CO, PA, FOR AWARD OF FEES i/a/o $1,462.50 AND REIMBURSEMENT OF EXPENSES i/a/o $.88; REQUEST FOR PAYMENT OF HOLDBACK i/a/o $915.00; AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $982.00

**AEM, INC.** ("Debtor"), hereby submits, on behalf Russell R. Baldwin and the accounting firm of Baldwin & Company, PA ("Applicant"), accountants for Debtor, their final application ("Final Application") for: (i) award of compensation for services in the amount of $1,462.50, and reimbursement of actual expenses in the amount of $.88 for the period commencing May 1, 2009 through July 31, 2009 ("Application Period"); (ii) request for payment of the fees held back from the First Interim Application in the amount of $915.00 ("Holdback"); and (iii) for approval of estimated fees and expenses in the amount of $982.00 for the period August 1, 2009 through September 19, 2009, the date set for the hearing on confirmation of Debtor's plan of liquidation ("Confirmation Hearing"); for a total award sought of $3,360.38, and, in support thereof, states:

1.      On June 5, 2008, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession

2.      On January 5, 2009, this Court entered an order granting Debtor's application to retain Applicant to provide accounting services, including tax return preparation, for the Debtor, *nunc pro tunc* to June 5, 2008 (Doc No. 68).

3.      Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and the other criteria used by the Court in setting such fees.

4.      No advance retainer was paid.  Pursuant to prior Fee Orders, Applicant has received an interim payment of 70% of their fees and costs for the First Interim Application, with a Holdback of $915.00, and 100% of their fees and costs for the Second Interim Application.

5.      The combined totals for all fees and expenses incurred through and including the Final Application for Applicant is set forth below:

|  | Fees/Costs | Interim Payment |
|---|---|---|
| **1st Application** | $3,118.60 | $2,203.60 |
| **2nd Application** | $1,766.68 | |
| **Final Application** | $1,463.38 | |
| **Estimate** | 982.00 | |
| **Total Applications** | $7,330.66 | $2,203.60 |

6.      The professional services rendered on behalf of Debtor for which an award of interim compensation is sought by Applicant involve continuing general accounting and tax-related services, including preparation of the Debtor-in-Possession Monthly Financial Reports, as required by Debtor.

U:\BKRY\MIRABILIS\AEM\PLD\FEE APP-BALDWIN FINAL.DOC

7.    Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

8.    Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Interim Application is both fair and reasonable.

9.    In considering the foregoing criteria in this case, several matters should be noted:

a.    Applicant is comprised of established and experienced certified public accounts.  Applicant has extensive experience in handling accounting and tax services matters; and

b.    The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

10.    Applicant also requests approval of the reimbursement of actual expenses in the amount of $.88 and estimated expenses in the amount of $2.00, as more particularly described in **Exhibit A**.

11.    Attached as **Exhibit B** is the affidavit of Russell Baldwin in support of this Interim Application.

12.    Applicant also requests payment of the Holdback and approval of the estimated compensation for services in the amount of $980.00 and reimbursement of estimated expenses in the amount of $2.00 for the period August 1, 2009 through September 19, 2009.

U:\BKRY\MIRABILIS\AEM\PLD\FEE APP-BALDWIN FINAL.DOC

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded: (i) final compensation for services in the amount of $1,462.50 and reimbursement of actual expenses in the amount of $.88; (ii) payment of the Holdback in the amount of $915.00; and (iii) payment of estimated fees and expenses in the amount of $982.00, for a total award for the Final Application Period of $3,360.38 as part of the fees and expenses of administration of the AEM, Inc Chapter 11 estate.

**RESPECTFULLY SUBMITTED** this 13th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600546
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida  32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

U:\BKRY\MIRABILIS\AEM\PLD\FEE APP-BALDWIN FINAL.DOC

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                       CHAPTER 11

                     Debtor.

_____/

### Certificate of Service

     I HEREBY CERTIFY that a true copy of the **FINAL APPLICATION OF RUSSELL R. BALDWIN AND THE ACCOUNTING FIRM OF BALDWIN & CO, PA, FOR AWARD OF FEES i/a/o $1,462.50 AND REIMBURSEMENT OF EXPENSES i/a/o $.88; REQUEST FORPAYMENT OF HOLDBACK i/a/o $915.00; AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $982.00**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: AEM, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Russell R. Baldwin, Baldwin & Co., PA, 2185 North Park Avenue, Winter Park, FL 32789; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 13th of August 2009.

