UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                                      CHAPTER 11

          Debtor.
_____/

FINAL APPLICATION OF J. LAYNE SMITH AND THE
LAW FIRM OF SMITH, BROOKS & MASTERSON, PL, AS SPECIAL COUNSEL,
FOR AWARD OF FEES i/a/o $15,720.00
AND REIMBURSEMENT OF EXPENSES i/a/o $1,412.75
AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $20,544.40

      **AEM, INC.** ("Debtor"), hereby submits on behalf J. Layne Smith and the law firm of Smith, Brooks & Masterson, PL ("Applicant"), special counsel for the Debtor, their Final application ("Final Application") for award of compensation for services in the amount of $15,720.00 and reimbursement of necessary costs and expenses in the amount of $1,412.75 for the period commencing July 1, 2009 through August 10, 2009 ("Application Period") and notice of and request for approval of estimated fees and expenses in the amount of $20,544.40 for the period August 11, 2009 through September 16, 2009, the date set for the hearing on confirmation of Debtor's plan of liquidation ("Confirmation Hearing"); for a total award sought of $37,677.15, and, in support thereof, states:

      1.     On June 5, 2008, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession

2

2.  On February 12, 2009, this Court entered an order granting Debtor's application to retain Applicant, *nunc pro tunc* to December 9, 2008, to provide services as special counsel for the Debtor with respect to recovery of premiums paid for workers' compensation policies (Doc No. 76).

3.  Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and the other criteria used by the Court in setting such fees.

4.  No advance retainer has been paid.

5.  The combined totals for all fees and expenses incurred through and including the Final Application for Applicant is set forth below:

|  | Fees/Costs |
|---|---|
| **1st Application** | $54,330.00 |
| **Final Application** | $17,132.75 |
| **Estimate** | $20,544.40 |
| **Total Applications** | $92,007.15 |

6.  The professional services rendered on behalf of Debtor, for which an award of final compensation is sought by Applicant, involved extensive review and research of documents and computer files relating to AEM and other related business entities, their contractual relationships with one another, AEM's customer contracts, various businesses' common insurable interests, AEM's payrolls, its workers compensation classification codes, and its contemporaneous state and federal tax filings and records, which can be used to perform and verify an audit of AEM's workers compensation insurance exposure for calendar years 2006 and 2007. The Applicant is also compiling and reviewing the information AEM and related

businesses provided to and received from several insurance carriers. The Applicant and an insurance expert are preparing an audit and contemplate instituting a formal request that one of the carriers conduct its own audit and refund overpayments of premiums. Applicant will attend premium audits performed by SUA and negotiation meetings as required and assist with administrative remedies. Applicant shall initiate and exhaust all administrative remedies available to recover the overpaid premiums, including litigating an administrative evidentiary hearing.

7. Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

8. Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Final Application is both fair and reasonable.

9. In considering the foregoing criteria in this case, several matters should be noted:

a. Applicant is comprised of established and experienced attorneys. Applicant has extensive experience in providing representation in the area of workers' compensation matters; and

b. The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

10. Applicant also requests approval of the reimbursement of actual expenses in the amount of $1,412.75 as more particularly described in **Exhibit A**.

11. Attached as **Exhibit B** is the affidavit of J. Layne Smith in support of this Final Application.

12. Applicant also requests: (i) approval of its First Interim Fee Application for fees in the amount of $54,330.00 and reimbursement of expenses in the amount of $2,211.00, filed July 28, 2009 (Doc No. 127); and (ii) provides notice of and requests approval of the estimated compensation for services in the amount of $19,120.00 and reimbursement of estimated expenses in the amount of $1,424.40 for the period August 11, 2009 through September 16, 2009.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded: (i) final compensation for services in the amount of $15,720.00 and reimbursement of actual expenses in the amount of $1,412.75; (ii) approval of its First Interim Application in the amount of $56,541.00; and (iii) payment of estimated fees and expenses in the amount of $20,544.40, for a total award of $94,218.15 as part of the fees and expenses of administration of the AEM, Inc Chapter 11 estate.

