UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04681-KSJ

AEM, INC.                                                 CHAPTER 11

    Debtor.
_____/

SUMMARY OF FINAL APPLICATION OF ELIZABETH A. GREEN AND
THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
FOR AWARD OF ATTORNEYS' FEES i/a/o $19,228.50
AND REIMBURSEMENT OF EXPENSES i/a/o $415.96
AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $8,500.00

| | |
|---|---|
| Applicant's Name: | Latham, Shuker, Eden & Beaudine, LLP |
| Applicant's Address: | 390 N. Orange Ave., Ste. 600<br>Orlando, FL 32801 |
| Role of Applicant: | Counsel for the Debtor-in-Possession |
| Certifying Professional: | Elizabeth A. Green |
| Date Petition Filed: | June 5, 2008 |
| Date of Order Authorizing Employment *nunc pro tunc* to: | September 17, 2008<br>*nunc pro tunc* to June 5, 2008 |
| Date of Services Rendered: | June 5, 2008 to July 31, 2009 |
| Gross Amount of Professional Fees for Application Period: | $19,228.50 |
| Gross Amount of Disbursements and Expenses for Application Period: | $415.96 |
| TOTAL GROSS AMOUNT REQUESTED FOR FEES AND DISBURSEMENTS: | $19,644.46 |
| ESTIMATED FEES AND COSTS August 1, 2009 to September 16, 2009 | $8,500.00 |
| Retainer Applied: | $7,597.68<br>(Total retainer received: $100,219.50 shared with Hoth Holdings; 08-4328 and Mirabilis Ventures; 08-4327) |
| TOTAL NET REQUEST FOR AWARD FOR FEES AND DISBURSEMENTS: | $20,546.78 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                        CASE NO. 6:08-bk-04681-KSJ

AEM, INC.                                     CHAPTER 11

       Debtor.
_____/

FINAL APPLICATION OF ELIZABETH A. GREEN AND
THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
FOR AWARD OF ATTORNEYS' FEES i/a/o $19,228.50
AND REIMBURSEMENT OF EXPENSES i/a/o $415.96
AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $8,500.00

ELIZABETH A. GREEN and the law firm of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, ("Latham Shuker" or "Applicant"), as counsel for AEM, Inc. ("AEM" or "Debtor"), hereby submits its Final application for award of compensation ("Final Application") for services in the amount of $19,228.50, and reimbursement of actual expenses in the amount of $415.96, for the period commencing June 5, 2008 through July 31, 2009 ("Final Application Period"), and for approval of estimated fees and expenses in the amount of $8,500.00 for the period August 1, 2009 through September 16, 2009, the date set for the hearing on confirmation of Debtor's joint amended plan of liquidation ("Confirmation Hearing") and, in support thereof, states:

    1.    On June 5, 2008 (the "Petition Date"), AEM filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). No trustee has been appointed, and the Debtor continues to operate its business and manage its property as a debtor-in-possession under §§1107(a) and 1108 of the Code.

2

2.  On May 27, 2008, prior to the filing of AEM's voluntary petition, Mirabilis Ventures, Inc. ("Mirabilis") and Hoth Holdings, LLC ("Hoth"), filed their voluntary petitions in Cases No. 6:08-bk-4327-KSJ and 6:08-bk-4328-KSJ, respectively. Both AEM and Hoth are wholly-owned subsidiaries of Mirabilis. The Joint Amended Plan of Liquidation ("Plan") filed by the Debtors seeks substantive consolidation of the three cases.

3.  Upon motion of the Debtor, the Court entered an order on September 17, 2008 (Doc No. 42) authorizing the employment of Applicant as counsel for the Debtor, *nunc pro tunc* to June 5, 2008.

4  Prior to the commencement of this case, Mirabilis paid an advance fee of $100,219.50 for post-petition services and expenses in connection with its case and that of Hoth and AEM. The retainer will be applied against allowed fees and expenses for all three cases.

5.  The professional services rendered on behalf of the Debtor for which an award of compensation is sought by Applicant involve the rendering of bankruptcy advice, including the drafting of all pleadings and other court papers as required by the Court in connection with the Chapter 11 case.

