UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER 06:08-bk-04681-KSJ |
| | } | |
| AEM, Inc. | } | |
| | } | JUDGE Karen S Jennemann |
| | } | |
| DEBTOR | } | CHAPTER 11 |

DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)

FOR THE PERIOD

FROM August 1, 2009 TO August 31, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_9/24/09_  
Date

_/s/_  
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

341 N Maitland Ave Ste 210
Maitland, FL 32751
Tel: 407-644-3781 Ext 235

Attorney's Address
and Phone Number:

Latham, Shuker, Eden & Beaudine, LLP
POP Box 3353
Orlando, Florida 32802-3353
(407) 481-5800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MOR-1

| | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---:|---|---:|---|
| Name of Debtor: | AEM, Inc. | Case Number: | | 06:08-bk-4681-KSJ | |
| Date of Petition: | June 5, 2008 | | | | |
| 1. FUNDS AT BEGINNING OF PERIOD | | $329,444.14 | (a) | $30,188.03 | (b) |
| 2. RECEIPTS: | | | | | |
| A. Cash Sales | | $0.00 | | | |
| Minus: Cash Refunds | | 0.00 | | | |
| Net Cash Sales | | 0.00 | | 0.00 | |
| B. Accounts Receivable | | 0.00 | | 0.00 | |
| C. Other Receipts (See MOR-3) | | 470.10 | | $359,294.18 | |
| (If you receive rental income, you must attach a rent roll.) | | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | | $470.10 | | $359,294.18 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | $329,914.24 | | $389,482.21 | |
| 5. DISBURSEMENTS | | | | | |
| A. Advertising | | | | | |
| B. Bank Charges | | | | 138.74 | |
| C. Contract Labor | | 4,600.50 | | 59,221.75 | |
| D. Fixed Asset Payments (not incl. in "N") | | | | | |
| E. Insurance | | | | | |
| F. Inventory Payments (See Attach. 2) | | | | | |
| G. Leases | | | | | |
| H. Manufacturing Supplies | | | | | |
| I. Office Supplies | | | | 1.75 | |
| J. Payroll - Net (See Attachment 5A) | | | | | |
| K. Professional Fees (Accounting & Legal) | | | | 3,181.23 | |
| L. Rent | | | | | |
| M. Repairs & Maintenance | | | | | |
| N. Secured Creditor Payments (See Attach. 2) | | | | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | | | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | | | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | | | | |
| R. Telephone | | | | | |
| S. Travel & Entertainment | | | | | |
| Y. U.S. Trustee Quarterly Fees | | 650.00 | | 2,275.00 | |
| U. Utilities | | | | | |
| V. Vehicle Expenses | | | | | |
| W. Other Operating Expenses (See MOR-3) | | 0.00 | | 0.00 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | $5,250.50 | | $64,818.47 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) (c) | | $324,663.74 | (c) | $324,663.74 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to

This _15TH_ day of _SEP_, 20 _09_        _____
                                              (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Interest earned on Money Market Acct | $470.10 | $9,273.18 |
| Settlement of Lawsuit | $0.00 | $275,000.00 |
| Refund of Bond for temporary injuction | $0.00 | $75,000.00 |
| Refund of prior month's service charge | $0.00 | $21.00 |
| TOTAL OTHER RECEIPTS | $470.10 | $359,294.18 |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| TOTAL OTHER DISBURSEMENTS | $0.00 | $0.00 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:	AEM, Inc.	Case Number:	06:08-bk-4681-KSJ

Reporting Period beginning:	August 1, 2009	and ending:	August 31, 2009

ACCOUNTS RECEIVABLE AT PETITION DATE:	5-Jun-08

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, prepetition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 0.00 | (a) |
| PLUS: Current Month New Billings | $ 0.00 | |
| MINUS: Collection During the Month | $ 0.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ 0.00 | * |
| End of Month Balance | $ 0.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable) See Note 1

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | 0.00 |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: AEM, Inc.     Case Number: 06:08-bk-4681-KSJ

Reporting Period beginning: August 1, 2009     and ending: August 31, 2009

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | See Attached Schedule 1 | $108,551.59 |
| TOTAL AMOUNT | | | | $108,551.59 (b) |

