UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                          CHAPTER 11

        Debtor.
_____/

FIRST SUPPLEMENT TO FINAL APPLICATION OF JOHN A. CELLUCCI, CPCU,
CIPA, APA, AIS, PREMIUM AUDIT CONSULTANT
FOR AWARD OF FEES i/a/o $4,400.00
AND REIMBURSEMENT OF EXPENSES i/a/o $341.00; AND
NOTICE OF ESTIMATED FEES AND COSTS i/a/o $9,100.00

      AEM, INC. ("Debtor"), hereby submits, on behalf John A. Cellucci ,PCU, CIPA, APA, AIS ("Applicant"), Premium Audit Consultant for the Debtor, his first supplement to his final application ("Supplemental Application") for: (i) award of compensation for services in the amount of $4,400.00, and reimbursement of actual expenses in the amount of $341.00, incurred from August 1, 2009 through September 15, 2009 ("Supplemental Period") subsequent to the filing of the Final Application, filed on August 13, 2009 (Doc No. 131); and (ii) for approval of estimated fees and expenses in the amount of $9,100.00 for the period September 16, 2009 through October 16, 2009, the date set for the hearing on confirmation of Debtor's plan of liquidation ("Confirmation Hearing"); and, in support thereof, states:

      1.     The combined totals for all fees incurred to date in this case for Applicant are set forth below:

|  | Fees/Costs |
|---|---|
| **Final Application** | $31,044.00 |
| **First Supplement** | $4,741.00 |
| **Estimate** | $9,100.00 |
| **Total Applications** | $44,885.00 |

6. The professional services rendered on behalf of Debtor for which an award of interim compensation is sought by Applicant involve continuing review and research of Debtor's workers' compensation filings and related documents, preparation of report on findings, and consultation with Debtor and Debtor's special counsel for workers' compensation matters.

7. Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

8. Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Interim Application is both fair and reasonable.

10. Applicant also requests approval of the reimbursement of actual expenses in the amount of $341.00, as more particularly described in **Exhibit A**.

11. Attached as **Exhibit B** is the affidavit of John A. Cellucci in support of this Supplemental Application.

12. Applicant requests approval of the estimated compensation for services in the amount of $8,000.00 and reimbursement of estimated expenses in the amount of $1,100.00 for the period September 16, 2009 through October 16, 2009.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded: (i) compensation for services during the Supplemental Period in the amount of $4,400.00 and reimbursement of actual expenses in the amount of $341.00; and (ii) payment of estimated fees and expenses in the amount of $9,100.00, for a total award for the Supplemental Period of $13,841.00 as part of the fees and expenses of administration of the AEM, Inc Chapter 11 estate.

**RESPECTFULLY SUBMITTED** this 28th day of September 2009.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                        CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                    CHAPTER 11

        Debtor.
_____/

### Certificate of Service

    I HEREBY CERTIFY that a true copy of the **FIRST SUPPLEMENT TO FINAL APPLICATION OF JOHN A. CELLUCCI**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: AEM, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; John A. Cellucci, CPCU, PO Box 242, Ponte Vedra Beach, FL 32082; J. Layne Smith, Esq., Smith, Brooks & Masterson PL, 2629 Mitcham Drive, Tallahassee, FL 32308; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 28th day of September 2009.

                                          /s/ R. Scott Shuker
                                          R. Scott Shuker, Esquire

```
Label Matrix for local noticing          AEM, Inc                                    Richard Lee Barrett
113A-6                                   340 N Maitland Ave                          PO Box 533983
Case 6:08-bk-04681-KSJ                   Ste 210                                     Orlando, FL 32853 3983
Middle District of Florida               Maitland, FL 32751-4784
Orlando
Tue Sep 22 14:25:14 EDT 2009

Charles A Carlson                        Elena L Escamilla                           Gill R Geldreich
Barnett, Bolt, Kirkwood, Long & McBride  United States Trustee                       Tennessee Attorney General's Office
Post Office Box 3287                     135 W Central Blvd  Suite 620               Post Office 20207
Tampa, FL 33601-3287                     Orlando, FL 32801-2440                      Nashville, TN 37202


I Randall Gold                           Elizabeth A Green                           Jimmy D Parrish
United States Attorney's Office          Latham Shuker Eden & Beaudine LLP           Latham Shuker Eden & Beaudine LLP
501 West Church Street                   390 North Orange Avenue                     Post Office Box 3353
Suite 300                                Suite 600                                   Orlando, FL 32802-3353
Orlando, FL 32805-2281                   Orlando, FL 32801-1684


Tennessee Department of Revenue          End of Label Matrix
c/o Attorney General's Office            Mailable recipients      9
Bankruptcy Unit c/o Robert Cooper        Bypassed recipients      0
PO BOX 20207                             Total                    9
Nashville, TN 37202-4015
```

