**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                    CASE NO.  6:08-bk-04681-KSJ

AEM, INC.,                                                CHAPTER 11

                Debtor.                          **Confirmation Hearing set for Friday,**
_____/                **October 16, 2009 at 10:00 a.m.**

**SUMMARY OF SECOND SUPPLEMENT TO FINAL APPLICATION OF**
**R. SCOTT SHUKER AND**
**THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP,**
**FOR AWARD OF ATTORNEYS' FEES i/a/o $9,343.00**
<u>**AND REIMBURSEMENT OF EXPENSES i/a/o $199.04**</u>

| | |
|---|---|
| **Applicant's Name:** | **Latham, Shuker, Eden & Beaudine, LLP** |
| **Applicant's Address:** | **390 N. Orange Ave., Ste. 600** <br> **Orlando, FL 32801** |
| **Role of Applicant:** | **Counsel for the Debtor-in-Possession** |
| **Certifying Professional:** | **Elizabeth A. Green** |
| **Date Petition Filed:** | **June 5, 2008** |
| **Date of Order Authorizing Employment** *nunc pro tunc* **to:** | **September 17, 2008** <br> *nunc pro tunc* **to June 5, 2008** |
| **Date of Services Rendered:** | **September 1, 2009 to October 9, 2009** |
| **Gross Amount of Professional Fees for Application Period:** | **$9,343.00** |
| **Gross Amount of Disbursements and Expenses for Application Period:** | **$199.04** |
| **TOTAL GROSS AMOUNT REQUESTED THIS SUPPLEMENTAL APPLICATION:** | **$9,542.04** |
| **FINAL FEE APPLICATION, Doc No. 135 FIRST SUPPLEMENT, Doc No. 151** | **$19,644.46/$3,100.80** (less retainer $7,597.68) **(Total retainer received:  $100,219.50 shared with Mirabilis Ventures; 08-4327 and Hoth Holdings; 08-4328)** |
| **TOTAL REQUEST FOR AWARD FOR FEES AND DISBURSEMENTS:** | **$32,287.30** |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                     CASE NO.  6:08-bk-04681-KSJ

AEM, INC,                                                  CHAPTER 11

               Debtor.                          Confirmation Hearing set for Friday,
_____/                        October 16, 2009 at 10:00 a.m.

### SECOND SUPPLEMENT TO FINAL APPLICATION OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $9,343.00 REIMBURSEMENT OF EXPENSES i/a/o $199.04

**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**, ("Applicant"), as counsel for

AEM, Inc. ("AEM" or "Debtor"), hereby submits its second supplemental application

("Supplemental Application") for an award of compensation for services for actual fees in the

amount of $9,343.00 and reimbursement of actual expenses in the amount of $199.04 incurred

from September 1, 2009 through October 9, 2009 ("Supplemental Period"), subsequent to the

filing of the Final Application, filed August 19, 2009 (Doc No. 135), for a total request for the

Supplemental Application Period of $9,542.04.  In support thereof, Applicant states as follows:

      1.      The combined totals for all fees incurred to date in this case for Applicant are set

forth below:

| Matter | Fees Fnl App | Hrs | Fees 1st Supp | Hrs | Fees 2d Supp | Hrs | Total Fees | Total Hours |
|---|---|---|---|---|---|---|---|---|
| General Representation (001) | $ 8,858.00 | 32.1 | $ 70.00 | .5 | $ 0.00 | 0.0 | $ 8,928.00 | 32.6 |
| Schedules (002) | $ 3,501.00 | 20.6 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 3,501.00 | 20.6 |
| Professional Retention (004) | $ 5,913.00 | 43.6 | $ 2,716.00 | 19.4 | $ 910.00 | 6.5 | $ 9,539.00 | 69.5 |
| Plan of Reorganization (005) | $ 655.50 | 2.5 | $ 56.00 | .4 | $ 0.00 | 0.0 | $ 711.50 | 2.9 |
| Claims (006) | $ 81.00 | .6 | $ 171.00 | .9 | $ 8,433.00 | 48.2 | $ 8,685.00 | 49.7 |
| Adversary Matters (008) | $ 220.00 | 1.1 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 220.00 | 1.1 |

