

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Mirabilis Ventures, Inc.,
AEM, Inc. and Hoth Holdings L.L.C.
(Consolidated)            Case No. 6:08-bk-04327KSJ

_____/


## NOTICE OF APPEAL

Notice is hereby given that Paradyme, Inc., a creditor/claimant in the bankruptcy, appeals to the United States District for the Middle District of Florida an order striking the Response of Paradyme to the Objection of the Debtor to Paradyme's claim entered on the __7__ day of January 2010.

Respectfully submitted on this __16__ day of January 2010.


_____
Frank L. Amodeo