UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
Case No. 6:08-bk-04681-KSJ

**FILED**

MAR - 8 2010

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

AEM, Inc.,

Debtor.

_____/

NOTICE OF FILING ADDITIONAL
SWORN STATEMENT OF FACTS

Comes Now Frank L. Amodeo; an interested party, and files an additional statement of facts for the period of January 2007 through September 2009.

This statement, when combined with the statement of facts submitted and filed in August 2009, provides a reasonable and comprehensive history of the case. Submission of the document is to properly prepare the record for use in appellate and collateral proceedings. The document is filed in various other proceedings. The document will be referenced and incorporated into various pleadings and this single separate filing seems more judicious, than repetitive filings.

The statement is declared under penalty of perjury pursuant to 28 USC 1746 and respectfully submitted this 5th of March, 2010.

Frank L. Amodeo
Federal Correction Complex-Low
P.O. Box 1031
Coleman, Fl. 33521
Unit B-3; 48883-019

## CERTIFICATE OF SERVICE

A copy of the statements has been previously served upon the debtor and counsel for the debtor. This notice is being served upon the debtor this 5th day of March, 2010.

During the week of March 1st or March 8th, 2010.

Frank L. Amodeo

# Endnotes

i        Stipulated Statement of Facts; Video Recordings introduced at sentencing; Mock Deposition Transcript and Recording.

ii       Stipulated Statement of Facts; Declaration Statement of Facts; Financial Records of Mirabilis Ventures, Inc.'s Chapter 11.

iii      Stipulated Statement of Facts. Actual documents evidencing the discussion exist but were not entered at sentencing because the government stipulated to the communications as part of the stipulated Statement of Facts.

iv       Sign-in sheet for Mock Deposition suppose to have been entered with transcript at sentencing.

v        Appendix "2", Appellate Brief.

vi       Declaration Statement of Facts; Polygrapher Report in Addendum F of both Statement of Facts.

vii      Declaration Statement of Facts; Testimony of Amodeo during sentencing.

viii     Plea agreement Statement of Facts; McLean Psychiatric Report; Letter of Dr. Choras.

ix       Declaration Statement of Facts.

x        Declaration Statement of Facts.

xi       Representations of Sands at sentencing; Stipulated Statement of Facts, i.e. the Position Paper.

xii      Sentencing Transcripts.

xiii     Conversation with Agents McCade and Smith in Amodeo's condominium in or about April 2009. Declaration of Amodeo filed on October 14, 2009 in this case and in the District Court.

xiv      Originally several week dispute amongst Amodeo's attorneys [Panoff, Phillips, etc., both professional level tax attorneys did not understand and took polar opposite positions on forfeiture.]  See affidavit and complaint in forfeiture action filed by attorney Nicole Andrejko and agent Steven McCabe.

xv       Statements by Panoff, Slaughter, Gold, Phillips to Amodeo on several occasions.  Tax liens filed against Professional Benefits Solution, Inc. in the public record.

xvi      Letter from Agent Patterson approved by AUSA Corbett attached to Statement of Facts.  Undercover tape of conversations with Jim Baiers, Esquire and Craig Vanderburg.

xvii     Initiated memo by Dan Myers, CPA Amodeo's Power of Attorney with the Internal Revenue Service confirming conversation with Agent McNealy dated June 2005.

xviii    Referenced in Statement of Facts admitted into the record at sentencing and stipulated to by the Government.

xix      Statement of Facts admitted at sentencing and stipulated to by the Government. Various comments by Kenton Sands, Esq. at sentencing with regards to disagreement between Amodeo and Gold about what the statement of facts in the plea agreement meant.

xx       Polygraph results attached as addendum F to the Statement of Facts filed with Amodeo's declaration. [For some unknown and unexplained reason, Amodeo's attorneys never submitted the addenda into the record at sentencing even those stipulated to by the Government.]

xxi      Undercover tape of Robert Pollack, MD which Amodeo attempted to introduce at sentencing but the court system could not readily play and the Government objected to being introduced in snippets. [Breaching promise to permit full hearing of issues.].

xxii     Id.

xxiii    Memorandum introduced at sentencing and attached to Amodeo's October 14, 2009 Declaration.

xxiv    Notes of James Baiers, Esq. from interrogation of Baiers conducted by Edie Curry, Esq. and former FBI Organize Crime Investigation supervisor Brian Taylor dated October 2005 contained in Curry Notebook attached to Amodeo's Declaration. And possibly introduced into evidence at sentencing.

xxv    April 19, Chairman Video entered into the record at sentencing.

xxvi    E-mail of Tom Sadaka, Esq. and Kelly Tomeo, Esq. confirming legality of business model. Requisitioned by the security company's former law enforcement personnel - separate investigation had been approved by Amodeo.

xxvii    Sign-in sheet submitted with Stipulated Statement of Facts; Transcript admitted at sentencing; video recording admitted but not played at sentencing.

xxviii    Mock deposition transcript page 86 and 87.

xxix    Stipulated Statement of Facts.

xxx    Undercover tape of Baiers and Vanderburg. Amodeo's testimony at sentencing. Vanderburg reported this to other attorneys in the companies.

