UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04681-KSJ

AEM, INC.,                                          CHAPTER 11

                Debtor.
_____/

AEM, INC.'S EXHIBIT LIST FOR HEARING ON
OBJECTION TO CLAIM NO. 4 OF THE INTERNAL REVENUE SERVICE

__ Government  X Movant  __ Respondent  __ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Proof of Claim No. 4 submitted by The Internal Revenue Service |
| 2 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | First Quarter 941 Federal Tax Return 2007 |
| 3 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Second Quarter 941 Federal Tax Return 2007 |
| 4 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Amended First Quarter 941 Federal Tax Return 2007 |
| 5 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Amended Second Quarter 941 Federal Tax Return 2007 |
| 6 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | 941s and associated workpapers |
| 7 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | NATMS Year End Employee Wage Report 2007 |
| 8 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | PDYME Year End Employee Wage Report 2007 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 9 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Company 2 Year End Employee Wage Report 2007 |
| 10 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Company 3 Year End Employee Wage Report 2007 |

**Objection Key:**

A- Authenticity
C-Cumulative
E-Improper Expert Opinion
F-Foundations
H-Hearsay
I-Immaterial
M-Materiality
OR-Objection under Federal Rule of Evidence 403

O-Objection to the composite nature
R-Relevance
W-Waiver
CD-Completion Doctrine
DV-Discovery Violation
IC-Illegible Copy
SA-Stipulated Admission
UP-Unduly Prejudicial

**DATED** this 21st day of April, 2010.

Respectfully submitted,

/s/ Mariane L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 0984469
Mariane L. Dorris, Esquire
Florida Bar No. 0173665
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtors

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by either electronic transmission and/or U.S. First Class Mail to: Mirabils Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Avenue, Suite 210, Maitland, Florida 32751; Carol Koehler Ide, U.S. Department of Justice, Tax Division, Post Office Box 14198, Washington, D.C. 20044; and the Local Rule 1007-2 attached to the original of this document this 21st day of April 2010.

                                           /s/ Mariane L. Dorris
                                           Mariane L. Dorris, Esq.

Label Matrix for local noticing
113A-6
Case 6:08-bk-04681-KSJ
Middle District of Florida
Orlando
Wed Apr 21 16:02:06 EDT 2010

Richard Lee Barrett
PO Box 533983
Orlando, FL 32853 3983

Charles A Carlson
Barnett, Bolt, Kirkwood, Long & McBride
Post Office Box 3287
Tampa, FL 33601-3287

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Carol Koehler Ide
U S Department of Justice - Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044-4198

William M Katich
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62706-0001

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Department of Revenue
c/o Attorney General's Office
Bankruptcy Unit c/o Robert Cooper
PO BOX 20207
Nashville, TN 37202-4015

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Stuart Wilson-Patton
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

End of Label Matrix
Mailable recipients    13
Bypassed recipients     0
Total                  13