

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
April 22, 2010

HONORABLE KAREN S. JENNEMANN                           COURTROOM B

CASE NUMBER: 08-04681-6J1     FILING DATE: 06/05/2008 (BAPCPA)    HEARING TIME: 02:00 P.M.

DEBTOR: AEM, INC

Debtor Atty: RICHARD LEE BARRETT
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

1) OBJECTION BY DEBTOR TO THE STATE OF FLORIDA - DEPARTMENT OF REVENUE CLAIM NO. 15 (DOC #164)

RESPONSE BY DEPARTMENT OF REVENUE STATE OF FLORIDA TO DEBTORS OBJECTION TO CLAIM NO. 15 (DOC #180)

2) OBJECTION BY DEBTOR TO CLAIM NO. 4 OF THE INTERNAL REVENUE SERVICE (DOC #162)

RESPONSE BY UNITED STATES OF AMERICA TO AEM, INC.'S OBJECTION TO CLAIM NO. 4  (DOC #179)

3) MOTION BY THE UNITED STATES TO TREAT HEARING ON OBJECTION TO CLAIM NO. 4 AS SCHEDULING CONFERENCE (DOC #224)


APPEARANCES:

R. SCOTT SHUKER: D'OR
MARIANNE DORIS: D'OR
CAROL IDE: UNITED STATES OF AMERICA


RULING:

1) WITHDRAWN

2) PRETRIAL CONFERENCE IS SET FOR 05/19/10 AT 2:00 P.M. (AOCNFNG)

3) GRANTED: ORDER BY IDE

prorpt2