**[6nhrg]** [NOTICE OF HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                            Case No. 6:08−bk−04681−KSJ
                                                                                         Chapter 11

AEM, Inc
dba Mirabilis HR
340 N Maitland Ave
Ste 210
Maitland, FL 32751


_____Debtor(s)_____/

NOTICE OF EVIDENTIARY HEARING
Pretrial Conference

   NOTICE IS HEREBY GIVEN that a hearing in this case will be held on February 10, 2011 at 10:00 AM in Courtroom B, 5th Floor, 135 West Central Blvd., Orlando, FL 32801to consider and act upon the following and transact such other business that may come before the court:

   1. Objection to Claim No. 4 of the Internal Revenue Service (Document No.162) filed by the Debtor.

   2. Response by United States of America to AEM, Inc.'s Objection to Claim No. 4 (Document No.179) filed by Carol Koehler Ide on behalf of the Internal Revenue Service.


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

### *** NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS ***

In accordance with Local Rule 9070–1, all exhibits must be pre–marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post–judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30–day limit set herein.

DATED on October 25, 2010 .

                FOR THE COURT
                Lee Ann Bennett, Clerk of Court
                135 West Central Boulevard Suite 950
                Orlando, FL 32801