## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re:**                                                   **CHAPTER 11**

**AEM, INC.,**                                          **CASE NO.: 6:08-bk-04681-KSJ**

                    **Debtor.**

_____/

## AEM, INC.'S WITNESS LIST
## FOR EVIDENTIARY HEARING ON OBJECTION TO
## CLAIM NO. 4 OF THE INTERNAL REVENUE SERVICE

**AEM, INC.** (the "Debtor"), by and through its undersigned attorneys, hereby submits

its Witness List, and states as follows:

1.    R.W. Cuthill, Jr., as the Corporate Representative of AEM, Inc.
      and Mirabilis Ventures, Inc.
      c/o R. Scott Shuker, Esq.
      Latham, Shuker, Eden & Beaudine, LLP
      390 N. Orange Avenue, Suite 600
      Orlando, FL 32801

2.    Corporate Representative of the Internal Revenue Service
      c/o Brian Harris, Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 14198
      Washington, D.C. 20044

3.    <u>All witnesses on Claimant's Witness List, without waiving any right to object to their testimony or having them testify.</u>

**RESPECTFULLY SUBMITTED**, this 31<u>st</u> day of March, 2011.

/s/ Mariane L. Dorris
R. Scott Shuker, Esq.
Fla. Bar No. 984469
Mariane L. Dorris
Fla. Bar No. 173665
**LATHAM, SHUKER,**
**EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
P.O. Box 3353 (32802-3353)
Orlando, FL 32801
Telephone: (407) 481-5808
Telefax: (407) 481-5801
Attorneys for Debtor

2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re:**                                              **CHAPTER 11**

**AEM, INC.,**                                          **CASE NO.: 6:08-bk-04681-KSJ**

                    **Debtor.**

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of foregoing has been furnished by either electronic transmission, facsimile and/or U.S. Mail, postage prepaid to: Internal Revenue Service, P.O. Box 21126, Philadelphia, Pennsylvania 19114; Internal Revenue Service, SBSE: CS: Insolvency, Territory 5, Attn: Insolvency Manager, 400 W. Bay Street, Suite 35045, Stop 5730-GRP 4, Jacksonville, Florida 32202-4437; Chief Special Procedure Function, Internal Revenue Service, P.O. Box 35045, 400 W. Bay Street, Stop 5720-P&II, Jacksonville, Florida 32202-4437; Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114; Office of the United States Attorney General, Judicial Center Building, 555 4th Street, N.W., Washington, D.C. 20001; US Attorney General 501 W. Church Street, Suite 300, Orlando, Florida 32805; U.S. Department of Justice, Trial Attorney, Tax Division, P.O. Box 14198, Ben Franklin Station, Washington, D.C. 20044; the Local Rule 1007-2 Parties-in-Interest; and U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801, this 31st day of March 2011.

                                        /s/ Mariane L. Dorris
                                        Mariane L. Dorris, Esq.

Label Matrix for local noticing
113A-6
Case 6:08-bk-04681-KSJ
Middle District of Florida
Orlando
Thu Mar 31 13:00:28 EDT 2011

AEM, Inc
340 N Maitland Ave
Ste 210
Maitland, FL 32751-4784

Richard Lee Barrett
PO Box 533983
Orlando, FL 32853 3983

Charles A Carlson
Barnett, Bolt, Kirkwood, Long & McBride
Post Office Box 3287
Tampa, FL 33601-3287

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Elena L Escamilla
United States Trustee
135 West Central Blvd  Suite 620
Orlando, FL 32801-2440

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Brian R Harris
US Department of Justice, Tax Division
PO Box 14198
Washington, DC 20044-4198

Carol Koehler Ide
U S Department of Justice - Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044-4198

William M Katich
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62706-0001

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Department of Revenue
c/o Attorney General's Office
Bankruptcy Unit c/o Robert Cooper
PO BOX 20207
Nashville, TN 37202-4015

United States Trustee - ORL 11
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Stuart Wilson-Patton
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15