UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

AEM, Inc.,　　　　　　　　　　　　　　Case No. 6:08-bk-04681-KSJ
　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.
_____/

**UNITED STATES OF AMERICA'S**
**EXHIBIT AND WITNESS LIST**

| **Presiding Judge** | **United States' Attorney** | **AEM's Attorney** |
|---|---|---|
| Karen S. Jennemann | Brian R. Harris | Scott Shuker |
| **Trial Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| April 22, 2011 | | |

| U.S. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|
| 1 | | | | IRS' proof of claim |
| 2 | | | | AEM's objection to the IRS' proof of claim |
| 3 | | | | IRS' amended proof of claim |
| 4 | | | | IRS transcripts for AEM for 1Q, 2Q 2007 |
| 5 | | | | INTST for AEM and MVI, IRS transcripts for MVI |
| 6 | | | | IRS transcripts for PBS, Paradyme, Nat'l MedStaff for 1Q, 2Q 2007 |
| 7 | | | | AEM's responses to the United States' 1st interrogatories |
| 8 | | | | AEM's responses to the United States' 2nd interrogatories |
| 9 | | | | AEM's responses to the United States' 3rd interrogatories |
| 10 | | | | AEM's responses to the United States' 1st RFP |

| U.S. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|
| 11 | | | | AEM's responses to the United States' 2nd RFP |
| 12 | | | | AEM's responses to the United States' 3rd RFP |
| 13 | | | | United States' 1st RFAs and AEM's responses |
| 14 | | | | William Cuthill deposition transcript |
| 15 | | | | AEM client list (Ex 1 to Cuthill dep.) |
| 16 | | | | Paradyme and Presidion client list (Ex 2. to Cuthill dep.) |
| 17 | | | | Inventory of electronic media (Ex. 3 to Cuthill dep.) |
| 18 | | | | File box inventory master summary list (Ex. 4 to Cuthill dep.) |
| 19 | | | | File box inventory master summary list (Ex. 5 to Cuthill dep.) |
| 20 | | | | Objection to claim (Ex. 6 to Cuthill dep.) |
| 21 | | | | Certified transcripts for AEM (Ex. 7 to Cuthill dep.) |
| 22 | | | | E-mail from Cuthill with 941-Xs (Ex. 8 to Cuthill dep.) |
| 23 | | | | Bank Statements (Exs. 9-16 to Cuthill dep.) |
| 24 | | | | Letter from KPMG to Cuthill (Ex. 17 from Cuthill dep.) |
| 25 | | | | Paradyme employee wage report (Ex. 22 from Cuthill dep.) |
| 26 | | | | PBS employee wage report (Ex. 23 from Cuthill dep.) |
| 27 | | | | AEM employee wage report (Ex. 24 from Cuthill dep.) |
| 28 | | | | Nat'l MedStaff employee wage report (Ex. 25 from Cuthill dep.) |
| 29 | | | | AEM standard service agreement (Ex. 26 from Cuthill dep.) |
| 30 | | | | PBS standard service agreement (Ex. 27 from Cuthill dep.) |
| 31 | | | | AEM 941 for 1Q 2007 (Ex. 28 from Cuthill dep.) |
| 32 | | | | Form 944 for 2006 (Ex. 29 from Cuthill dep.) |
| 33 | | | | 941C (Ex. 30 from Cuthill dep.) |
| 34 | | | | AEM 941 for 2Q 2007 (Ex. 31 from Cuthill dep.) |
| 35 | | | | Kirtus Bocox deposition transcript |

| U.S. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|
| 36 | | | | Work papers (Ex. 1 to Bocox dep.) |
| 37 | | | | Amodeo amended plea agreement |
| 38 | | | | Amodeo judgment |
| 39 | | | | AEM's motion to plea nolo contendere (case no.: 08-cr-00231) |
| 40 | | | | Order on AEM's motion to plead nolo (case no.: 08-cr-00231) |
| 41 | | | | AEM judgment (case no.: 08-cr-00231) |
| 42 | | | | Cuthill dep. excerpt from Rachlin case, pgs. 122-128 |
| 43 | | | | Cuthill dep. excerpt from Rachlin case, pgs. 231-37, 378-84 |
| 44 | | | | Cuthill dep. excerpt from Palaxar case |
| 45 | | | | ICS history notes for AEM |
| 46 | | | | ICS history notes for Paradyme |
| 47 | | | | ICS history notes for PBS |
| | | | | |
| | | | | **Witnesses the United States will call:** |
| | | | | Sherrill Summers |
| | | | | Shane Williams |
| | | | | Edie Curry |
| | | | | |
| | | | | **Witnesses the United States may call:** |
| | | | | Jodi Jaiman |
| | | | | Jay Stollenwerk |
| | | | | Barry Lynch |
| | | | | William Cuthill |
| | | | | Kirtus Bocox |

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

        /s/ Brian R. Harris
        FL Bar No. 512001
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Washington, D.C.  20044
        Telephone: (202) 514-6483
        Facsimile:  (202) 514-9868
        Email: brian.r.harris@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on March 31, 2011, a copy of the foregoing UNITED STATES OF AMERICA'S EXHIBIT AND WITNESS LIST was filed with the EM/ECF system, which will automatically serve a copy to:

R. Scott Shuker
Mariane Dorris
Justin M. Luna
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
*Attorneys for Debtors*

Elena L. Escamilla
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806
*United States Trustee*

                                           /s/ Brian R. Harris
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice