UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:08-BK-04681-KSJ

IN RE:

AEM, INC.,

    DEBTOR.


DEPOSITION OF: R. WILLIAM CUTHILL, JR.

TAKEN ON: MAY 11, 2010

TIME: 9:11 A.M. - 4:45 P.M.

LOCATION: UNITED STATES BANKRUPTCY COURT
CONFERENCE ROOM
135 W. CENTRAL BLVD
5TH FLOOR
ORLANDO, FLORIDA

REPORTER: SANDRA A. MOSER, RPR, FPR
AND NOTARY PUBLIC

```
 1                    A P P E A R A N C E S
 2    CAROL KOEHLER IDE, ESQUIRE
      U.S. DEPARTMENT OF JUSTICE
 3    TAX DIVISION
      555-4TH STREET, NW
 4    ROOM 6915
      WASHINGTON D.C. 20001
 5            ASSISTANT UNITED STATES ATTORNEY
 6    ROBERT L. WELSH, ESQUIRE
      U.S. DEPARTMENT OF JUSTICE
 7    TAX DIVISION
      P.O. BOX 14198
 8    WASHINGTON D.C. 20044
              ASSISTANT UNITED STATES ATTORNEY
 9
      MARIANE DORRIS, ESQUIRE
10    LATHAM, SHUKER, EDEN & BEAUDINE, LLP
      390 N. ORANGE AVENUE
11    SUITE 600
      ORLANDO, FL 32801
12            ATTORNEY FOR DEBTOR
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  IN THE AEM CASE. NOW, THE IRS FILED A CLAIM FOR ABOUT
2  $3 MILLION FOR UNPAID PAYROLL TAXES FOR THE SECOND QUARTER
3  OF 2007. AND YOU OBJECTED TO THAT.
4          EXPLAIN TO ME, SORT OF IN BROAD TERMS, WHAT YOUR
5  OBJECTION IS. WHAT IS THE BASIS OF THIS OBJECTION?
6  A    THE IRS FILED A CLAIM FOR -- AND I THINK IT'S
7  THE UNPAID PAYROLL TAXES FOR AEM FOR ITS -- ON ITS 941 FOR
8  THE SECOND QUARTER OF 2007. AEM FILED -- ACTUALLY, AEM
9  DID NOT FILE -- MR. AMODEO FILED A 941 FOR H.R. ONE
10 THROUGH FOUR, CONSOLIDATED IN THE NAME OF AEM, AND THERE
11 WAS A BALANCE DUE, ACCORDING TO THE RETURNS, FOR WHICH THE
12 GOVERNMENT FILED A CLAIM IN THE CASE.
13         I OBJECTED TO THE CLAIM ON THE BASIS THAT AEM
14 DID NOT OWN H.R. ONE, TWO, THREE, AND FOUR. IT ONLY OWNED
15 H.R. THREE AND SHOULD HAVE FILED 941'S ON THE BASIS OF ITS
16 OWNERSHIP OF H.R. THREE, WHICH IT HAD DONE IN ALL OF THE
17 PRIOR QUARTERS PRIOR TO 2007.
18         I ACTUALLY DISCUSSED THAT WITH YOU AFTER THE --
19 I WAS TRYING TO RECOLLECT WHETHER IT WAS AT THE
20 CONFIRMATION HEARING OR IN NOVEMBER -- A HEARING
21 SUBSEQUENT TO THE CONFIRMATION HEARING -- ABOUT THE
22 SPECIFIC CLAIM. AND I HAD OBJECTED AND PROVIDED SOME
23 INFORMATION WITH MY OBJECTION THAT SHOWED THE -- THE GIST
24 OF MY OBJECTION WAS THAT AEM SHOULD ONLY HAVE -- BE
25 RESPONSIBLE FOR AEM'S PAYROLL, NOT H.R. ONE, TWO AND FOUR,

1  WHICH IT PROVIDED SERVICES TO, BUT DID NOT OWN THE
2  CUSTOMERS.
3         YOU SUGGESTED I FILE AMENDED TAX RETURNS, WHICH
4  I DID IN -- I THINK I FILED THEM IN DECEMBER '09. IT MIGHT
5  HAVE BEEN LATE NOVEMBER '09 -- BUT, NOVEMBER/DECEMBER '09.
6  AND THAT'S THE BASIS FOR THE CLAIM THE IRS FILED AND MY
7  OBJECTION TO THE CLAIM.
