UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                               CASE NO. 6:08-bk-04681-KSJ

AEM, INC.                                            CHAPTER 11

              Debtor.           EMERGENCY RELIEF REQUESTED

_____/

AEM, INC.'S EMERGENCY MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO THE UNITED STATES' MOTION
FOR PARTIAL SUMMARY JUDGMENT REGARDING CLAIM NO. 4
(Internal Revenue Service)

AND

CERTIFICATE OF NECESSITY OF
REQUEST FOR EMERGENCY HEARING

AEM, INC. ("AEM" or "Liquidating Debtor"), as the Liquidating Debtor in the above referenced case, hereby moves pursuant to Federal Rules of Bankruptcy Procedure 7056, 9006 and 9014(b) for an enlargement of time to respond to the United States' Motion for Partial Summary Judgment ("Summary Judgment Motion") (Doc. No. 251) and in support thereof states as follows:

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C.§§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is §105 and §1141 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On June 5, 2008, AEM filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("AEM Petition Date")[1]. Prior to the AEM Petition Date, AEM had been engaged in the business of providing management and payroll services to employers.

3. On October 16, 2009, the Bankruptcy Court conducted a hearing ("Confirmation Hearing") to consider the confirmation of the Joint Amended Plan of Liquidation submitted by Mirabilis Ventures, Inc. ("Mirabilis"), Hoth Holdings, LLC and AEM, dated as of August 14, 2009 (Doc. No. 234), and as modified on October 15, 2009 (Doc. No. 371) (collectively, the "Plan"). On October 27, 2009, the Bankruptcy Court entered an order confirming the Plan ("Confirmation Order") (Doc. No. 375).

4. The Bankruptcy Court established December 2, 2008 as the claims bar date for filing proofs of claim by a governmental unit in the AEM bankruptcy case.

5. On July 10, 2008, the IRS filed claim no. 4 in the AEM bankruptcy case in the amount of $3,195,661.83 purportedly based upon AEM's 941 tax liability for the second quarter of 2007 ("Claim No. 4"). Claim No. 4 states that it was an unsecured priority claim in the amount of $2,492,059.53 related to 2007, second quarter payroll taxes, and a general unsecured claim in the amount of $703,602.30.

6. On October 9, 2009, AEM filed an Objection to Allowance of Claim No. 4 ("AEM IRS Claim Objection") (Doc. No. 162). The basis for the objection to Claim No. 4

---

[1] Previously, on May 27, 2008 ("Mirabilis Petition Date"), Mirabilis Ventures, Inc. ("Mirabilis") filed its voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

was that the IRS had miscalculated the 941 taxes owed by AEM, and that AEM had actually overpaid its withholding taxes. AEM filed amended first and second quarter Form 941 tax returns for 2007, which included only the wages, income and payroll tax liabilities of AEM, and requested a refund in the total amount of $25,155,522 (the AEM Refund). As of the date of filing the Sanctions Motion, the IRS has not disputed the validity or accuracy of the amended first and second quarter Form 941 tax returns for 2007.

7. On November 9, 2009, the IRS filed a Response to the AEM IRS Objection (Doc. No. 179). In the response, the IRS did not dispute the validity of the claimed overpayment, but simply requested an opportunity to substantiate the amount of federal payroll tax deposits.

8. On August 6, 2010, the IRS filed an amended proof of claim without obtaining leave of court. The amended proof of claim asserted a setoff right of $1,122,848.29, and an unsecured priority claim in the amount of $2,072,813.54 (the "Amended Claim No. 4"). Although a violation of the automatic stay, the amended proof of claim attempts to assert a new secured claim against the Liquidating Debtor based upon the income tax refund owed to Mirabilis. The amended proof of claim does not assert a setoff right with respect to the AEM Refund.

9. On February 25, 2011, over sixteen months after the AEM IRS Claim Objection was filed, the Court scheduled the final evidentiary for April 22, 2011 ("FEH Order"). (Doc. No. 249). The IRS advised the Court that it did not believe it would call any witnesses as the matter could be resolved as a matter of law, and the AEM advised the Court that it intended

to call only two witnesses. The Court set the hearing for a one day evidentiary hearing and advised the parties **not to file** any pretrial motions, memorandums, trial briefs, or motions for summary judgment.

10. The FEH Order provided the following: (I) the parties are directed to exchange witness lists, exhibit lists, and all exhibits on or before March 31, 2011; (ii) all discovery and depositions of potential witnesses are to be completed by April 15, 2011.; and (iii) the parties shall make their respective witnesses available for deposition, unless such witness has already been deposed in this matter discovery would conclude by April 15, 2011.