                                  /s/ Elizabeth A. Green
                                  Elizabeth A. Green, Esquire

U:\BKRY\MIRABILIS\AEM\PLD\FEE APP-BALDWIN FINAL.DOC

Label Matrix for local noticing
113A-6
Case 6:08-bk-04681-KSJ
Middle District of Florida
Orlando
Thu Aug 13 15:22:14 EDT 2009

AEM, Inc
340 N Maitland Ave
Ste 210
Maitland, FL 32751-4784

Richard Lee Barrett
PO Box 533983
Orlando, FL 32853 3983

Charles A Carlson
Barnett, Bolt, Kirkwood, Long & McBride
Post Office Box 3287
Tampa, FL 33601-3287

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Department of Revenue
c/o Attorney General's Office
Bankruptcy Unit c/o Robert Cooper
PO BOX 20207
Nashville, TN 37202-4015

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

End of Label Matrix
Mailable recipients      10
Bypassed recipients       0
Total                    10

**EXHIBIT A**

**EXHIBIT A**

U:\BKRY\MIRABILIS\AEM\PLD\FEE APP-BALDWIN FINAL.DOC

# *Baldwin & Company, P.A.*

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*

*AEM, Inc.*
*c/o R. W. (Bill) Cuthill, Jr. President*
*341 N Maitland Ave, Ste 210*
*Maitland, FL 32751*

*Invoice No. 11984*
*Date       5/19/2009*
*Client No. AEMINC10*

---

| | | |
|---|---|---|
| For accounting services for the months of April & May 2009 | $ | 487.50 |
| Postage | | .88 |

| | | |
|---|---|---|
| Current Billing | $ | 488.38 |
| Prior Balance | | 2,681.68 |
| Total Balance Due | $ | 3,170.06 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 897.55 | 0.00 | 408.75 | 368.34 | 1,495.42 | 3,170.06 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

May 19, 2009          2:36:45 PM                    Baldwin & Company, P.A.                                Page: 1

# Billing Worksheet By Selected Clients
### For the Period: 1/1/1990-5/19/2009

**Client Code: AEMINC10**

AEM, Inc. (0)

Eng Fee:0.00          FYE:Dec          WIP:  $488.38          Progress:  $0.00          Net: $488.38          AR: $2681.68

**WIP - AEM, Inc. (0) -**

| | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - AE | CONS | BFSVC | 31100 General review 2nd fee app | Gartner | 4/25/2009 | 105.00 | 0.25 | 26.25 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General send correction to atty re:2nd fee app | Gartner | 4/27/2009 | 105.00 | 0.50 | 52.50 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General record a/p, write cks & verify a/p | Gartner | 5/7/2009 | 105.00 | 0.75 | 78.75 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General meet w/Bill, prep 1 qtr 09 trustee rpt | Gartner | 5/11/2009 | 105.00 | 0.50 | 52.50 | _____ |
| WIP - AE | CONS | BFSVC | 31340 Supervision/Review April 2009 | Baldwin | 5/12/2009 | 195.00 | 0.75 | 146.25 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General rec ajes from Bill, prep & send MOR 4/09, review & update attachments, print rpts for Rusty to review, create portable & backup of qb file | Gartner | 5/12/2009 | 105.00 | 1.25 | 131.25 | _____ |
| | | | **BFSVC Totals:** | | | | 4.00 | 487.50 | |
| | | | **CONSL Totals:** | | | | 4.00 | 487.50 | |
| WIP - AE | EXP | Exp | 81620 Postage 2 pieces | Gartner | 5/11/2009 | | | 0.88 | _____ |
| | | | **Exp Totals:** | | | | 0.00 | 0.88 | |
| | | | **EXP Totals:** | | | | 0.00 | 0.88 | |
| | | | **WIP - AEM, Inc. (0) - Totals:** | | | | 4.00 | 488.38 | |
| | | | **AEMINC10 Totals:** | | | | 4.00 | 488.38 | |

# *Baldwin & Company, P.A.*

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*

*AEM, Inc.*
*c/o R. W. (Bill) Cuthill, Jr. President*
*341 N Maitland Ave, Ste 210*
*Maitland, FL 32751*

*Invoice No. 12022*
*Date        6/11/2009*
*Client No. AEMINC10*

For accounting services for the month of June 2009

| | | |
|---|---|---:|
| Current Billing | $ | 303.75 |
| Prior Balance | | 3,170.06 |
| Total Balance Due | $ | 3,473.81 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 792.13 | 409.17 | 408.75 | 368.34 | 1,495.42 | 3,473.81 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

Jun 11, 2009          2:23:51 PM                    Baldwin & Company, P.A.                              Page: 1
## Billing Worksheet By Selected Clients
### For the Period: 1/1/1990-6/11/2009