**RESPECTFULLY SUBMITTED** this 17th day of August 2009.

/s/ Elizbabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800; Fax: 407-481-5801
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                CHAPTER 11

          Debtor.
_____/

## Certificate of Service

    I HEREBY CERTIFY that a true copy of the **FINAL APPLICATION OF J. LAYNE SMITH AND THE LAW FIRM OF SMITH, BROOKS & MASTERSON, PL, AS SPECIAL COUNSEL**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: AEM, Inc., c/o Mirabilis Ventures, Inc., R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; J. Layne Smith, Esq., Smith, Brooks & Masterson, PL, 2629 Mitcham Drive, Tallahassee, FL 32308; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 17th day of August 2009.

                                          /s/ Elizabeth A. Green
                                          Elizabeth A. Green, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-04681-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Aug 17 13:38:38 EDT 2009 | AEM, Inc<br>340 N Maitland Ave<br>Ste 210<br>Maitland, FL 32751-4784 | Richard Lee Barrett<br>PO Box 533983<br>Orlando, FL 32853 3983 |
| Charles A Carlson<br>Barnett, Bolt, Kirkwood, Long & McBride<br>Post Office Box 3287<br>Tampa, FL 33601-3287 | Elena L Escamilla<br>United States Trustee<br>135 W Central Blvd  Suite 620<br>Orlando, FL 32801-2440 | Gill R Geldreich<br>Tennessee Attorney General's Office<br>Post Office 20207<br>Nashville, TN 37202 |
| I Randall Gold<br>United States Attorney's Office<br>501 West Church Street<br>Suite 300<br>Orlando, FL 32805-2281 | Elizabeth A Green<br>Latham Shuker Eden & Beaudine LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801-1684 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| Tennessee Department of Revenue<br>c/o Attorney General's Office<br>Bankruptcy Unit c/o Robert Cooper<br>PO BOX 20207<br>Nashville, TN 37202-4015 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients    0<br>Total                  10 |

AEM, INC.
CASE NO. 6:08-bk-04681-KSJ

**EXHIBIT A**

**EXHIBIT A**

**Smith, Brooks & Masterson, P.L.**                                   **INVOICE**

J. Layne Smith
2629 Mitcham Dr.
Tallahassee, FL 32308
Phone (850)385-8000 Fax (850)201-8000

DATE: AUGUST 11, 2009

**TO:**
AEM, Inc., in care of
R. H. Cuthill, Jr.
341 N. Maitland Ave., Suite 210
Maitland, FL 32751


**COMMENTS OR SPECIAL INSTRUCTIONS:**
Third Quarter 2009 (7-1-09 through 8-10-09) and estimated fees and costs for 8-11-09 through 9-16-09