6.  Applicant seeks allowance of fees for services provided to the Debtor in the following areas of representation:

| Matter | Fees Incurred | Total Hours |
|---|---|---|
| General Representation (001) | $ 8,858.00 | 32.1 |
| Schedules (002) | $ 3,501.00 | 20.6 |
| Professional Retention (004) | $ 5,913.00 | 43.6 |
| Plan of Reorganization (005) | $ 655.50 | 2.5 |
| Claims (006) | $ 81.00 | .6 |

| Matter | Fees Incurred | Total Hours |
|---|---|---|
| Adversary Matters (008) | $ 220.00 | 1.1 |
| **TOTALS** | **$ 19,228.50** | **100.5** |

7. Attached hereto as **Exhibit A** is a table which sets forth the hourly rate, number of hours, and total fees for each professional or paraprofessional who has provided. The above items are allocated to each of the areas of representation which are described in the succeeding paragraphs. The nature of the representation provided by Applicant in the specific areas of representation is as follows:

    a. General Representation (001): In the area of general representation, on-going services were provided in regard to general organizational matters which include the following:

        (1) Prepare for and attend hearings on all first-day pleadings;

        (2) Consult with the Debtor and review of Debtor's compliance with all applicable bankruptcy rules and Court requirements and the United States Trustee guidelines concerning bank accounts and tax returns;

        (3) Work with the Debtor on preparation of the Debtor-in-Possession monthly financial reports and review of each of those monthly reports;

        (4) Consult with the Debtor concerning various operating issues;

        (5) Prepare representative of Debtor for §341 meeting of creditors and attend the same; and

        (6) Prepare and file all appropriate motions to comply with applicable Bankruptcy Code sections and Rules of Procedure;

    (7) Review of corporate structure of debtor and initiate change of registered agent; and

    (8) Attend hearings regarding all related matters.

  b. <u>Schedules (002)</u>: In this area, Latham Shuker prepared Debtor's schedules and statement of financial affairs and any amendments to the schedules from information furnished by the Debtor.

  c. <u>Professional Retention (004)</u>: On-going services included preparation of the applications, accompanying statements, orders with respect to the retention of, and all related fee applications for:

    (1) Latham, Shuker, Eden & Beaudine, LLP, as counsel for Debtor;

    (2) Baldwin & Co, PA, as its general accountants;

    (3) Barrett, Chapman & Ruta, PA, as special counsel;

    (4) Smith, Brooks & Masterson, as special counsel; and

    (5) John Cellucci, as workers' compensation premium audit expert.

  d. <u>Plan & Disclosure (005)</u>: The services rendered in this area primarily consisted of:

    (1) Preparation of motion to extend exclusivity Debtor to file a plan; and

    (2) Drafting of the Joint Plan of Liquidation and related amendments thereto.

  e. <u>Claims (006)</u>: The fees expended in this area relate to;

    (1) Review of tax notices received; and

    (2) Initial review of claims filed and potential objections.

5

f. <u>Adversary Matters (008)</u>: The time and fees expended in area relate to drafting and finalizing order granting 9019 motion related to the Forfeiture Complaint Case No. 6:08-cv-00067-MSS-KRS filed by the United States of America ("USA") in the District Court for the Middle District of Florida, Orlando Division ("Civil Complaint") against certain property owned by Mirabilis.

8. Applicant submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtors' estates, (c) the novelty and difficulty of many of the issues involved, (d) Applicant's customary fees for such work, (e) the contingency nature of the work performed, (f) the time limitations and pressure borne by Applicant,(g) Applicant's experience, reputation and ability, (h) awards in similar circumstances, and (i) the results obtained, the compensation sought in this Application is both fair and reasonable.