☐ Check here if prepetition debts have been paid. Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $87,505.99 | (a) |
| PLUS: New Indebtedness Incurred This Month | $26,296.10 | |
| MINUS: Amount Paid on Post-Petition Accounts Payable This Month | $5,250.50 | |
| PLUS/MINUS: Adjustments | $0.00 | * |
| Ending Month Balance | $108,551.59 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Petition Payments Delinquent |
|---|---|---|---|---|
| N/A | | | | |
| TOTAL | | (d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## POST-PETITION ACCOUNTS PAYABLE
### August 31, 2009

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 7/21/2008 | 406 | Baldwin & Co., P.A. | Legal & Accounting | 300.00 |
| 9/15/2008 | 350 | Baldwin & Co., P.A. | Legal & Accounting | 172.50 |
| 9/22/2008 | 343 | Baldwin & Co., P.A. | Legal & Accounting | 132.75 |
| 9/30/2008 | 335 | Latham, Shuker, Etal | Legal & Accounting | 800.65 |
| 10/17/2008 | 318 | Baldwin & Co., P.A. | Legal & Accounting | 103.50 |
| 11/12/2008 | 292 | Baldwin & Co., P.A. | Legal & Accounting | 96.00 |
| 12/1/2008 | 273 | Latham, Shuker, Etal | Legal & Accounting | 178.80 |
| 12/18/2008 | 256 | Baldwin & Co., P.A. | Legal & Accounting | 110.25 |
| 1/13/2009 | 230 | Latham, Shuker, Etal | Legal & Accounting | 515.84 |
| 1/13/2009 | 230 | Latham, Shuker, Etal | Legal & Accounting | 1,647.00 |
| 1/16/2009 | 227 | Baldwin & Co., P.A. | Legal & Accounting | 580.42 |
| 2/17/2009 | 195 | Baldwin & Co., P.A. | Legal & Accounting | 368.34 |
| 2/20/2009 | 192 | Latham, Shuker, Etal | Legal & Accounting | 83.66 |
| 2/20/2009 | 192 | Latham, Shuker, Etal | Legal & Accounting | 445.50 |
| 2/20/2009 | 192 | Latham, Shuker, Etal | Legal & Accounting | 220.00 |
| 3/19/2009 | 165 | Baldwin & Co., P.A. | Legal & Accounting | 408.75 |
| 3/20/2009 | 164 | Barrett, Chapman, Etal | Legal & Accounting | 595.00 |
| 4/1/2009 | 152 | Cellucci, John A, CPCU, CIPA, APA | Legal & Accounting | 3,168.00 |
| 4/1/2009 | 152 | Cellucci, John A, CPCU, CIPA, APA | Legal & Accounting | 9,554.00 |
| 4/1/2009 | 152 | Smith, Brooks, Etal | Legal & Accounting | 12,765.50 |
| 4/17/2009 | 136 | Barrett, Chapman, Etal | Legal & Accounting | 175.00 |
| 4/18/2009 | 135 | Smith, Brooks, Etal | Legal & Accounting | 19,845.50 |
| 4/20/2009 | 133 | Baldwin & Co., P.A. | Legal & Accounting | 409.17 |
| 5/19/2009 | 104 | Baldwin & Co., P.A. | Legal & Accounting | 488.38 |
| 6/1/2009 | 91 | Latham, Shuker, Etal | Legal & Accounting | 789.52 |
| 6/1/2009 | 91 | Latham, Shuker, Etal | Legal & Accounting | 1,134.00 |
| 6/11/2009 | 81 | Baldwin & Co., P.A. | Legal & Accounting | 303.75 |
| 6/17/2009 | 75 | Barrett, Chapman, Etal | Legal & Accounting | 105.00 |
| 7/1/2009 | 61 | Barrett, Chapman, Etal | Legal & Accounting | 525.00 |
| 7/8/2009 | 54 | Latham, Shuker, Etal | Legal & Accounting | 346.46 |
| 7/8/2009 | 54 | Latham, Shuker, Etal | Legal & Accounting | 283.50 |
| 7/8/2009 | 54 | Latham, Shuker, Etal | Legal & Accounting | 67.50 |
| 7/13/2009 | 49 | Baldwin & Co., P.A. | Legal & Accounting | 382.50 |
| 7/13/2009 | 49 | Smith, Brooks, Etal | Legal & Accounting | 24,410.00 |
| 7/20/2009 | 42 | Barrett, Chapman, Etal | Legal & Accounting | 455.00 |
| 7/31/2009 | 31 | Baldwin & Co., P.A. | Legal & Accounting | 288.75 |
| 8/1/2009 | 30 | John A. Cellucci, CPCU, CIPA | Legal & Accounting | 5,024.00 |
| 8/11/2009 | 20 | Smith, Brooks, Etal | Legal & Accounting | 17,132.75 |
| 8/13/2009 | 18 | Barrett, Chapman, Etal | Legal & Accounting | 140.00 |
| 8/13/2009 | 18 | Smith, Brooks, Etal | Legal & Accounting | 761.39 |
| 8/13/2009 | 18 | Smith, Brooks, Etal | Legal & Accounting | 134.96 |
| 8/31/2009 | 0 | Cuthill, Jr R W (Bill) | Contract Labor | 3,103.00 |