**EXHIBIT A**

**EXHIBIT A**

**JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS**
**Premium Audit Consultant**

| | |
|---|---|
| P.O. Box 242 | Phone (904) 477-7119 |
| Ponte Vedra Beach, FL 32004 | Fax   (904) 285-8701 |
| Tax ID # 59-3542197 | Email  Mjcjc1945@aol.com |

September 18, 2009

R W (Bill) Cuthill Jr.
Federal Bankruptcy Trustee
341 N Maitland Ave  Suite 210
Maitland, FL 32751

RE:  Invoice for AEM Inc (August 1 to September 15, 2009)

Aug 10, 2009   Travel to Orlando, FL from home office in Ponte Vedra Beach, FL

   2.8 hours   $560.00

Aug 10, 2009   Conference with Layne Smith regarding 2006 and 2007 audits and back up documentation: conference with Bill Cuthill, Trustee and Layne Smith regarding same; review of 2007 financial data.

   4.1 hours   $820.00

Aug 10, 2009   Travel to home office in Ponte Verda Beach, FL from Orlando, FL

   3.0 hours   $600.00

Aug 25, 2009   Travel to Tallahassee, FL from home office in Ponte Vedra Beach, FL

   3.1 hours   $620.00

Aug 26, 2009   Conference with Layne Smith to finalize SUA premium audits for AEM Inc's workers comp policies for 2006 and 2007 and preparation of letter to SUA.

   5.0 hours   $1,000.00

Aug 26, 2009   Travel to home office in Ponte Vedra Beach, FL from Tallahassee, FL

   3.0 hours   $600.00

Sept 10, 2009   Review of reply from SUA concerning AEM Inc's premium audits for 2006 and 2007 and telephone conference with Layne Smith.

   1.0 hour   $200.00

---

ADDITIONAL CHARGES:

Aug 10, 2009 Mileage—Travel to and from home office in Ponte Vedra Beach, FL, to Orlando, FL

  260 miles @ .55 a mile= $143.00

Aug 25/26, 2009 Mileage—Travel to and from home office in Ponte Vedra Beach, FL, to Tallahassee, FL

  360 miles @ .55 a mile= $198.00


Total Amount Billed $4,741.00

**JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS**
**Premium Audit Consultant**

| | |
|---|---|
| P.O. Box 242 | Phone (904) 477-7119 |
| Ponte Vedra Beach, FL 32004 | Fax   (904) 285-8701 |
| Tax ID # 59-3542197 | Email  Mjcjc1945@aol.com |

September 18, 2009


R W (Bill) Cuthill Jr.
Federal Bankruptcy Trustee
341 N Maitland Ave  Suite 210
Maitland, FL 32751


RE:      Estimate of fees from September 16, 2009 to October 16, 2009


Sept 16, 2009   Scheduling SUA's audit visit to Orlando with Layne Smith and
through         Bill Cuthill. Working with SUA's auditor to review premium audit
Oct 16, 2009    submitted and assist with SUA's examination of requested
                documents.  Several days expected with overnight stays
                likely.


Total hours of expected work from September 16 to October 16, 2009
is 40 hours at $200= $8,000.


Additional Charges:


Mileage--to and from Maitland, FL 800 miles @ .55 a mile= $440.00

Per Diem—Up to four days expected away from home office at $165 a day =
$660.00


Total estimated fees from September 16 to October 16, 2009 is $9,100.00

6

**EXHIBIT B**

**EXHIBIT B**

6

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                                          CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                                      CHAPTER 11

        Debtor.
_____/

## AFFIDAVIT IN SUPPORT OF FIRST SUPPLEMENT TO FINAL APPLICATION OF JOHN A. CELLUCCI, CPCU, CIPA, APA, AIS PREMIUM AUDIT CONSULTANT, FOR AWARD OF FEES i/a/o $4,400.00 AND REIMBURSEMENTS OF EXPENSES i/a/o $341.00, AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $9,100.00

STATE OF FLORIDA      )
                             )
COUNTY OF ST. JOHNS   )

     **BEFORE ME**, the undersigned authority, personally appeared John A. Cellucci who, being duly sworn, deposes and says:

     1.    I have control over the books and records relating to the matter set forth herein, which books and records are kept and maintained by me in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

     2.    I have reviewed the Final Application for Award of Fees i/a/o $4,400.00 and Reimbursement of Expenses i/a/o $341.00, filed concurrent herewith, and all attachments

1

accurately reflect my time and expenses for the periods set forth herein for services provided to the Debtor.

4. I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
JOHN A. CELLUCCI

STATE OF FLORIDA   )
COUNTY OF ST. JOHNS   )

Sworn to and subscribed before me this 25 day of September 2009, by **John A. Cellucci**, [ ] who is personally known to me, or [ ✓ ] who did provide as identification FLDL C420 416145133-0.

DAWN RUEBEL
Notary Public, State of Florida
Commission# DD893431
My comm. expires July 26, 2013

Signature of Person Taking Acknowledgment
Print Name: Dawn Ruebel
Title: Notary Public
Serial No. (if any) DD893431
Commission Expires: 7-26-13

[NOTARY SEAL]