U:\Bkry\Mirabilis\AEM\Pld\fee app-LSEB Final-supp #2.wpd

| Matter | Fees Fnl App | Hrs | Fees 1st Supp | Hrs | Fees 2d Supp | Hrs | Total Fees | Total Hours |
|---|---|---|---|---|---|---|---|---|
| **TOTALS** | $ 19,228.50 | 100.5 | $ 3,013.00 | 21.2 | $ 9,343.00 | 54.7 | $ 31,584.50 | 176.4 |

2.    The continuing professional services rendered on behalf of the Debtor during the First Supplemental Period for which an award of compensation is sought by Applicant involve the rendering of bankruptcy advice in the following areas of representation:

| **Matter** | **Fees Incurred** | **Total Hours** |
|---|---|---|
| Professional Retention (004) | $910.00 | 6.5 |
| Claims (006) | $8,433.00 | 48.2 |
| TOTALS | $9,343.00 | 54.7 |

3.    The majority of the services provided by Applicant during the Supplemental Period dealt with preparation of fee applications for professionals; review and preparation of claims objections; and review of issues related to Forge appeal.

4.    Attached hereto as **Exhibit A** is a table summarizing the name of the professional or paraprofessional, hourly rate, number of hours, and total fees incurred for each professional or paraprofessional, broken down for each of the areas of representation which are described in the Supplemental Application.

5.    Attached to this Supplemental Application filed with the Court as **Exhibit B,** is a detailed breakdown of the time entries for each of the professionals providing services during the Supplemental Period.  Copies of the invoices are available upon request to Elizabeth Green at the address below.

6.    Applicant also requests approval for reimbursement of expenses for the Supplemental Period in the amount of $199.04, as more particularly described in **Exhibit C.**

U:\Bkry\Mirabilis\AEM\Pld\fee app-LSEB Final-supp #2.wpd

7.      Attached to this Supplemental Application filed with the Court as **Exhibit D** is the affidavit of R. Scott Shuker in support of the Supplemental Application of Latham, Shuker, Eden & Beaudine, LLP, for award of fees and expenses.

8.      The total fees and expenses incurred for the Supplemental Period in the amount of $9,542.04 are over the noticed amount by $5,542.04.

**WHEREFORE**, Latham, Shuker, Eden & Beaudine, LLP, requests that it be awarded compensation for services for the First Supplemental Period of $9,343.00, reimbursement of expenses of $199.04, for a total award for fees and expenses for the Supplemental Period of $9,542.04; and for such other and further relief as is appropriate in the circumstances.

**RESPECTFULLY SUBMITTED** this 14th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                          **CASE NO.  6:08-bk-04681-KSJ**

**AEM, LLC,**                                   **CHAPTER 11**

                    **Debtor.**                 **Confirmation Hearing set for Friday,**
_____/          **October 16, 2009 at 10:00 a.m.**

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the Second Supplement to the Final Application of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, for Award of Attorneys' Fees and Expenses has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to:  AEM, Inc, c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 14th day of October 2009.

                              /s/ R. Scott Shuker
                              R. Scott Shuker, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04681-KSJ
Middle District of Florida
Orlando
Mon Oct 12 09:01:51 EDT 2009

Richard Lee Barrett
PO Box 533983
Orlando, FL 32853 3983

Charles A Carlson
Barnett, Bolt, Kirkwood, Long & McBride
Post Office Box 3287
Tampa, FL 33601-3287

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Department of Revenue
c/o Attorney General's Office
Bankruptcy Unit c/o Robert Cooper
PO BOX 20207
Nashville, TN 37202-4015