xxxi    Statements by Judge Antoon II to Kenton Sands about wanting to know more about vague statement of facts. Sands skirting issue to avoid cancellation of the plea.

xxxii    Comment by Slaughter to Amodeo at defense table to remember the answers during the plea colloquy.

xxxiii    Sands' comments at sentencing. Memo admitted at sentencing. Stipulated Statement of Facts admitted at sentencing.

xxxiv    Id.

xxxv    Amodeo's discussion with Slaughter when Amodeo was required to draft a prose motion to cancel plea; although Sands and Slaughter said they would adopt the motion as their own except for the conflict of Sands and Slaughter being witnesses.

xxxvi    Amodeo's testimony at sentencing. Amodeo's statement in colloquy. Stipulated Statement of Facts.

xxxvii    Id.

xxxviii    Id.

xxxix    Id.

xl    Statement of Facts in plea agreement. Declaration of Amodeo. Stipulated Statement of Facts.

xli    Sands statements at sentencing; Stipulated Statement of Facts; Declaration of Amodeo.

xlii    Comments of Judge Antoon II and Kenton Sands at sentencing.

xliii    Amodeo has not been provided the documents because, as an incompetent, was not entitled to such; but case was before the Honorable Belvin Perry Orange County Circuit Court.

xliv    The panel reports are suppose to be attached to PSI and included in addenda of Stipulated Statement of Facts admitted at sentencing.

xlv    Order of Judge Perry in public record of Orange County Circuit Court; In re Amodeo.

xlvi    Report of McLean Hospital admitted at sentencing.

xlvii    Admissions of AUSA Gold at sentencing; Admission of AUSA Gold at bankruptcy hearing on June 14, 2009.

xlviii    Testimony of Dr. Danzinger at sentencing. Report of McLean and Harvard team. Testimony by Dr. Peter Choras of McLean prevented by refusal to extend hearing to allow for appearance, a letter requesting same introduced at sentencing.

xlix    American Psychiatric Association: Diagnostic and Statistical Manual of Mental Health Disorders, Fourth Edition Text Revision, Washington, DC (200). (Hereinafter DSM-IV); Stipulated Statement of Facts.

l    DSM-IV.

li    DSM-IV; Stipulated Statement of Facts. McLean Psychiatric Report.

lii    McLean Psychiatric Evaluation.

liii    Id; Stipulated Statement of Facts.

liv    Statement of Gold and Slaughter during plea colloquy.

lv    DSM-IV; Diagnosis supporting prescriptions of Dr. Krotenberg and Dr. Vukovich.

lvi    Gold comment during colloquy.

lvii    Order of Magistrate Kelly during bond hearing on or about September 2, 2008.

lviii    Amodeo statement about medication, during change of plea hearing.

lix    Amodeo testimony at sentencing; May 26, 2009 determination by Orange County Jail that Amodeo belonged in Acute Mental Health based on the amount of medication Amodeo was taking. Determination by Bureau of Prisons to reduce Depakote to one-half prescribed level and eliminate Geodon and Seroquel.

lx    Stipulated Statement of Facts; McLean Psychiatric Report; Orange County Psychiatric Panel Report.

lxi    Declaration of Amodeo; Statement of Facts with addenda.

lxii    McLean Psychiatric Report.

lxiii    Statement of Slaughter and Sands at sentencing.  Grudging admission of Gold at sentencing.

lxiv    Stipulated Statement of Facts.

lxv    Undercover tapes referenced throughout sentencing.  Stipulated Statement of Facts.

lxvi    Statement of Herb Hoelter, Slaughter recommended paid expert to Amodeo and others including Amodeo's civil attorneys Aaron Bates and Matt Mokwa.

lxvii    Stipulated Statement of Facts.

lxviii    Stipulated Statement of Facts; Gold's admission to bankruptcy court; Amodeo's testimony at sentencing.

lxix    Report submitted to Gold, Andrejko and agents after misleading affidavit submitted by  McCabe in the forfeiture; Stipulated Statement of Facts.

lxx    Affidavit of Amodeo filed with Declaration of October 14, 2009; testimony [in part] of Amodeo at sentencing.

lxxi    Meeting of Amodeo's Condominium in April 2009; Comments made by AUSA Anita Cream to members of the audience before a status conference in the case of USA vs. AEM, Inc. et. al. on or about August 28, 2009.

lxxii    Witness asked name be withheld out of fear of reprisal until witness can testify with court protection.

lxxiii    Statement of Sands to Judge Antoon II at sentencing.

lxxiv    Declaration of Amodeo.

lxxv    Sands on third and final day of sentencing the illusory nature of the acceptance of responsibility departure.

lxxvi    Video of Mock Deposition entered at sentencing; sign-in sheet of Mock Deposition entered into the record at sentencing; Motion to Disqualify filed by United States.

lxxvii    Transcript of Mock Deposition entered at Sentencing; Video of Mock Deposition.

lxxviii    Slaughter repeats comment about 9-1-1 during statement to the court at sentencing.

lxxix    Id.

lxxx       Arranged an interview between Amodeo and former IRS Commissioner Gibbs.

lxxxi      Plea Colloquy transcript; Stipulated Statement of Facts.

lxxxii     Slaughter's statement to the court during sentencing; Stipulated Statement of Facts.

lxxxiii    Slaughter also was disqualified in a previous case for same reason before Judge Antoon II. United States vs.