8       Q    OKAY.  LET'S LOOK AT THE OBJECTION TO CLAIM,
9  WHICH WE WILL MARK EXHIBIT SIX.
10        (WHEREUPON, THE REFERRED TO DOCUMENT WAS MARKED
11 FOR IDENTIFICATION AS EXHIBIT 6.)
12 BY MS. IDE:
13      Q    AND, IF YOU COULD TURN TO EXHIBIT -- COMPOSITE
14 EXHIBIT A, AT THE BACK, AND KIND OF WALK ME THROUGH THIS,
15 BECAUSE I HAVE BEEN TRYING TO FIGURE OUT ALL THESE VARIOUS
16 CHARTS WHERE IT LOOKS LIKE YOU DO A BREAKDOWN, AND I WANT
17 TO GET YOUR TAKE ON THEM AND NOT JUST MY ASSUMPTIONS ON
18 THEM.
19        SO, IF YOU WOULD TURN TO THE -- I GUESS IT'S THE
20 SECOND PAGE OF EXHIBIT A -- THE FIRST CHART THAT'S TITLED
21 MIRABILIS H.R. CONSOLIDATED 941, 1ST QUARTER 2007, AS OF
22 4/9/2009, 3:34 P.M.
23      A    OKAY. THIS IS AN EXCEL SPREADSHEET THAT WAS
24 PREPARED BY LOUIS RAMOS. HE WAS A TAX PREPARER THAT WAS AN
25 EMPLOYEE OF MIRABILIS AT THE TIME HE PREPARED THIS. WHEN I

1  EXHIBIT A TO EXHIBIT SIX IS AN EXACT LINE ITEM OF THE 941
2  FOR PARADYME.
3      Q    I'M SORRY. SHOW ME EXACTLY WHAT -- THIS IS WHAT
4  IT WOULD LOOK LIKE -- THE CHART WE WERE JUST REFERRING
5  TO--
6      A    THE CHART YOU'RE LOOKING FOR IS NOT ON A FORM
7  941, BUT THE LINE ITEMS CORRESPOND TO THE EXACT LINE ITEMS
8  OF A 941.
9      Q    OKAY.
10     A    SO, WHAT YOU'RE LOOKING AT IS FOUR 941'S ADDED
11 TOGETHER.
12     Q    SO, IF PRESIDION VI WERE TO HAVE FILED ONE, AT
13 LEAST ACCORDING TO THE RECORDS PREPARED BY MR. RAMOS, IT
14 WOULD LOOK LIKE THIS FIRST COLUMN ON EXHIBIT -- ON THE
15 EXHIBIT TO YOUR OBJECTION TO CLAIM -- OUR EXHIBIT SIX?
16     A    CORRECT.
17     Q    OKAY.
18     A    AND THAT WAS THE BASIS OF MY OBJECTION, IN THAT
19 THE FOUR COMPANIES HAD FILED SEPARATE 941'S IN ALL THE
20 PRIOR QUARTERS, AND IT -- I DIDN'T UNDERSTAND WHY THEY
21 FILED THIS COMPOSITE 941 IN THIS QUARTER -- AND CONSULTED
22 WITH MY CPA FIRM, KPMG, TO HELP ME UNDERSTAND WHY THEY
23 DID. I MET WITH AMODEO TO -- SINCE HE SIGNED THE TWO
24 RETURNS IN QUESTION -- TO UNDERSTAND WHY HE DID IT.
25          AND I STILL DON'T KNOW.

1    Q    WHAT DID HE TELL YOU WAS THE REASON FOR FILING A
2 CONSOLIDATED 941?
3    A    I DON'T KNOW THAT HE EVER GAVE ME AN ANSWER.  HE
4 SAID A LOT OF WORDS, BUT I WOULDN'T SAY THAT HE GAVE ME
5 SOMETHING THAT I WOULD CALL AN ANSWER.  IT'S KIND OF, WHEN
6 I TALK TO HIM, HE SPEAKS A LOT OF WORDS, BUT I DON'T
7 NECESSARILY GET AN ANSWER TO MY QUESTION.  SO, I CAN'T SAY
8 THAT HE TOLD ME WHY HE DID IT.
9         SO, I AMENDED THE RETURNS, BECAUSE KPMG TOLD ME
10 THEY WERE INCORRECTLY FILED.
11   Q    YOU AMENDED JUST THE AEM RETURN?
12   A    WELL, THAT WAS THE ONLY ONE FILED. AND I HAD NO
13 AUTHORITY TO FILE FOR H.R. ONE, TWO, AND FOUR.
14   Q    RETURNING TO -- ON THE FIRST PAGE OF THE