11. Prior to the February 25, 2011, hearing, the IRS had refused to provide deposition dates for the Corporate Representative of the IRS with the most knowledge regarding Claim No. 4, even though AEM had requested depositions on at least two separate occasions. See correspondence attached hereto as **Exhibit A**.

12. In addition, previously on July 6, 2010, AEM requested the IRS to identify each person the IRS expected to call as a witness regarding the AEM IRS Claim Objection and identify every person who was a witness to the incidents and events that are involved in the subject matter of this claim objection. On August 9, 2011, the IRS responded with only four people: John T. Lortie, Sherrill Summers, Bryan Morris and Willie Wimbish. Subsequently, on March 16, 2011, the IRS advised AEM that none of the aforementioned individuals would be witnesses, but rather the IRS intended to call two previously undisclosed witnesses. AEM was unable to secure the exact identity of the witnesses the IRS intended to call, as well as dates and times for all five of their depositions until March 31, 2011.

13. On March 28, 2011, prior to the exchange of documents and the depositions of witnesses, the IRS filed the Summary Judgment Motion. The Summary Judgment Motion pertains only to a refund, not any liability underlying the claim. On March 29, 2011, the Court issued a Notice Regarding Opposing Motions for Summary Judgment and set April 18, 2011 as the Date AEM's response would be due. (Doc. No. 252).

14. On March 31, 2011, AEM provided its' witness and exhibit lists, as well as exhibits, as provided for in the FEH Order. The IRS emailed its' witness and exhibit lists, but failed to provide the actual exhibits until April 1, 2011. The IRS **did not** produce a complete or signed Form 941 quarterly tax return for the second quarter of 2007.

15. Since March 28, 2011, AEM has been engaged in preparing for the April 22, 2011 hearing. AEM has prepared for and taken five depositions and reviewed the previously non-disclosed documents the IRS produced on April 1, 2011.

16. After discovery closed, the IRS, on April 15, 2011, for the first time, has finally produced a complete and signed Form 941 quarterly tax return for the second quarter of 2007. Based upon such and deposition testimony given on April 15, 2011, it has become clear that the IRS has failed to produce numerous relevant documents and disclose three key witnesses: Mr. Randall Gold, Mr. Frank Amodeo and Mr. Macabe.

17. AEM cannot adequately respond to the Summary Judgment Motion when it has been deprived of the opportunity to take discovery of the three persons who were directly involved in the dissipation of AEM's funds and has just received the alleged the complete Form 941 quarterly tax return for the second quarter of 2007.

18. Accordingly, AEM requests the Court enter an order enlarging the time for AEM to respond to the Summary Judgment Motion until at least April 22, 2011, or such later time as the Court may order. AEM will also be filing an Emergency Motion to Bifurcate the AEM IRS Claim Objection to permit the claim objection to be heard as scheduled on April 22, 2011, while also allowing AEM to file an adversary proceeding regarding the AEM Refund which would address the issues raised in the Summary Judgment Motion.

19. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed. AEM's response to the Summary Judgment Motion is due April 18, 2011.

20. AEM has demonstrated cause due to the late document production and non-disclosure of relevant witnesses by the IRS. Moreover, this Court has previously expressly directed the IRS not to file any pleadings, but instead proceed to trial. AEM has been burdened by all the pleadings recently filed by the IRS, reviewing newly produced documents and preparing for and taking five depositions.

### CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

21. AEM was not aware of the newly disclosed documents and witnesses until today, April 15, 2011. AEM requires additional time to review the factual and legal issues raised by the completion of the depositions and the alleged Form 941 quarterly tax return for the second quarter of 2007.

22. AEM estimates that approximately 15 minutes would be necessary for a hearing on this Motion.

23. A copy of this Motion was served on the IRS. Notice of a hearing on this matter will be provided to the same entities.

24. AEM does not seek to continue the evidentiary hearing on the AEM IRS Claim Objection scheduled for April 22, 2011.

25. AEM and counsel are prepared to appear on three hours's notice at a hearing to demonstrate that the request for an emergency hearing is not the result of AEM's or counsel's procrastination or lack of attention.

**WHEREFORE**, AEM, Inc., respectfully requests this Court enter an order enlarging the time for AEM to respond to the Summary Judgment Motion, and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED**, this 15th day of April, 2011.

/s/ Mariane L. Dorris, Esq.
R. Scott Shuker, Esquire
Florida Bar No.: 984469
Mariane L. Dorris, Esquire
Florida Bar No.: 0173665
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, Florida 32802-3353
Tel: (407) 481-5800
Fax: (407) 481-5801
Attorneys for the Liquidating Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04681-KSJ

AEM, INC.                                           CHAPTER 11

          Debtor.