**Client Code: AEMINC10**

AEM, Inc. (0)
Eng Fee:0.00          FYE:Dec        WIP: $303.75          Progress: $0.00          Net: $303.75          AR: $3170.06

| WIP - AEM, Inc. (0) - | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - AE | CONS | BFSVC | 31100 General record & reconcile a/p & write checks | Gartner | 6/4/2009 | 105.00 | 0.50 | 52.50 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General meet w/Bill, rec transfers/deposits, rec bank stmts, prep MOR 5/09, rev & update attachments, print rpts for Rusty to review, create portable qb file | Gartner | 6/10/2009 | 105.00 | 0.75 | 78.75 | _____ |
| WIP - AE | CONS | BFSVC | 31340 Supervision/Review May 2009 | Baldwin | 6/11/2009 | 195.00 | 0.75 | 146.25 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General send bill mor 5/09 & attachments | Gartner | 6/11/2009 | 105.00 | 0.25 | 26.25 | _____ |
| | | | **BFSVC Totals:** | | | | **2.25** | **303.75** | |
| | | | **CONSL Totals:** | | | | **2.25** | **303.75** | |
| | | | **WIP - AEM, Inc. (0) - Totals:** | | | | **2.25** | **303.75** | |
| | | | **AEMINC10 Totals:** | | | | **2.25** | **303.75** | |

# *Baldwin & Company, P.A.*

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*


*AEM, Inc.*
*c/o R. W. (Bill) Cuthill, Jr. President*
*341 N Maitland Ave, Ste 210*
*Maitland, FL 32751*


*Invoice No. 12053*
*Date        7/13/2009*
*Client No. AEMINC10*

---

For accounting services for the period of June 29, 2009
through July 13, 2009


| | Current Billing | $ | 382.50 |
|---|---|---|---|
| | Prior Balance | | 3,473.81 |
| | Total Balance Due | $ | 3,856.31 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 382.50 | 792.13 | 409.17 | 408.75 | 1,863.76 | 3,856.31 |


Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

Jul 13, 2009           2:31:13 PM           **Baldwin & Company, P.A.**                                  Page: 1
# Billing Worksheet By Selected Clients
### For the Period: 1/1/1990-7/13/2009

**Client Code: AEMINC10**
  AEM, Inc. (0)
  Eng Fee:0.00        FYE:Dec      WIP: $382.50        Progress: $0.00        Net: $382.50        AR: $3473.81

**WIP - AEM, Inc. (0) -**

| | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - AE | CONS | BFSVC | 31100 General<br>2008 Form 1099 for Bill | Gartner | 6/29/2009 | 105.00 | 0.50 | 52.50 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General<br>rec a/p & write check | Gartner | 7/9/2009 | 105.00 | 0.50 | 52.50 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General<br>meet w/Bill | Gartner | 7/10/2009 | 105.00 | 0.25 | 26.25 | _____ |
| WIP - AE | CONS | BFSVC | 31340 Supervision/Review<br>June 2009 | Baldwin | 7/13/2009 | 195.00 | 0.75 | 146.25 | _____ |
| WIP - AE | CONS | BFSVC | 31100 General<br>reconcile bank stmts, verify<br>due to & a/p, export bs & pl to<br>excel, prep of 06/09 MOR &<br>reports to Rusty for review,<br>create & save qb portable file<br>for Bill, send 6/09 MOR &<br>attachments to Bill, make<br>corrections to MOR per bill | Gartner | 7/13/2009 | 105.00 | 1.00 | 105.00 | |
| | | | **BFSVC Totals:** | | | | 3.00 | 382.50 | |
| | | | **CONSL Totals:** | | | | 3.00 | 382.50 | |
| | | | **WIP - AEM, Inc. (0) - Totals:** | | | | 3.00 | 382.50 | |
| | | | **AEMINC10 Totals:** | | | | 3.00 | 382.50 | |

# *Baldwin & Company, P.A.*

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*

AEM, Inc.
c/o R. W. (Bill) Cuthill, Jr. President
341 N Maitland Ave, Ste 210
Maitland, FL 32751

Invoice No. 12089
Date      8/3/2009
Client No. AEMINC10

For accounting services for the remainder of July 31, 2009

|  |  |  |
|--|--|--|
| Current Billing | $ | 288.75 |
| Prior Balance | | 3,856.31 |
| Total Balance Due | $ | 4,145.06 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 671.25 | 303.75 | 488.38 | 409.17 | 2,272.51 | 4,145.06 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

Aug 03, 2009          11:20:08 AM          **Baldwin & Company, P.A.**          Page: 1
## Billing Worksheet By Selected Clients
For the Period: 1/1/1990-8/3/2009