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| July 3, 2009 | Review of email and attachments from Bill Cuthill regarding summaries of claims on AEM's policy with SUA during 2006 and 2007; 0.9 hr | $360.00 |
| July 3, 2009 | Review of two emails and attachments from Bill Cuthill regarding payroll by class codes for 2005 and part of 2006, including claims information; 1.2 hrs | $480.00 |
| July 5, 2009 | Review email from John Cellucci, and telephone conference with him regarding completing a 2006 audit for the SUA policy year using only AEM payroll data; 0.2 hr | $80.00 |
| July 6, 2009 | Review of email and attachments from Bill Cuthill regarding Weeks' reports; 0.50 hr | $200.00 |
| July 7, 2009 | Review of email and attachment from Bill Cuthill regarding his summary of workers compensation insurance issues; 1.0 hr | $400.00 |
| July 14, 2009 | Review of email and attachment from Bill Cuthill regarding $100 million payments to FCIC, Risk Transfers, etc.; 0.40 hr | $160.00 |
| July 20, 2009 | Review of email from Bill Cuthill regarding SUA and Universal Re policy documents, and cross reference information with existing policy documents; 0.30 hr | $120.00 |
| July 21, 2009 | Review of August 2, 2005 email from Brian Fischer to Tessah Ivey, and an August 5, 2005 letter from James Baiers to Luis Espinoza requesting an accounting of all monies paid by Aldrostar to FCIC; .030 hr | $120.00 |
| July 21, 2009 | Travel from Tallahassee, Florida to Jacksonville, Florida; 2.7 hr | $1,080.00 |
| July 22, 2009 | Conference with John Cellucci regarding 2006 audit of AEM's SUA policy, and data to be used and presentation of data; 4.0 hr | $1,600.00 |
| July 22, 2009 | Travel from Jacksonville, Florida to Tallahassee, Florida; 2.8hr | $1,120.00 |
| July 29, 2009 | Travel from Tallahassee, Florida to Jacksonville, Florida; 2.8 hr | $1,120.00 |
| July 30, 2009 | Conference with John Cellucci to finalize audit strategy and to complete a final draft of the 2006 audit of AEM's policy with SUA; 2.0 hr | $800.00 |
| July 30, 2009 | Travel from Jacksonville, Florida to Orlando, Florida; 2.0 hr | $800.00 |

| | | |
|---|---|---|
| July 30, 2009 | Conference with Dean Amodeo regarding 4 banker's boxes full of documents and CDs he provided relevant to the SUA audit for use in administrative litigation to recover overpaid premiums; 2.1 hr | $840.00 |
| July 31, 2009 | Travel from Orlando, Florida to Tallahassee, Florida; 4.0 hr | $1,600.00 |
| Costs | Per diems for July 21, 2009, July 29, 2009, and July 30, 2009 at $160.00 each | $480.00 |
| | Mileage July 21-22, 2009 (336 miles roundtrip for $184.80); July 29, 2009 (168 miles for $92.40); July 30, 2009 (145 miles for $79.75); and July 30, 2009 (252 miles for $138.60) | $495.55 |
| | July 2009 Fees: | $10,880.00 |
| | July 2009 Costs: | $975.55 |
| | **Total for July 2009:** | **$11,855.55** |
| August 9, 2009 | Travel to Orlando; 4.0 hrs | $1,600.00 |
| August 10, 2009 | Conference with John Cellucci regarding 2006 and 2007 audits, and back-up documentation; conference with Bill Cuthill and John Cellucci regarding same; review of 2007 financial data; 4.1 | $1,640.00 |
| August 10, 2009 | Travel to Tallahassee; 4.0 hrs | $1,600.00 |
| | August fees earned through 8-10-09: | $4,840.00 |
| | Mileage August 9-10, 2009 (504 miles roundtrip for $277.20), plus per diem for August 9, 2009 | $437.20 |
| | August costs through 8-10-09: | |
| | **Total for August through 8-10-09:** | **$5,277.20** |
| | **Total for July 1, 2009 through August 10, 2009:** | **$17,132.75** |
| **Estimated** Legal Fees for August 11,2009 through September 16, 2009 | Review and finalize drafts of internal audits of AEM's exposure for the 2006 and 2007 SUA policies (1.5 hrs); draft letter to SUA demanding that it refund AEM's overpaid premiums, and attach supporting documentation (5.0 hrs); conferences and communications with John Cellucci and Bill Cuthill (6.0 hrs); correspondence and telephone communications with SUA regarding demand and the scheduling of its audit of AEM's 2006 and 2007 policies (2.0 hrs); meet with SUA and/or attend SUA's audit of policies (5.0); travel time (16.0); examine and organize bankers boxes of AEM documents obtained from Dean Amodeo (10.3); 45.8 hrs | $18,320.00 |
| Estimated Paralegal Fees | Paralegal fees | $800.00 |

| | | |
|---|---|---|
| Estimated costs for August 11, 2009 through September 16, 2009 | Per diems ($320.00); Mileage: 2008 miles for $1,104.40 | $1,424.40 |
| | **Total estimated fees and costs from August 11, 2009 through September 16, 2009:** | **$20,544.40** |