9. In considering the foregoing criteria in this case, several matters should be noted:

a. This Chapter 11 case involves a Debtor with a complex history and intercompany relationships with multiple parties-in-interest, as well as the *in rem* civil forfeiture action filed by the United States of America against certain assets AEM and its affiliates, which effectively caused the Debtor to be unable to pursue claims and litigation against various third parties, all of which resulted in the filing of this Chapter 11 case;

b. Debtor entered this case with approximately $30,000 in cash and $625,000 in accounts receivable. With Applicant's help, Debtor negotiated a compromise and settlement of the civil forfeiture action.

c. Applicant has also expended considerable time investigating, with the assistance of outside special counsel, the possibility of recovery of overpaid premiums against

6

workers' compensation carriers and reinsurers and preparing the initial complaints against the insurance companies.

        d.     In providing services in this case, a conscious effort was made by Latham Shuker not to internally over staff the case within Latham Shuker's law firm. Wherever possible, associate and paralegal time has been used;

        e.     Latham, Shuker, Eden & Beaudine, LLP, is comprised of established and experienced commercial, litigation, real estate, and corporate attorneys. Each of the attorneys has an excellent reputation throughout Florida in the legal areas required by this case; and

        f.     The hourly rates charged by the attorneys of Latham, Shuker, Eden & Beaudine, LLP, are reasonable and within the range of fees normally charged for services of this kind rendered in similar cases.

    10.     The total compensation and reimbursement of fees and expenses requested by Applicant for the Final Application Period is $19,644.46. As shown on **Exhibit A**, this reflects a total of $19,228.50 for services rendered by Applicant resulting from the expenditure of 100.5 hours during the Final Application Period. In this regard, attached to the original of this Application filed with the Court is **Exhibit B**, which is a detailed breakdown of the time entries for each of the professionals providing services during the Final Application Period. Copies of the timesheets are available upon request to Elizabeth A. Green at the address below.

    11.     Applicant also requests approval of the reimbursement by the estate of actual expenses in the amount of $415.96 as more particularly described in **Exhibit C**.

    12.     After applying the prepetition retainer of $7,597.68, and assuming approval of the fees and costs from August 1, 2009 through September 16, 2009 estimated to be approximately $8,500.00, the net due from the Debtor for this Final Application will be $20,546.78.

13. Latham Shuker believes that approximately 40.0 additional hours of professional services will be needed for the period August 1, 2009 through September 16, 2009, billed at a blended hourly rate of $200 for a total of $8,000.00. Also, Latham Shuker estimates an additional $500.00 in expenses for such period will be incurred. Latham Shuker requests approval of compensation and expenses, and reimbursement of the estimated amounts through September 16, 2009.

14. The professionals or paraprofessionals working on behalf of Applicant in this Chapter 11 case are the following:

    a    Elizabeth A. Green is a partner in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with more than twenty-three years' experience in the area of bankruptcy law.

    b.    Jimmy D. Parrish is a partner in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with nine years' experience in the area of bankruptcy law. Mr. Parrish is certified in the area of Bankruptcy Law-Business by the American Board of Bankruptcy Certification.

    c.    Justin M. Luna is an associate in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with more than three years' experience in the area of bankruptcy law.

    d.    Jay T. Hollenkamp was an associate in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with approximately two years' experience in the area of bankruptcy law.

    e.    Diane L. Crivello is a paralegal with more than twenty-six years' experience in the legal profession and fourteen years' experience in the area of bankruptcy law.

      f.     Brenda Jennings is a paralegal with more than twenty years' experience in the legal profession in the areas of bankruptcy law.

      g.     Teresa Neufeld is a paraprofessional in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with approximately seven years' experience in the legal profession in the area of bankruptcy law.

      h.     Gina Binkley is a paraprofessional in the corporate department of Latham, Shuker, Eden & Beaudine, LLP, with more than twenty years' experience in the legal profession in the area of corporate law.

    15.     Attached has **Exhibit D** hereto, is Applicant's affidavit in support of the Final Application.

**WHEREFORE,** Applicant requests that it be awarded compensation for services in the amount of $19,228.50 and reimbursement of expenses in the amount of $415.96 for a total request for the Final Application Period of $378,145.97 for the period of June 5, 2008 through July 31, 2009, for approval of estimated fees and expenses in the amount of $8,500.00 for the period August 1, 2009 through September 16, 2009, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 19th day of August 2009.