TOTAL AMOUNT                                             $108,551.59 (b)

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: AEM, Inc.   Case Number: 06:08-bk-4681-KSJ

Reporting Period beginning: August 1, 2009   and ending: August 31, 2009

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | 6/5/2008 | **(a) |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $0.00 | |
| PLUS: Inventory Purchased During Month | $0.00 | |
| MINUS: Inventory Used or Sold | $0.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $0.00 | * |
| Inventory on Hand at End of Month | $0.00 | ** |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | 0.0% * |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory: _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $0.00 | (a)(b) |
| MINUS: Depreciation Expense | $0.00 | |
| PLUS: New Purchases | $0.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $0.00 | * |
| Ending Monthly Balance | $0.00 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
_____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

<u>ATTACHMENT 4A</u>

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:    AEM, Inc.                            Case Number:    06:08-bk-4681-KSJ

Reporting Period beginning:    August 1, 2009    and ending:    August 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:        SunTrust            BRANCH:        Maitland

ACCOUNT NAME:    AEM INC DIP        ACCOUNT NUMBER:    1000061313416

PURPOSE OF ACCOUNT:    OPERATING

| | |
|---|---|
| Ending Bank Balance per Bank Statement | $6,000.00 |
| Plus Total Amount of Outstanding Deposits | $0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $0.00 * |
| Minus Service Charges | $0.00 |
| Ending Balance per Check Register | $6,000.00 **(a) |

**\*Debit cards are used by**    no

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( ☐ **Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

- _____ Transferred to Payroll Account
- _____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227



83/E00/0175/2 /31
1000061313416
08/31/2009

# Account Statement

AEM INC DIP
CASE # 06 08-BK-04681
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | DEBTOR IN POSSESSION CHECKING | 1000061313416 | 08/01/2009 - 08/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,000.00 | Average Balance | $6,146.77 |
| Deposits/Credits | $5,250.50 | Average Collected Balance | $6,146.77 |
| Checks | $5,250.50 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $6,000.00 | | |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 08/10 | 5,250.50 | | TRANSFER FROM MMA 3408 CONFIRM NBR 009125020 |

Deposits/Credits: 1      Total Items Deposited: 0

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1018 | 4,600.50 | 08/10 | 1019 | 650.00 | 08/17 | | | |

Checks: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 6,000.00 | 6,000.00 | 08/17 | 6,000.00 | 6,000.00 |
| 08/10 | 6,650.00 | 6,650.00 | | | |

4540                                Member FDIC                    Continued on next page

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debto AEM, Inc.                    Case Number: 06:08-bk-4681-KSJ

Reporting Period beginning: August 1, 2009    and ending: August 31, 2009

NAME OF BANK: SunTrust    BRANCH: Maitland

ACCOUNT NAME: AEM INC DIP

ACCOUNT NUMBER: 1000061313416

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 8/10/09 | 1018 | R. W. Cuthill, Jr | Contact Labor | 4,600.50 |
| 8/10/09 | 1019 | U S Trustee | Trustee Fees | 650.00 |