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440


End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8

## **EXHIBIT A**

In Re: In Re:  AEM, Inc
Case No. 6:08-bk-04681-KSJ

### **Professional Retention - 004**

| **Timekeeper** | **Total Hours** | **Rate** | | **Total** |
|---|---|---|---|---|
| Diane L. Crivello | 6.5 | 140 | $ | 910.00 |
| **TOTAL** | **6.5** | | **$** | **910.00** |

### **Claims - 006**

| **Timekeeper** | **Total Hours** | **Rate** | | **Total** |
|---|---|---|---|---|
| Justin M. Luna | 4.9 | 220 | $ | 1,078.00 |
| Victoria I. Mink | 30.9 | 190 | $ | 5,871.00 |
| Diane L. Crivello | 4.7 | 140 | $ | 658.00 |
| Brenda L. Jennings | .7 | 130 | $ | 91.00 |
| Tracey Young | 7.0 | 105 | $ | 735.00 |
| **TOTAL** | **48.2** | | **$** | **8,433.00** |

U:\Bkry\Mirabilis\AEM\Pld\fee app-LSEB Final-supp #2.wpd

**EXHIBIT B**

In Re: In Re:  AEM, Inc
Case No. 6:08-bk-04681-KSJ

**TIME RECORDS**

U:\Bkry\Mirabilis\AEM\Pld\fee app-LSEB Final-supp #2.wpd

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-004

Professional

Invoice # 48603

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/2009 | dlc | Receipt and initial review of August invoices for Baldwin & Co. | 0.20 hr | $28.00 |
| 09/09/2009 | dlc | Review issues related to preparation of supplemental fee applications for all professionals. | 0.20 hr | $28.00 |
| 09/10/2009 | dlc | Draft Baldwin & Co supp fee app and affidavit; correspondence to M Gartner re estimated fees. | 0.60 hr | $84.00 |
| 09/10/2009 | dlc | Receipt and review of updated estimated time from M Gartner; revise fee application and correspondence to M Gartner re review and execution. | 0.40 hr | $56.00 |
| 09/15/2009 | dlc | Work on LSEB supplemental fee application. | 0.40 hr | $56.00 |
| 09/16/2009 | dlc | Review LSEB and Baldwin supplement fee apps with EA Green; prepare for filing and file. | 0.80 hr | $112.00 |
| 09/21/2009 | dlc | Receipt and review of Cellucci invoices for August time and September/October updated estimated time. | 0.30 hr | $42.00 |
| 09/21/2009 | dlc | Draft Cellucci supplemental fee application. | 0.80 hr | $112.00 |
| 09/21/2009 | dlc | Review Barrett supplemental invoices. | 0.30 hr | $42.00 |
| 09/22/2009 | dlc | Draft notice of substitution of counsel; file and serve same. | 0.70 hr | $98.00 |
| 09/23/2009 | dlc | Draft R L Barrett supplemental fee application and affidavit; correspondence to RL Barrett re review and execution. | 0.50 hr | $70.00 |
| 09/28/2009 | dlc | Final preparation of Barrett supplemental fee app for filing and draft notice of hearing. | 0.40 hr | $56.00 |
| 09/28/2009 | dlc | File Barrett and Cellucci supplemental application and notice of hearing re same. | 0.70 hr | $98.00 |
| 09/28/2009 | dlc | Telephone conference with J Cellucci re final fee applications. | 0.20 hr | $28.00 |

Total Professional Services: *$910.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 6.50 | $910.00 |

October 13, 2009

Matter ID: 2300-004

Invoice # 48603

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 6.50 Hours | $910.00 |
| New Charges this Invoice: | | $910.00 |
| Previous Balance: | | $8,354.95 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $8,354.95 |
| Plus New Charges this Invoice: | | $910.00 |
| **Total Due:** | | **$9,264.95** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-006