Terry Allen, 2004, U.S. Dist. LEXIS 29911 (M.D. FLA. 2004).

lxxxiv     E-mail shown to Amodeo by Slaughter at the request of Panoff dated on the same day as Amodeo first met

with polygrapher Richard Kiefer. See Declaration Statement of Facts Addendum 'F', and Amodeo's testimony at

sentencing.

lxxxv      Mirabilis Ventures, Inc. Chapter 11 docket number 101, case number 6:08-BK-04327KSJ, paragraph 34,

November 25, 2009.

lxxxvi     Diagnosis of Dr. Choras, McLean Psychiatric Evaluation.

lxxxvii    Sands tells court during sentencing, Sands is the first to discover that the memorandum did not state what

other attorneys believed; Memorandum of February 2006 entered at sentencing.

lxxxviii   Gold stipulates to the statement during Amodeo's testimony.  [Even if this was just what Amodeo believed as

the Government admits, it extinguishes intent].

lxxxix     Declaration of Amodeo filed in this case, the District Court and various civil proceedings.

xc         Declaration of Amodeo. Plea Agreement Statement of Facts which reference 'reckless disregard to read the

Berman memorandum of February 2006'.

xci        Amodeo's sister was told this by Sandy at Real Time Reporter while attempting to compile transcripts for

Amodeo to prepare this brief.

xcii       Stipulated Statement of Facts; Declaration of Amodeo; Testimony of Amodeo.

xciii      Id.

xciv       Id.

xcv        Stipulated Statement of Facts; Amodeo's testimony at sentencing; Slaughter's comments to the court at

sentencing.

xcvi       Government's motion to disqualify Slaughter; Gold's representation during sentencing.

xcvii      Amodeo's Declaration; Gold acknowledges making statement but alleges a different meaning.

xcviii     Slaughter representations at sentencing; Gold representations in bankruptcy court; Stipulated Statement of

Facts.

xcix       Jenck's material provided to Kenton Sands at sentencing, in particular Edith Curry. Statement of Special

Agent Smith regarding other witnesses.

c          Judge Antoon II comments during final day of sentencing.

ci         Comment of witness to Government during debriefings, witness fears reprisal and desires court protection

before being named.

cii        Judge Antoon II mentions Amodeo's good-deed to Katrina victims on final day of sentencing.

ciii       List of charitable actions and events in addenda to Declaration Statement of Facts; but inadvertently omitted

from Stipulated Statement of Facts.

civ        Court comments on how court is watching Amodeo; discussion with Slaughter as to whether Amodeo

controlling sentencing hearing.  [Transcripts of Sentencing.]

cv       Government's motion to disqualify.

cvi      Government's motion and Gold's representations to the court at beginning of sentencing hearing.

cvii     Gold's motion and request in open court at the commencement of sentencing.

cviii    Amodeo's statement from the defense table during sentencing.

cix      Sands' representations to court in response to Judge Antoon II's questions.

cx       Id.

cxi      Amodeo's request in open court at sentencing.

cxii     Court's ruling in open court.

cxiii    United States vs. Terry Allen, supra

cxiv     Gold's comment to the court at colloquy that if Slaughter is permitted to withdraw, it would take over a year
for new counsel to prepare [not expressed to court but to agents and defense counsel by Gold: a new attorney;
especially an appointed one could not control Amodeo; thus Amodeo would take the case to trial.].

cxv      Next to the last day of sentencing financial conflict brought to court's attention by Government and/or
comment by Amodeo.  May have arisen when Sands noted the Government was using this financial interest
(malpractice lawsuits against Berman, Holtz, etc.) to try and get out of 3 level departure for acceptance of
responsibility.

cxvi     Presentence Investigation Report. Sands representation at sentencing.

cxvii    Court order to proceed on next last day of sentencing.

cxviii   Transcripts of sentencing.

cxix     Introduction of Dr. Choras letter at sentencing.

cxx      Declaration of Amodeo.

cxxi     Judge Antoon's pronouncement on second or third day of sentencing.

cxxii    Amodeo's testimony during sentencing.

cxxiii   Booking records of Orange County Jail.

cxxiv    Standard Procedure of Orange County Jail.

cxxv     Order of Judge Kelly at bond hearing.

cxxvi    Testimony of Dr. Danzinger at sentencing; McLean Psychiatric Evaluation.

cxxvii   Judge Antoon comment about observing Amodeo during sentencing.

cxxviii  DSM IV

cxxix    Admission of Gold during September plea hearings.  Representation of Slaughter throughout the proceedings.
Statement of multiple lay person (witnesses) to Government during debriefings: 'Amodeo was a different person
during 2005 and 2006.'  Witnesses fear disclosure of names because of prior Government threats unless testimony
protected by the court.