15 EXHIBIT -- THE COLUMN FOR H.R. 01, PRESIDION SOLUTIONS VI,
16 HAVE YOU BEEN ABLE TO VERIFY THAT THE INCOME TAX WITHHELD,
17 THE SOCIAL SECURITY TAXES WITHHELD, THAT THOSE ARE
18 ACCURATE?
19   A    ONE OF MY EXPERTS WENT BACK AND COMPARED THESE
20 TO THE DETAIL.
21   Q    THE YEAR-END WAGE REPORTS?
22   A    YES.  AND THEY TIED OUT -- ALSO MR. RAMOS
23 RECONCILED THE W-2'S TO THIS 941 OF INFORMATION, WHICH
24 ALSO RECONCILED TO THE TOTAL DETAIL PAYROLL FOR H.R. ONE,
25 TWO, THREE, AND FOUR.  AND, WITHIN A FEW THOUSAND DOLLARS

1  Q    YES?
2  A    YES. YOU CAUGHT ME TAKING A SIP. SORRY.
3  Q    I TRY TO TIME MY QUESTIONS.
4  A    WELL, I TRY NOT TO SAY --
5  Q    NOW, IN THE EXPLANATION, YOU SAY THAT AEM -- THE
6  941X'S SAY THAT AEM, IN FILING THE ORIGINAL 941,
7  INADVERTENTLY INCLUDED THE ABOVE WAGES AND INCOME AND
8  PAYROLL TAX LIABILITIES OF THE FOLLOWING ENTITIES:
9  PRESIDION VI, INC., PRESIDION VII, INC., AND NATIONAL
10 MEDSTAFF, INC. AND, ACTUALLY, WHERE THE 941X REFERS TO
11 PRESIDION, IT'S ACTUALLY PRESIDION SOLUTIONS VI AND
12 PRESIDION SOLUTIONS VII? IS THAT RIGHT?
13 A    THIS SAYS PRESIDION VI, INC. AND PRESIDION VII,
14 INC; AND I THINK THE CORRECT NAME IS PRESIDION SOLUTIONS
15 VI, INC.
16 Q    IT'S NOT TWO NEW ENTITIES, THOUGH?
17 A    NO. NO. AND I COULD BE WRONG ABOUT THE
18 "SOLUTIONS" BEING IN THIS -- BECAUSE THEY ALWAYS GO BY
19 PARADYME OR PPS. AND THEY DON'T -- OR H.R. ONE AND H.R.
20 TWO. THEY DON'T REFER TO THEM AS PRESIDION SOLUTIONS VI,
21 INC., EXCEPT, THAT'S THEIR LEGAL NAME.
22 Q    NOW, WHAT DO YOU MEAN BY INADVERTENTLY?
23 A    YOU HAVE TO ASK MR. BOCOX. THAT'S HIS
24 TERMINOLOGY.
25 Q    BUT, YOU SIGNED THIS. SO. WHAT IS YOUR

1  UNDERSTANDING OF WHAT INADVERTENTLY MEANS?
2       A    THEY SHOULD NOT HAVE PUT IT IN.
3       Q    BECAUSE WHY?
4       A    THEY COULD HAVE SAID "INCORRECTLY." I ASKED
5  MR. BOCOX IF THEY SHOULD HAVE FILED THIS. I ASKED THE
6  POSITIVE QUESTION OF WHETHER THEY SHOULD HAVE FILED THIS
7  AND --
8       Q    SHOULD HAVE FILED --
9       A    WITH FOUR COMPANIES.
10      Q    OKAY.
11      A    AND HE TOLD ME THAT THEY ACTUALLY ARE NOT
12 ALLOWED TO.
13      Q    AND SO --
14      A    SO, INADVERTENTLY IS PROBABLY A NICE WAY OF
15 SAYING THEY DID IT WRONG.
16      Q    NOW, YOU ALSO -- IT ALSO STATES ALL TAX DEPOSITS
17 WERE DRAWN OUT OF AEM, INC.'S BANK ACCOUNT. AND MY
18 UNDERSTANDING OF WHAT YOUR INTERROGATORY RESPONSES WERE,
19 WAS THAT, IN FACT, ALL OF THE FUNDS FROM ALL FOUR OF THESE
20 PEO'S -- H.R. ONE, H.R. TWO, H.R. THREE, H.R. FOUR -- WERE
21 DEPOSITED INTO AN AEM BANK ACCOUNT AND THEN FEDERAL TAX
22 DEPOSITS WERE PAID OUT OF AN AEM BANK ACCOUNT FOR THESE
23 TWO QUARTERS OF 2007?
24      A    CORRECT.
25      Q    NOW, DO YOU KNOW WHY THE COMPANIES DID IT THAT