_____/

### Certificate of Service

**I HEREBY CERTIFY** that a true copy of foregoing has been furnished by either electronic transmission, facsimile and/or U.S. Mail, postage prepaid to: Internal Revenue Service, P.O. Box 21126, Philadelphia, Pennsylvania 19114; Internal Revenue Service, SBSE: CS: Insolvency, Territory 5, Attn: Insolvency Manager, 400 W. Bay Street, Suite 35045, Stop 5730-GRP 4, Jacksonville, Florida 32202-4437; Chief Special Procedure Function, Internal Revenue Service, P.O. Box 35045, 400 W. Bay Street, Stop 5720-P&II, Jacksonville, Florida 32202-4437; Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114; Office of the United States Attorney General, Judicial Center Building, 555 4th Street, N.W., Washington, D.C. 20001; US Attorney General 501 W. Church Street, Suite 300, Orlando, Florida 32805; U.S. Department of Justice, Trial Attorney, Tax Division, P.O. Box 14198, Ben Franklin Station, Washington, D.C. 20044; the Local Rule 1007-2 Parties-in-Interest; and U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801, this 15th day of April.

/s/ Mariane L. Dorris, Esq.
Mariane L. Dorris, Esquire

**Mariane Dorris**

From: Ide, Carol Koehler (TAX) [Carol.Koehler.Ide@usdoj.gov]
Sent: Tuesday, August 03, 2010 1:08 PM
To: Mariane Dorris
Cc: R. Scott Shuker; RCuthill@msn.com; Lortie John T
Subject: RE: AEM Deposition of IRS Rep

Mariane:

The revenue officer handling the AEM Form 941 examination is awaiting the completion of our discovery to do his report (recall, doing an examination along with discovery caused some grief with the Mirabilis Form 1120 matter so we're avoiding that here). So when I get your responses to our latest round of discovery, and the KPMG response, and any other data the RO and I feel we need to address the objection to claim/refund claim (which is dependent on the thoroughness of the KPMG and your responses), he'll do his report. Until then, his deposition is premature. I'll have a better idea of the time frame after I receive the discovery responses.

I wish I could be more precise, but, as you and Bill know, figuring out AEM/Mirabilis operations prior to Bill's appointment can be difficult.

I plan to get your AEM discovery responses out this Friday – and I'll mail you paper copies and/or a CD, rather than produce it at your offices. Hope that'll answer your other questions.

Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20001

If sending by overnight mail:
555 4th Street, NW, Room 6915
Washington, DC 20001

Phone: 202.514.5887
Fax: 202.514.4963

From: Mariane Dorris [mailto:MDorris@lseblaw.com]

8/5/2010                                                        Exhibit A

Sent: Tuesday, August 03, 2010 12:14 PM
To: Ide, Carol Koehler (TAX)
Cc: R. Scott Shuker; RCuthill@msn.com; Lortie John T; Wimbish Willie
Subject: RE: AEM Deposition of IRS Rep

Carol:

Can you please advise when the examiner will be available for his deposition. The pretrial is set for September 15, 2010, and I would like to be in a position to advise the Court on when we will be ready for trial and how much time for trial we will need. In addition please advise what if any other witnesses you intend to call to support the Claim filed by the IRS.

Thank you,

Ms. Mariane L. Dorris
**Latham, Shuker, Eden & Beaudine, LLP.**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849

www.lseblaw.com

 Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE. THANK YOU.

---

From: Ide, Carol Koehler (TAX) [mailto:Carol.Koehler.Ide@usdoj.gov]
Sent: Thursday, April 29, 2010 3:57 PM
To: Mariane Dorris
Cc: R. Scott Shuker; RCuthill@msn.com; Lortie John T; Wimbish Willie
Subject: RE: AEM Deposition of IRS Rep

Mariane:

I'll see when the examiner may be available. He is in Atlanta so I'll have to find out how to accommodate that – it would be easier for all of us for him to come to Orlando, obviously. Right now all he knows is what the original 941s reported and what the transcripts of account for the various companies show – he has the debtor's amended 941s and your discovery responses but has not

8/5/2010

completed his report. The Insolvency Specialist who prepared the claim could testify to what the original 941s and transcripts of account show but, again, that is of no help to you.

In terms of short-term scheduling, I am not available May 20, 21; most of the week of June 7; June 16, 17, 24; or the week of June 28. That leaves us a lot of room, however.

I'll be in touch.

Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20001

If sending by overnight mail:
555 4th Street, NW, Room 6915
Washington, DC 20001

Phone: 202.514.5887
Fax: 202.514.4963


**From:** Mariane Dorris [mailto:MDorris@lseblaw.com]
**Sent:** Thursday, April 29, 2010 3:33 PM
**To:** Ide, Carol Koehler (TAX)
**Cc:** R. Scott Shuker; RCuthill@msn.com
**Subject:** AEM Deposition of IRS Rep


Carol:

Could you please provide me with dates and time that the IRS representative with the most knowledge of Claim No. 4 filed in the AEM Bankruptcy Case is available for deposition? It does not have to occur prior to the May 19 status conference, but obviously before the final evidentiary hearing on this claim objection. The Deposition can occur in our offices or the office of the court reporter.

Thank you,

Ms. Mariane L. Dorris
**Latham, Shuker, Eden & Beaudine, LLP.**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849

8/5/2010

www.lseblaw.com

 Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE. THANK YOU.

8/5/2010

Label Matrix for local noticing
113A-6
Case 6:08-bk-04681-KSJ
Middle District of Florida
Orlando
Fri Apr 15 15:41:49 EDT 2011

AEM, Inc
340 N Maitland Ave
Ste 210
Maitland, FL 32751-4784

Tennessee Department of Revenue
c/o Attorney General's Office
Bankruptcy Unit c/o Robert Cooper
PO BOX 20207
Nashville, TN 37202-4015

United States Trustee - ORL 11
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

End of Label Matrix
Mailable recipients    3
Bypassed recipients    0
Total                  3

```
Label Matrix for local noticing          Advantage Collection Prof           American Express
113A-6                                   2775 Jade Street                    2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                   Mora, MN 55051-6240                 Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Apr 15 15:45:35 EDT 2011

BNA Tax Management                       Brandywine Grande C. LP             Buchanan Ingersoll & Rodney
9435 Key West Ave.                       c/o Cantor Arkema, PC               401 E Jackson St.
Rockville, MD 20850-3339                 1111 East Main Street               Suite 2500
                                         Richmond, VA 23219-3531             Tampa, FL 33602-5236


Corporate Personnel Network, Inc         F. Del Kelley                       Forge Capital Partners LLC
c/o David T. Ward                        5220 S. Washington Ave              c/o Bart Valdes
15615 Alton Pkwy #175                    Titusville, FL 32780-7316           609 W Horatio St
Irvine, CA 92618-7303                                                        Tampa FL 33606-2272


Frank L. Amodeo                          Gilbert Weisman                     Gillio Development, Inc.
3875 South Orange Ave                    c/o Becket and Lee LLP              657 Caledonia Place
Suite 500 -PMB 1810                      POB 3001                            Sanford, FL 32771-6403
Orlando, FL 32806                        Malvern PA 19355-0701


Horton Johnson                           Humana/RMS                          Jackson Lewis
3211 Northglenn Drive                    77 Hartland Street                  Attn:Anne Krupman
Orlando, FL 32806-6371                   Suite 401                           One North Broadway
                                         East Hartford, CT 06108-3253        White Plains, NY 10601-2310


Jeffrey Reichel                          Jeffrey Reichel                     Kenneth & Diane Hendricks
c/o Gary Barnes                          c/o Jill E. Kelso, Esquire          One ABC Parkway
3414 Peachtree Rd #1600                  Akerman Senterfitt                  Beloit, WI 53511-4466
Atlanta, GA 30326-1164                   PO Box 231
                                         Orlando FL 32802-0231


LeClair Ryan Trust                       LexisNexis                          Mirabilis Ventures, Inc
P.O. Box 2499                            P.O. Box 7247-7090                  c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499                  Phildelphia, PA 19170-7090          341 N. Maitland Ave #210
                                                                             Maitland, FL 32751-4771


On Target Solutions                      PaySource USA VII, Inc.             RKT Constructions, Inc
3491 Woodley Park Place                  650 Poe Ave.                        5220 S. Washington Ave
Oviedo, FL 32765-5104                    Dayton, OH 45414                    Titusville, FL 32780-7316


Robi A. Roberts                          Robi A. Roberts Trust               Saxon Gilmore, PA
2921 S. Washington Ave                   2921 S. Washington St               201 E. Kennedy Blvd.
Titusville, FL 32780-5022                Titusville, FL 32780-5022           Suite 600
                                                                             Tampa, FL 33602-5819


Tennessee Dept of Labor & Workforce      Tenshi Leasing                      Titanium Technologies
Dev-Unemployment Ins                     2875 S. Orange Ave.                 2875 S. Orange Ave.
c/o TN Atty General Ofc Bankruptcy Div   Suite 500 PMB 1810                  Suite 500 PMB 1810
PO Box 20207                             Orlando, FL 32806-5455              Orlando, FL 32806-5455
Nashville TN 37202-4015
```

United States Trustee - ORL 11
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)First Commercial Ins. Corp.
undeliverable

(u)Fred Sandlin
undeliverable

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    30
Bypassed recipients     5
Total                  35