**Client Code: AEMINC10**
AEM, Inc. (0)
Eng Fee:0.00          FYE:Dec          WIP: $288.75          Progress: $0.00          Net: $288.75          AR: $3856.31

| WIP - AEM, Inc. (0) - | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - AE | CONS | BFSVC | 31100 General | Gartner | 7/21/2009 | 105.00 | 0.50 | 52.50 | _____ |
| | | | legal fees by lawsuit excel sch | | | | | | |
| WIP - AE | CONS | BFSVC | 31100 General | Gartner | 7/23/2009 | 105.00 | 0.75 | 78.75 | _____ |
| | | | record a/p, update legal exc sch | | | | | | |
| WIP - AE | CONS | BFSVC | 31100 General | Gartner | 7/24/2009 | 105.00 | 0.50 | 52.50 | _____ |
| | | | Inv totals by atty of invs bill delivered this week to bill | | | | | | |
| WIP - AE | CONS | BFSVC | 31100 General | Gartner | 7/29/2009 | 105.00 | 1.00 | 105.00 | _____ |
| | | | reconcile mor 200906 & quickbooks | | | | | | |
| | | | **BFSVC Totals:** | | | | **2.75** | **288.75** | |
| | | | **CONSL Totals:** | | | | **2.75** | **288.75** | |
| | | | **WIP - AEM, Inc. (0) - Totals:** | | | | **2.75** | **288.75** | |
| | | | **AEMINC10 Totals:** | | | | **2.75** | **288.75** | |

# *Baldwin & Company, P.A.*

*2185 N Park Avenue, #3*
*Winter Park, FL 32789*
*407-628-2761*

*AEM, Inc.*
*c/o R. W. (Bill) Cuthill, Jr. President*
*341 N Maitland Avenue, Suite 210*
*Maitland, FL 32751*

*Estimate No.   10802*
*Date           08/03/09*
*Client No.     AEMINC10*

ESTIMATE:

| | | |
|---|---|---|
| For accounting services for the month of August 2009 through September 19, 2009 | $ | 980.00 |
| Postage | | 2.00 |
| Current Billing | $ | 982.00 |
| Prior Balance | | 0.00 |
| Total Balance Due | $ | 982.00 |

## EXHIBIT B

## EXHIBIT B

U:\BKRY\MIRABILIS\AEM\PLD\FEE APP-BALDWIN FINAL.DOC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                      CHAPTER 11

            Debtor.
_____/

AFFIDAVIT IN SUPPORT OF FINAL APPLICATION OF
RUSSELL R. BALDWIN AND THE
ACCOUNTING FIRM OF BALDWIN & CO, PA, FOR AWARD OF FEES i/a/o $1,462.50
AND REIMBURSEMENT OF EXPENSES i/a/o $.88; REQUEST FOR
PAYMENT OF HOLDBACK i/a/o $915.00; AND
NOTICE OF ESTIMATED FEES AND COSTS i/a/o $982.00

STATE OF FLORIDA          )
                          )
COUNTY OF ORANGE          )

        **BEFORE ME**, the undersigned authority, personally appeared Russell R. Baldwin who,

being duly sworn, deposes and says:

        1.      I am a shareholder with Baldwin & Co, PA, a Florida professional association

engaged in providing accounting services, and, in that capacity, have control over the books and

records of Baldwin & Co, PA relating to the matter set forth herein, which books and records are

kept and maintained by Baldwin & Co, PA in the ordinary course of its business.  I make this

affidavit based upon personal knowledge of the matters set forth herein.

        2.      I am the billing and responsible officer assigned by Baldwin & Co, PA to

provided services to the Debtor.

        3.      I have reviewed Baldwin & Co, PA's Final Application for Award of Fees in the

amount of $1,462.50 and Reimbursement of Expenses in the amount of $.88; Request for

Payment of Holdback in the amount of $915.00; and Notice of Estimated Fees and Costs in the amount of $982.00, filed concurrent herewith, and all attachments accurately reflect the time and expenses of Baldwin & Co, PA for the periods set forth herein for services provided to the Debtor.

4.    I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
RUSSELL R. BALDWIN


STATE OF FLORIDA        )
COUNTY OF ORANGE        )

Sworn to and subscribed before me this 1̲3̲__ day of August 2009, by **Russell R. Baldwin,** [✓] who is personally known to me, or [    ] who did provide as identification _____

_____.

_____
Signature of Person Taking Acknowledgment
Print Name:_____ MARIAN J GARTNER____
Title: Notary Public
Serial No. (if any) ____ DD 746341_____
Commission Expires: ____1/26/12_____

[NOTARY SEAL]



MARIAN J. GARTNER
Notary Public
State of Florida
DD 746341
Commission Expires 01/26/12

U:\BKRY\MH.AIIH.LS\ABM\PLD\FEE APP-BALDWIN FINAL.DOC