Make all checks payable to Smith, Brooks & Masterson, P.L
If you have any questions concerning this invoice, contact Sheri Snyder at (850)385-8000

**Thank you!**

# TRAVEL EXPENSES

**Smith, Brooks & Masterson, P.L.**

J. Layne Smith
2629 Mitcham Dr.
Tallahassee, FL 32308
Phone (850)385-1116 Fax (850)201-8000

DATE: AUGUST 14, 2009

**TO:**
Diane L. Crivello
Bankruptcy Paralegal
Latham, Shuker, Eden & Beaudine, LLP
P. O. Box 3353
Orlando, FL 32802

**COMMENTS OR SPECIAL INSTRUCTIONS:**
Travel Expense chart for billing periods: Third Quarter 2009 (7-1-09 through 8-10-09)

| DATE OF TRAVEL | EXPENSE DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 7/21/09-7/22/09 | Moes Tinseltown #6, Jacksonville; meal | $9.07 |
|  | Moes Regency #5, Jacksonville; meal | $8.22 |
|  | Millers Ale House, Jacksonville; meal | $27.15 |
|  | Holiday Inn, Jacksonville; hotel | $90.52 |
|  | Trip Total Expense: | $134.96 |
| 7/29/09-07/31 | Expenses incurred between these dates but the credit card statement for this period has not been received. |  |

If you have any questions concerning these expenses or need any supporting documents, contact Sheri Snyder at (850)385-8000.

**Thank you!**

AEM, INC.
CASE NO. 6:08-bk-04681-KSJ

**EXHIBIT B**

**EXHIBIT B**

U:\Bkry\Mirabilis\AEM\Pld\fee app-layne smith Final.doc

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                          CHAPTER 11

        Debtor.
_____/

**AFFIDAVIT IN SUPPORT OF FINAL APPLICATION OF J. LAYNE SMITH AND THE LAW FIRM OF SMITH, BROOKS & MASTERSON, PL, AS SPECIAL COUNSEL, FOR AWARD OF FEES i/a/o $15,720.00 AND REIMBURSEMENT OF EXPENSES i/a/o $1,412.75 <u>AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $20,544.40</u>**

STATE OF FLORIDA    )
                                )
COUNTY OF LEON     )

**BEFORE ME**, the undersigned authority, personally appeared J. Layne Smith, who, being duly sworn, deposes and says:

1.    I am a partner at the law firm of Smith, Brooks & Masterson, PL, a Florida professional limited liability association engaged in providing legal services, and, in that capacity, have control over the books and records of Smith, Brooks & Masterson, PL, relating to the matter set forth herein, which books and records are kept and maintained by Smith, Brooks & Masterson, PL, in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2.    I am the billing and responsible partner assigned by Smith, Brooks & Masterson, PL, to provide services to the Debtor.

3. I have reviewed Smith, Brooks & Masterson, PL's Final Application for Award of Fees and Reimbursement of Expenses, filed concurrent herewith, and all attachments accurately reflect the time of Smith, Brooks & Masterson, PL, for the periods set forth herein for services provided to the Debtor.

4. I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
J. LAYNE SMITH

STATE OF FLORIDA    )
COUNTY OF LEON      )

Sworn to and subscribed before me this 14th day of August 2009, by **J. Layne Smith**, [X] who is personally known to me, or [ ] who did provide as identification _____

_____

JOSEPH E. BROOKS
MY COMMISSION # DD 679729
EXPIRES: July 24, 2011
Bonded Thru Budget Notary Services

Signature of Person Taking Acknowledgment
Print Name: _____
Title: Notary Public
Serial No. (if any) _____
Commission Expires: _____

[NOTARY SEAL]