                      /s/ Elizabeth A. Green
                      Elizabeth A. Green
                      Florida Bar No. 0600547
                      **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                      390 N. Orange Avenue, Suite 600
                      P.O. Box 3353 (32802-3353)
                      Orlando, Florida 32801
                      Tel: 407-481-5800
                      Fax: 407-481-5801
                      Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04681-KSJ |
| AEM, INC. | CHAPTER 11 |
| Debtor. | |
| _____/ | |

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the Final Application of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, for Award of Attorneys' Fees and Expenses has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to: AEM, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 19th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire

```
Label Matrix for local noticing          AEM, Inc                               Richard Lee Barrett
113A-6                                    340 N Maitland Ave                     PO Box 533983
Case 6:08-bk-04681-KSJ                    Ste 210                                Orlando, FL 32853 3983
Middle District of Florida                Maitland, FL 32751-4784
Orlando
Mon Aug 17 13:38:38 EDT 2009

Charles A Carlson                         Elena L Escamilla                      Gill R Geldreich
Barnett, Bolt, Kirkwood, Long & McBride   United States Trustee                  Tennessee Attorney General's Office
Post Office Box 3287                      135 W Central Blvd  Suite 620          Post Office 20207
Tampa, FL 33601-3287                      Orlando, FL 32801-2440                 Nashville, TN 37202


I Randall Gold                            Elizabeth A Green                      Jimmy D Parrish
United States Attorney's Office           Latham Shuker Eden & Beaudine LLP      Latham Shuker Eden & Beaudine LLP
501 West Church Street                    390 North Orange Avenue                Post Office Box 3353
Suite 300                                 Suite 600                              Orlando, FL 32802-3353
Orlando, FL 32805-2281                    Orlando, FL 32801-1684


Tennessee Department of Revenue           United States Trustee - ORL            End of Label Matrix
c/o Attorney General's Office             135 W. Central Blvd., Suite 620        Mailable recipients    10
Bankruptcy Unit c/o Robert Cooper         Orlando, FL 32801-2440                 Bypassed recipients     0
PO BOX 20207                                                                     Total                  10
Nashville, TN 37202-4015
```

# EXHIBIT A

In Re: AEM, Inc.
Case No. 6:08-bk-04681-KSJ

## General Representation - 001

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 17.2 | 375 | $ | 6,450.00 |
| | 1.2 | 400 | $ | 480.00 |
| Jimmy D. Parrish | .6 | 240 | $ | 144.00 |
| Justin M. Luna | 1.0 | 200 | $ | 200.00 |
| Jay T. Hollenkamp | 1.7 | 150 | $ | 255.00 |
| Diane L. Crivello | 7.9 | 135 | $ | 1,066.50 |
| | .8 | 140 | $ | 112.00 |
| Gina L. Binkley | .9 | 75 | $ | 67.50 |
| | .6 | 105 | $ | 63.00 |
| Teresa A. Neufeld | .2 | 100 | $ | 20.00 |
| **TOTAL** | **32.1** | | $ | **8,858.00** |

## Schedules - 002

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 3.0 | 375 | $ | 1,125.00 |
| Diane L. Crivello | 17.6 | 135 | $ | 2,376.00 |
| **TOTAL** | **20.6** | | $ | **3,501.00** |

### Professional Retention - 004

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Diane L. Crivello | 36.2 | 135 | $ | 4,887.00 |
| | 6.9 | 140 | $ | 966.00 |
| Brenda L. Jennings | .5 | 120 | $ | 60.00 |
| **TOTAL** | **43.6** | | **$** | **5,913.00** |

### Plan & Disclosure - 005

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Elizabeth A. Green | 1.2 | 400 | $ | 480.00 |
| Diane L. Crivello | 1.3 | 135 | $ | 175.50 |
| **TOTAL** | **2.5** | | **$** | **655.50** |

### Claims - 006

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Diane L. Crivello | .6 | 135 | $ | 81.00 |
| **TOTAL** | **.6** | | **$** | **81.00** |

### Adversary Matters - 008

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Justin M. Luna | 1.1 | 200 | $ | 220.00 |
| **TOTAL** | **1.1** | | **$** | **220.00** |