TOTAL                                                                                  $5,250.50

**ATTACHMENT 4B**

## MONTHLY SUMMARY OF BANK ACTIVITY - MONEY MARKET ACCOUNT

Name of Debtor:  AEM, Inc.                    Case Number:  06:08-bk-4681-KSJ

Reporting Period beginning:  August 1, 2009    and ending:  August 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK:  SunTrust                    BRANCH:  Maitland

ACCOUNT NAME:  AEM INC DIP                 ACCOUNT NUMBER:  1000061313408

PURPOSE OF ACCOUNT:  Money Market

| | |
|---|---|
| Ending Balance per Bank Statement | $318,663.74 |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits | * |
| Minus Service Charges | |
| Ending Balance per Check Register | $318,663.74 |

*Debit cards must not be issued on this account.    no

**If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash:    ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

66/E00/0175/0 /31
1000061313408
08/31/2009


SUNTRUST

# Account Statement

AEM INC DIP
CASE #06 08-BK-04681
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | BUS MONEY MARKET PERFORMANCE | 1000061313408 | 08/01/2009 - 08/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $323,444.14 | Average Balance | $319,733.14 |
| Deposits/Credits | $470.10 | Average Collected Balance | $319,733.14 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $5,250.50 | Annual Percentage Yield Earned | 1.74% |
| Ending Balance | $318,663.74 | Interest Paid Year to Date | $3,921.54 |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 08/31 | 470.10 | | INTEREST PAID THIS STATEMENT THRU 08/31 |

Deposits/Credits: 1          Total Items Deposited: 0

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 08/10 | 5,250.50 | | TRANSFER TO CHK 3416 CONFIRM NBR 009125020 |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 323,444.14 | 323,444.14 | 08/31 | 318,663.74 | 318,663.74 |
| 08/10 | 318,193.64 | 318,193.64 | | | |

10674                               Member FDIC                    Continued on next page

ATTACHMENT 5B

## CHECK REGISTER - MONEY MARKET ACCOUNT

Name of Debtor: AEM, Inc.  Case Number: 06:08-bk-4681-KSJ

Reporting Period beginning: August 1, 2009  and ending: August 31, 2009

NAME OF BANK: SunTrust  BRANCH: Maitland

ACCOUNT NAME: AEM INC DIP
ACCOUNT NUMBER: 1000061313408
PURPOSE OF ACCOUNT: Money Market

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 8/10/09 | Transfer | SunTrust Dip Acct | Transfer funds | $5,250.50 |

TOTAL  $5,250.50

ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current |
|---|---|---|---|---|
| Due from Mirabilis Ventures Inc. | | | | $8,760,791.54 |
| Due from Presidion | | | | $1,240,282.78 |
| Notes Receiveable - O2 HR LLC | | | | $1,960,800.00 |

TOTAL $11,961,874.32 (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash In Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |

TOTAL _____ (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation.**

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)   $11,961,874.32 (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

## MONTHLY TAX REPORT

Name of Debtor: __AEM, Inc.__   Case Number: __06:08-bk-4681-KSJ__

Reporting Period beginning: __August 1, 2009__ and ending: __August 31, 2009__

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $0.00 | | |

ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:   AEM, Inc.                    Case Number:   06:08-bk-4681-KSJ

Reporting Period beginning:   August 1, 2009      and ending:   August 31, 2009

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses of Officer or Owner incurred and for which detailed receipts are maintained in the accounting records

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| R. W. Cuthill, Jr | President | Contract Labor | $4,600.50 |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 1 |
| Number hired during the period |  |  |
| Number terminated or resigned during period |  |  |
| Number of employees on payroll at end of period | 0 | 1 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attached a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |

☐    Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) nonfinancial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

AEM, Inc. was indicted for Conspiracy and Wire fraud on October 30, 2008 and pled not guilty December 1, 2008.
Confirmation hearing scheduled for October 16, 2009.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before     6/1/2009