Claims

Invoice # 48604

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/04/2009 | BJ | Service issues re: objections to claims. | 0.70 hr | $91.00 |
| 09/08/2009 | dlc | Review and revise objection to Hendricks claim upon receipt of court notice of deficiency; file and serve same. | 0.80 hr | $112.00 |
| 09/21/2009 | tay | Pull and organize proof of claims subject to objection; Prepare chart on specific objections | 2.00 hr | $210.00 |
| 09/22/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Oklahoma Tax Commission, Claim No. 3-1 | 3.00 hr | $570.00 |
| 09/22/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for NY Department of Taxation, Claim No. 8.1 | 2.60 hr | $494.00 |
| 09/23/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Illinois Department of Revenue, Claim No. 9.1 | 2.20 hr | $418.00 |
| 09/23/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Paradyme, Inc. Claim No. 12-1 | 2.90 hr | $551.00 |
| 09/23/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Professional Benefits Solution, Claim No. 13 | 3.00 hr | $570.00 |
| 09/23/2009 | VIM | Phone conference with Bill Cuthill regarding discussions of claims for AEM | 0.70 hr | $133.00 |
| 09/24/2009 | VIM | Outline and research provisions regarding settlement; Draft Settlement Agreement between AEM and Hendricks | 2.00 hr | $380.00 |
| 09/24/2009 | VIM | Draft Motion for Approval of Controversy as to Hendricks | 2.10 hr | $399.00 |
| 09/25/2009 | JML | Further draft claims objections. | 2.90 hr | $638.00 |
| 09/25/2009 | VIM | Edit Settlement Agreement and Motion for Approval of Compromise between AEM and Hendricks | 0.60 hr | $114.00 |
| 09/25/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Georgia Dept of Revenue, Claim No. 1 | 1.90 hr | $361.00 |
| 09/25/2009 | VIM | Research, outline and draft applicable procedural and factual background, | 1.10 hr | $209.00 |

October 13, 2009

Matter ID: 2300-006

Invoice # 48604

Federal ID # 59-3366512

**For Professional Services Rendered:**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | objection and requested relief for claim objection for Wisconsin Department of Revenue, Claim No. 22 |  |  |
| 09/28/2009 | JML | Analyze and edit objections to claims, discuss same with B.Cuthill. | 2.00 hr | $440.00 |
| 09/28/2009 | VIM | Incorporate additional edits to Settlement Agreement between AEM and Hendericks | 0.50 hr | $95.00 |
| 09/28/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Internal Revenue Service, Claim No. 4 | 1.60 hr | $304.00 |
| 09/28/2009 | VIM | Edit Claim Objection for Oklahoma Tax Commission | 0.50 hr | $95.00 |
| 09/28/2009 | VIM | Edit Claim Objection for NY Department of Taxation | 0.70 hr | $133.00 |
| 09/28/2009 | VIM | Edit Claim Objection for Illinois Department of Revenue | 0.50 hr | $95.00 |
| 09/28/2009 | VIM | Edit Claim Objection for Paradyme, Inc. | 0.70 hr | $133.00 |
| 09/28/2009 | VIM | Edit Claim Objection for Professional Benefits Solutions, Inc. | 0.80 hr | $152.00 |
| 09/28/2009 | VIM | Edit Claim Objection for Georgia Department of Revenue | 0.60 hr | $114.00 |
| 09/28/2009 | VIM | Edit Claim Objection for Wisconsin Department of Revenue | 0.60 hr | $114.00 |
| 09/30/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for State of Florida, Claim No. 15 | 2.30 hr | $437.00 |

Total Professional Services:    *$7,362.00*

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/30/2009 | Postage Expense | $30.44 |
| 09/30/2009 | Photocopying Expense | $168.60 |

Total Disbursements Incurred:    *$199.04*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 0.80 | $112.00 |
| BJ | $130.00 | 0.70 | $91.00 |
| JML | $220.00 | 4.90 | $1,078.00 |
| tay | $105.00 | 2.00 | $210.00 |
| VIM | $190.00 | 30.90 | $5,871.00 |