In The United States Court Of Appeals
For The Eleventh Circuit

Court of Appeals No. 09-15255HH
District Court No. 08-00176-cr-Orl-28GJK

Frank L. Amodeo
Appellant

v

United States of America
Appellee

On Appeal from the United States District Court
For The Middle District of Florida
Orlando Division

## INITIAL BRIEF OF THE APPELLANT

Frank L. Amodeo, pro se
Federal Correctional Complex-low
P.O. Box 1031
Coleman, FL. 33521-1031

# CERTIFICATE OF INTERESTED PERSONS

## Judiciary

The Honorable John Antoon II, United States District Judge

The Honorable Presnell, United States District Judge

The Honorable Karen Jenneman, United States Bankruptcy Judge

The Honorable John Cook, United States Bankruptcy Judge

The Honorable Gregory J. Kelly, United States Magistrate Judge

The Honorable Karla R. Spaulding, United States Magistrate Judge

The Honorable Thomas B. Smith, Orange County, Circuit Court Judge

The Honorable Belvin Perry, Orange County, Circuit Court Judge

## Attorneys and Representatives of the United States of America

I. Randall Gold, Assistant United States Attorney

Peggy Morris Ronca, Assistant United States Attorney

Nicole Andrejko, Assistant United States Attorney

Carol Lee, United States Dept. Of Justice Trial Attorney Tax Division

Chief of Special Procedures for the Internal Revenue Service

Cierra M. Barker Financial Litigation Agent United States Attorney's Office

Office of the United States Attorney General

## Other Attorneys

Harrison Slaughter

Kenton Sands

Robert Panoff

A. Brian Phillips

Thomas Dale

Michael Maher

C-1

J. Brent Smith

Jack Scorolla

Peter Hill

Kenneth Herron

Elizabeth Green

J. Russell Campbell

Jack Searcy

Jane Raskin

Kathleen Havener

John T. Gatlo

Joseph A. DeMaria

Thomas Tew

David Ketter

Joseph Varner III

Bart R. Valdes

Brent Wardrop

Charles Carlson

Karl Leo

**Bankruptcy Trustees and Attorneys**

Richard P. Jahn, Chapter 7 Trustee

R.W. Cuthill, Mirabilis Ventures, Inc. Chapter 11 President

Richard Barrett, Esquire

R. Scott Shuker, Esquire

**Others**

Gill R. Gedrich, Tennessee Attorney General's Office

## STATEMENT REGARDING ORAL ARGUMENT

The Appellant, Frank Amodeo, respectfully requests oral argument and believes oral argument would be extremely beneficial to the Court in light of the complex and nuanced nature of the case, the reference to multiple records and the significant public policy concerns and fundamental constitutional issues presented in the appeal.

## CERTIFICATE OF FORMATING

This appeal has certain nonstandard formatting aspects. This nonconformity is the result of Amodeo's lack of resources while incarcerated, lack of an attorney and lack of access to various transcripts.

Because Amodeo lacked access to complete and full transcripts of the proceedings, Amodeo cited to the various records and authorities utilizing a quasibibliography format.

Amodeo recognizes this is unusual but it does appear to make the argument easier to read.

i

## TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS.......................................... C-1

STATEMENT REGARDING ORAL ARGUMENT ................................... i

CERTIFICATE OF FORMAT ................................................................. i

TABLE OF CONTENTS........................................................................ ii

TABLE OF AUTHORITIES ................................................................... v

STATEMENT OF JURISDICTION ...................................................... xvii

STATEMENT OF THE ISSUES ............................................................. 1

STATEMENT OF THE CASE ................................................................ 2

    Introduction ................................................................................. 2

    Amodeo's Illness During The Offense Conduct................................ 2

    Actions And Advice Of Attorneys And Accountants ....................... 4

    Acquiescence Of The Internal Revenue Service............................... 7

    Harrison Slaughter Becomes A Witness And Advisor .................. 12

    Amodeo Agrees To Cooperate With The Government
    During The Investigation ............................................................. 15

    Amodeo's Attorneys are Threatened By U.S. Government
    And Pressure Amodeo To Sign A Plea Agreement The
    Attorneys know To Be Materially Inaccurate ................................. 17

    Amodeo Takes And Passes A Series Of
    Polygraph Examinations................................................................ 19

    Amodeo Is Declared Incompetent................................................. 20

    Slaughter Renews "Carrot And Stick" Plan To
    Get Amodeo To Enter A Guilty Plea Despite Amodeo's
    Insistence On Innocence................................................................ 22

Slaughter And Gold Misinform Amodeo About The
Elements Of The Crimes And A Key Fact In The
Case (February Memo)....................................................... 24

Amodeo Takes Seroquel, Geodon, Depakote, etc.
To Ensure Amodeo Is Manageable ................................... 28

Government Inducement And Pretense Continues ......................... 29

Amodeo Is Deprived Of Counsel At Sentencing ............................ 31

Amodeo Wants The Plea Withdrawn For Breach
Of Agreement ...................................................................... 32

Amodeo Again Deprived Of Counsel By Court
With Regard To The Motion To Cancel Plea Agreement.............. 35

Four Months Later Without Notice To Amodeo
The Motion To Cancel Plea Is Denied
And This Appeal Ensued..................................................... 36