October 13, 2009

Matter ID: 2300-006

Invoice # 48604<br>Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | *39.30* Hours | *$7,362.00* |
| For Disbursements Incurred: | | *$199.04* |
| New Charges this Invoice: | | *$7,561.04* |
| Previous Balance: | | *$195.30* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$195.30* |
| Plus New Charges this Invoice: | | *$7,561.04* |
| **Total Due:** | | **$7,756.34** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE:  (407) 481-5800
FACSIMILE:  (407) 481-5801

October 13, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-006
Claims

Invoice # 48616
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 10/07/2009 | tay | Review, edit and finalize Objections to Claims | 5.00 hr | $525.00 |
| 10/09/2009 | dlc | Review and revise state DOR claim objections and work on service of same. | 1.10 hr | $154.00 |
| 10/09/2009 | dlc | Review and revise claims objections. | 0.90 hr | $126.00 |
| 10/09/2009 | dlc | Continue review and revisions to claims objections; research servicer on governors/attorneys general for objections to state claims. | 1.90 hr | $266.00 |

Total Professional Services: $1,071.00

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 3.90 | $546.00 |
| tay | $105.00 | 5.00 | $525.00 |

| | | |
|---|---|---|
| For Professional Services: | *8.90* Hours | $1,071.00 |
| New Charges this Invoice: | | $1,071.00 |
| Previous Balance: | | $7,756.34 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $7,756.34 |
| Plus New Charges this Invoice: | | $1,071.00 |
| **Total Due:** | | $8,827.34 |

*Page 1*

## **EXHIBIT C**

In Re: In Re:  AEM, Inc
Case No. 6:08-bk-04681-KSJ

## **EXPENSES/COSTS**

| | | |
|---|---|---|
| Photocopy | $ | 168.60 |
| Postage | $ | 30.44 |
| **TOTAL** | $ | 199.04 |

8

**EXHIBIT D**

In Re: In Re:  AEM, Inc
Case No. 6:08-bk-04681-KSJ


**AFFIDAVIT**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO.  6:08-bk-04681-KSJ

AEM, INC.                                                 CHAPTER 11

                          Debtor.
_____/


**AFFIDAVIT IN SUPPORT OF SECOND SUPPLEMENT TO FINAL APPLICATION
OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
FOR AWARD OF ATTORNEYS' FEES i/a/o $9,343.00
<u>REIMBURSEMENT OF EXPENSES i/a/o $199.04</u>**

STATE OF FLORIDA          )
                          )
COUNTY OF ORANGE          )

**BEFORE ME,** the undersigned authority, personally appeared R. Scott Shuker, who, being duly sworn, deposes and says:

1.      I am a partner with Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), a Florida limited liability partnership engaged in the practice of law, and in that capacity have control over the books and records of Latham Shuker relating to the matter set forth herein, which books and records are kept and maintained by Latham Shuker in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2.      I am the billing and responsible attorney assigned by Latham Shuker to represent the Debtor.

3.      I have reviewed Latham, Shuker, Eden & Beaudine, LLP's Second Supplement to the Final Application for Award of Attorneys' Fees and Reimbursement of Expenses filed

concurrent herewith, and all attachments accurately reflect the time and expenses of Latham

Shuker for the periods set forth herein for representation of the Debtor.

4.      I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
R. SCOTT SHUKER


STATE OF FLORIDA        )
COUNTY OF ORANGE        )

Sworn to and subscribed before me this _____ day of October 2009 by **R. Scott Shuker**, who is personally known to me.

_____
Signature of Person Taking Acknowledgment
Print Name:_____
Title:  Notary Public
Serial No. (if any) _____
Commission Expires: _____

DIANE L. CRIVELLO
MY COMMISSION # DD 783481
EXPIRES: July 21, 2012
Bonded Thru Notary Public Underwriters

[NOTARY SEAL]