SUMMARY OF THE ARGUMENT ....................................................... 37

ARGUMENT.............................................................................. 38

Introduction

(A) Amodeo's Actual Innocence Of The Alleged Crimes ... 38

(B) Lack Of Factual Predicate For The Plea
Agreement Does Not Support The Conviction..................... 43

Issue I. Effect of State Court Judgment of Incompetency on
Validity Of Plea Agreement ........................................... 49

Issue II. Amodeo Was Actually Incompetent To Plea ............................ 51

Issue III. Invalidity Of Plea Agreement As A Contract ........................... 57

(A) Fraudulent Inducement ............................................... 58

(B) Mutual Mistake ................................................................. 61

(C) Failure or Illusory Consideration ............................................. 62

(D) Lack of Capacity ............................................................. 63

(E) Contract Analysis Summary ..................................................... 64

Issue IV. The Plea Was Not Knowing and Voluntary ................................. 65

(A) Amodeo's Attorneys Had Actual Conflicts Of Interest ........... 66

(B) Amodeo Is Misinformed About The Elements
Of The Crime Thus Does Not Understand The Charges
To Which Amodeo Is To Plea
      (i) tax counts ....................................................... 71
      (ii) other counts.................................................... 75

(C) Amodeo Is Misadvised Concerning The
Consequences Of The Plea Agreement And
Severity Of The Sentence........................................................ 77

(D) Government's Failure To Fulfill Promises To
Induce Cooperation And The Plea Agreement Renders The Plea
Invalid......................................................................... 79

(E) Cumulative Tactical Errors Of Amodeo's
Attorneys Constitute Ineffective Assistance Of
Counsel As Required By The Sixth Amendment........................... 83
      (i) Failure To Investigate ........................................... 83
      (ii) Character Witnesses ............................................. 84
      (iii) Failure To File Motion ......................................... 87

Issue V. Amodeo Was Deprived Of Counsel During The
      Criminal Proceedings........................................................ 88

Issue VI. Forced Medication Violated Amodeo's Due Process Rights .... 93

CONCLUSION....................................................................... 96

CERTIFICATE OF COMPLIANCE......................................................... 97

CERTIFICATE OF SERVICE............................................................ 98

CITATION TO THE RECORDS (ENDNOTES)...................................... 99

APPENDIX, SEPERATELY BOUND AND FILED

    Appendix 1 - Citations to the Record

    Appendix 2 - Sworn Statements of May 9, 2009

    Appendix 3 - Witness List

    Appendix 4 – Structural Flaws in the Plea System

    Appendix 5 – Governmental Misconduct

    Appendix 6 – Motivation of Defense Attorneys to Obtain Guilty Plea

    Appendix 7 – Examples of Events Augmenting Mental Diseases

    Appendix 8 – Mock Deposition Transcript

    Appendix 9 – Berman's February 2006 Tax Memorandum

    Appendix 10 – Declaration Statement of Facts with Addenda

    Appendix 11 – Memorandum of Law Regarding Appointment of
                Counsel

    Appendix 12 – Stipulated Statement of Facts

    Appendix 13 – The Medicine: SEROQUEL

    Appendix 14 – Berman's April 2005 Tax Memorandum

# TABLE OF AUTHORITIES

<u>**Cases**</u>                                                                                          <u>**Page**</u>

*AMERICAN SURETY CO. v BALDWIN*
     287 US 156 (1932) ……………………………………………………   51

*AVILA v GUARTEMAN*
     2009 APP LEXIS 3250 (17 FEB 2009) ………………………………   74

*BAKER v THOMAS*
     45 F3D 1501 (11TH CIR 1995) ……………………………………...   87

*BELL v CONE*
     535 US 685 (2002) …………………………………………………...   70

*BEMIS v UNITED STATES*
     30 F3D 220 (1ST CIR 1994) ………………………………………...   58

*BLACKLEDGE v ALLISON*
     431 US 63 (1977) …………………………………………………   65,82,83

*BLACKLEDGE v PERRY*
     417 US 21 (1974) ……………………………………………………   63

*BLADE v KEMP*
     758 F2D 523 (11TH CIR 1985) ……………………………………   87

*BOUSLEY v UNITED STATES*
     523 US 614 (1998) …………………………………………………   66

*BOYKIN v ALABAMA*
     395 US 238 (1969) …………………………………………………   65

*BREWER v WILLIAMS*
     403 US 387 (1977) …………………………………………………   92

*BROWN v BUTLER*
     811 F2D 938 (5TH CIR 1987) ……………………………………...   74

*BRYAN v UNITED STATES*
     524 US 184 (1998) …………………………………………………   38

*BURDEN v ZANT*
871 F2D 956 (11TH CIR 1989) ................................................ 70

*CHANDLER v UNITED STATES*
218 F3D 1205 (11TH CIR 2000) ............................................... 70

*CHEEK v UNITED STATES*
492 US 192 (1991) ............................................................. 38,39

*CHESSMAN v TEETS*
354 US 156 (1957) ............................................................ 92

*CHRISTMAS v RUSSEL*
72 US 290 (1866) ............................................................. 51

*CODE v MONTGOMERY*
799 F2D 1481 (11TH CIR 1986) .............................................. 84

*CONKLIN v SHEFFIELD*
366 F3D 1191 (11TH CIR 2004) .............................................. 70

*COOPER v NEWELL*
173 US 555 (1899) ............................................................ 51

*COX v LOUISIANA*
379 US 559 (1965) ............................................................ 43

*COLLIER v TURPIN*
177 F3D 1184 (11TH CIR 1999) .............................................. 87

*CRANDELL v BUNNELL*
144 F3D 1213 (9TH CIR 1998) ............................................... 84

*CUYLER v SULLIVAN*
446 US 335 (1980) ............................................................ 70

*D'ARCY v KETCHUM*
52 US 165 (1851) ............................................................. 51

*DECK v MISSOURI*
544 US 622 (2005) ............................................................ 95

*DEMOSTHENES v BAAL*
485 US 731 (1990) ............................................................ 51

*DEVLIN v INGRUM*
  928 F2D 1084 (11TH CIR 1991) ............................................... 61

*DOUGLAS v CALIFORNIA*
  372 US 353 (1963) ............................................................. 92

*DURFLE v DUKE*
  375 US 106 (1963) ............................................................. 51

*DUSKY v UNITED STATES*
  362 US 402 (1960) ............................................................. 96

*EVITTS v UNITED STATES*
  469 US 387 (1985) ............................................................. 92

*FALLADA v DUGGER*
  819 F2D 1564 (11TH CIR 1987) ............................................... 51,57

*FLORIDA v NIXON*
  543 US 175 (2004) ............................................................. 70

*GIDEON v WAINWRIGHT*
  372 US 355 (1963) ............................................................. 92

*GRIFFEN v WARDEN*
  970 F2D 1355 (4TH CIR 1992) ............................................... 87

*HALBERT v MICHIGAN*
  545 US 605 (2009) ............................................................. 92

*HENDERSON v MORGAN*
  426 us 637 (1976) ............................................................. 73

*HOLBROOK v FLYNN*
  475 US 560 (1986) ............................................................. 95

*HORTON v ZANT*
  941 F2D 1449 (11TH CIR 1990) ............................................... 74,87

*ILLINOIS v ALLEN*
  397 US 337 (1970) ............................................................. 95

vii

*INNES v DALSHIEM*
   864 F2D 974 (2ND CIR 1988) ................................................................ 58

*JACKSON v GOBERT*
   117 F3D 262 (5TH CIR 1997) ................................................................ 48

*JOHNSON v UNITED STATES*
   352 US 565 (1957) ................................................................ 92

*JOHNSON v ZEBRST*
   304 US 458 (1938) ................................................................ 92

*KERCHEVAL v UNITED STATES*
   274 US 220 (1927) ................................................................ 65,83

*KIRBY v UNITED STATES*
   406 US 682 (1972) ................................................................ 92

*KRAMER v CHEMICAL CONSTRUCTION CORP.*
   456 US 461 (1982) ................................................................ 51

*LANE v BROWN*
   372 US 477 (1963) ................................................................ 93

*LIGHTBOURNE v DUGGER*
   829 F2D 1012 (11TH CIR 1987) ................................................................ 69

*LoCONTE v DUGGER*
   847 F2D 1139 (5TH CIR 1988) ................................................................ 74

*MABRY v VAUGHN*
   67 F3D 909 (11TH CIR 1995) ................................................................ 64

*MAINE v MOULTON*
   474 US 159 (1995) ................................................................ 92

*MARCHIBRODA v UNITED STATES*
   368 US 487 (1962) ................................................................ 82

*MARSHALL v CITY OF ATLANTA*
   195 BR 156 (ND GA 1996) ................................................................ 75

*MARTIN v KEMP*
   760 F2D 1244 (11TH CIR 1985) ................................................................ 65,83

McCARTHY v UNITED STATES
    394 US 459 (1969) ................................................................. 44

MEMBA v RHAY
    389 US 487 (1967) ................................................................. 82

MILLS v DURYEE
    11 US 481 (1813) ................................................................. 51

MONGE v CALIFORNIA
    524 US 721 (1998) ................................................................. 95

MOORE v ILLINOIS
    434 US 220 (1977) ................................................................. 92

MORISETTE v UNITED STATES
    342 US 246 (1952) ................................................................. 41

NEDER v UNITED STATES
    527 US 1 (1999) ................................................................. 75

NELSON v HARGETT
    989 F2D 847 (5TH CIR 1993) ................................................................. 74,84

NIX v WHITESIDE
    475 US 157 (1986) ................................................................. 87

PATE v ROBINSON
    383 US 375 (1966) ................................................................. 51,57

PENSON v OHIO
    488 US 75 (1988) ................................................................. 92

PIERCE v UNITED STATES
    705 A 2D 1086 (DC CIR 1997) ................................................................. 51,57

RECTOR v JOHNSON
    120 F3D 551 (5TH CIR 1997) ................................................................. 74

RIGGINS v NEVADA
    504 US 127 (1992) ................................................................. 94

*RIOS v ROCHA*
   299 F3D 796 (9TH CIR 2002) ……………………………………………..    84

*ROWE v GRIFFIN*
   676 F2D 524 (11TH CIR 1982) ……………………………………………    49

*SAN PEDRO v UNITED STATES*
   79 F3D 1065 (11TH CIR 1996) …………………………………………...    64,82

*SANTABELLO v NEW YORK*
   404 US 257 (1971) …………………………………………………….....    82

*SMITH v BLACKBURN*
   785 F2D 545 (5TH CIR 1986) ……………………………………………..    82

*STAN v DUGGER*
   921 F2D 1125 (5TH CIR 1991) …………………………………………….    65

*STINSON v WAINWRIGHT*
   710 F2D 743 (11TH CIR 1983) ……………………………………………    51,57

*STINYARD v DUGGER*
   1989 US LEXIS 16526 (11TH CIR 1989) ………………………………….    74

*STOKES v SINGLETARY*
   952 F2D 1567 (11TH CIR 1992) ………………………………………….    92

*STRICKLAND v WASHINGTON*
   466 US 688 (1984) …………………………………………………………    74

*THOMAS v KEMP*
   796 F2D 1322 (11TH CIR 1986) ………………………………………….    87

*UNITED STATES v ALARCON*
   261 F3D 416 (5TH CIR 2001) ……………………………………………    49

*UNITED STATES v ALEMAN*
   286 F3D 86 (2ND CIR 2002) ……………………………………………...    49,82

*UNITED STATES v ANDRADES*
   169 F3D 131 (2ND CIR 1999) ……………………………………………    49

*UNITED STATES v ANDREWS*
   953 F2D 1312 (11TH CIR 1992) ………………………………………….    41,47

*UNITED STATES v ANSALDI*
372 F2D 118 (2ND CIR 2004) ................................................................ 42

*UNITED STATES v BOATNER*
966 F2D 1575 (11TH CIR 1992) ............................................................ 82

*UNITED STATES v BROWN N.*
117 F3D 471 (11TH CIR 1997) .............................................................. 73

*UNITED STATES v CARR*
740 F2D 339 (5TH CIR 1984) ................................................................ 48

*UNITED STATES v CONDON*
132 F3D 653 (11TH CIR 1998) .............................................................. 42

*UNITED STATES v CRONIC*
466 US 648 (1984) ................................................................................ 70

*UNITED STATES v DAVIS*
583 F2D 190 (5TH CIR 1978) ............................................................ 42,48

*UNITED STATES v DAY*
949 F2D 973 (8TH CIR 1991) ............................................................ 51,57

*UNITED STATES v DeLUNA*
815 F2D 301 (5TH CIR 1987) ................................................................ 71

*UNITED STATES v DEAN*
59 F3D 1479 (5TH CIR 1995) ................................................................ 49

*UNITED STATES v DENEDO*
173 L2D 1235, 566 US (2009) .............................................................. 93

*UNITED STATES v DUDDEN*
65 F3D 1461 (9TH CIR 1995) ............................................................ 49,82

*UNITED STATES v DUKES*
139 F3D 469 (5TH CIR 1998) ................................................................ 48

*UNITED STATES v EISENTIEN*
731 F2D 1540 (11TH CIR 1984) ............................................................ 42

*UNITED STATES v ETHRIDGE*
    948 F2D 1215 (11TH CIR 1991) ................................................... 75

*UNITED STATES v ETTINGER*
    344 F3D 1149 (11TH CIR 2003) ................................................... 42,47

*UNITED STATES v FATON*
    179 F3D 1328 (11TH CIR 1999) ................................................... 43

*UNITED STATES v FULLER*
    162 F3D 256 (3RD CIR 1998) ..................................................... 42

*UNITED STATES v FUNCHES*
    135 F3D 1405 (11TH CIR 1998) ................................................... 43

*UNITED STATES v GOBERT*
    139 F3D 436 (5TH CIR 1998) ..................................................... 44,48

*UNITED STATES v GONZALEZ*
    921 F2D 1530 (11TH CIR 1991) ................................................... 47

*UNITED STATES v GORDON*
    156 F3D 376 (2ND CIR 1998) ..................................................... 79

*UNITED STATES v GOSS*
    650 F2D 1336 (5TH CIR 1981) ................................................... 42

*UNITED STATES v GRAMMAS*
    376 F3D 433 (5TH CIR 2004) ..................................................... 79

*UNITED STATES v GREEN*
    296 FED APPX 820 (11TH CIR NOV 25 2008) ................................... 42

*UNITED STATES v GUESS*
    203 F3D 1143 (9TH CIR 2000) ................................................... 49

*UNITED STATES v GUICHARD*
    779 F2D 1139 (5TH CIR 1986) ................................................... 44,74

*UNITED STATES v HARVEY J.*
    869 F2D 1439 (11TH CIR 1989) ................................................... 61,82

*UNITED STATES v HARVEY M .*
  791 F2D 294 (4TH CIR 1986) .................................................. 61

*UNITED STATES v HEDGES*
  912 F2D 1397 (11TH CIR 1990) ............................................. 43

*UNITED STATES v HORSFALL*
  552 F3D 1275 (11TH CIR 2008) ............................................. 61,82

*UNITED STATES v HOWLE*
  166 F3D 1166 (11TH CIR 1999) ............................................. 57

*UNITED STATES v JACOBY*
  955 FED 2D 1527 (11TH CIR 1998) ........................................ 42

*UNITED STATES v JAMES*
  827 F2D 1469 (11TH CIR 1987) ............................................. 74

*UNITED STATES v JENKINS*
  779 F2D 606 (11TH CIR 1986) .............................................. 42,48

*UNITED STATES v JOHNSON E.*
  139 F3D 1359 (11TH CIR 1998) ............................................. 43

*UNITED STATES v JOHNSON R.*
  194 F3D 657 (5TH CIR 1999) ................................................ 44

*UNITED STATES v JONES*
  58 F3D 688 (DC CIR 1995) ................................................... 64,82

*UNITED STATES v KAHN*
  920 F2D 1100 (2ND CIR 1990) .............................................. 58

*UNITED STATES v KERDACHI*
  756 F2D 349 (5TH CIR 1985) ................................................ 58,82

*UNITED STATES v KURKCULER*
  918 F2D 295 (1ST CIR 1990) ................................................ 64,82

*UNITED STATES v LARA-VELASQUEZ*
  919 F2D 946 (5TH CIR 1990) ................................................ 71

*UNITED STATES v LAWLOR*
 168 F3D 633 (2ND CIR 1999) ................................................. 64

*UNITED STATES v LOCASCIO*
 6 F3D 924 (2ND CIR 1993) .................................................... 68

*UNITED STATES v MASHER*
 538 F2D 721 9DC CIR 1976) ................................................ 51,57

*UNITED STATES v METZ*
 608 F 2D 147 (5TH CIR 1979) ................................................ 42

*UNITED STATES v NOVATION*
 271 F3D 968 911TH CIR 2001) ............................................... 70

*UNITED STATES v PADILLA*
 186 F3D 136 (2ND CIR 1999) ................................................ 57

*UNITED STATES v PALMER*
 456 F3D 484 (5TH CIR 2006) ................................................ 44

*UNITED STATES v PARKER*
 839 F2D 1473 (11TH CIR 1988) ............................................. 75

*UNITED STATES v RESTREPO-GRANADA*
 575 F2D 524 (5TH CIR 1978) ................................................ 71

*UNITED STATES v RINGLING*
 988 F2D 504 (4TH CIR 1983) ................................................ 57

*UNITED STATES v ROSS*
 131 F3D 970 (11TH CIR 1997) .............................................. 75

*UNITED STATES v RUIZ*
 536 US 622 (2002) ............................................................. 65

*UNITED STATES v SALGADO-OCAMP*
 159 F3D 469 (5TH CIR 1998) ................................................ 48

*UNITED STATES v SIMON*
 839 F2D 1461 (11TH CIR 1988) ............................................. 75

*UNITED STATES v SKILLING*
   554 F3D 529 (5TH CIR 2009) ................................................. 72

*UNITED STATES v TAYLOR*
   77 F3D 368 (11TH CIR 1996) ................................................. 58,61,82

*UNITED STATES v TO*
   144 F3D 737 (11TH CIR 1998) ................................................. 47

*UNITED STATES v WEISS*
   599 F2D 730 (5TH CIR 1979) ................................................. 61,82

*UNITED STATES v WILLIAMS*
   728 F2D 1402 (11TH CIR 1984) ................................................. 42

*UNITED STATES v YEMITON*
   70 F3D 746 (2ND CIR 1995) ................................................. 57

*WASHINGTON v SMITH*
   219 F3D 620 (7TH CIR 2000) ................................................. 84

*WHEAT v UNITED STATES*
   486 US 153 (1988) ................................................. 51,57,96

*WOOD v GEORGIA*
   450 US 261 (1981) ................................................. 70

*YOUNG v ZANT*
   677 F2D 792 (11TH CIR 1982) ................................................. 74

STATUES AND PROCEDURES
18 USC SECTION 1505 ................................................. 75

18 USC SECTION 3553 ................................................. 87

26 USC SECTION 7202 ................................................. 25,27,38,46,48

28 USC SECTION 1738 ................................................. 51

FLORIDA GUARDIANSHIP LAW FLORIDA
STATUTE SECTON 95.051(1)(2) ................................................. 50,63

"ACT OF 1790"
FEDERAL RULES OF CRIMINAL PROCEDURE RULE 44 ............................. 51

OTHER
1) ABA STANDARDS FOR CRIMINAL JUSTICE 4-4.1
(2D ED 1982 SUPP) ...................................................…........................ 84

2) American Psychiatric Association: Diagnostic and
Statistical Manual of Mental Disorders, Fourth Edition
Text Revision.  Washington, D.C., American Psychiatric
Association, 2000.  (Latest Version) ..................................….................... 2

# <u>STATEMENT OF JURISDICTION</u>

Jurisdiction for this appeal is conferred upon the Court of Appeals by 28 U.S.C. §1291 and the appeal is assigned to the Court fro review under 28 U.S.C. §1294.