UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:08-BK-04681-KSJ

IN RE:

AEM, INC.,

    DEBTOR.

DEPOSITION OF: R. WILLIAM CUTHILL, JR.

TAKEN ON: MAY 11, 2010

TIME: 9:11 A.M. - 4:45 P.M.

LOCATION: UNITED STATES BANKRUPTCY COURT
CONFERENCE ROOM
135 W. CENTRAL BLVD
5TH FLOOR
ORLANDO, FLORIDA

REPORTER: SANDRA A. MOSER, RPR, FPR
AND NOTARY PUBLIC

```
 1                  A P P E A R A N C E S

 2    CAROL KOEHLER IDE, ESQUIRE
      U.S. DEPARTMENT OF JUSTICE
 3    TAX DIVISION
      555-4TH STREET, NW
 4    ROOM 6915
      WASHINGTON D.C. 20001
 5            ASSISTANT UNITED STATES ATTORNEY

 6    ROBERT L. WELSH, ESQUIRE
      U.S. DEPARTMENT OF JUSTICE
 7    TAX DIVISION
      P.O. BOX 14198
 8    WASHINGTON D.C. 20044
              ASSISTANT UNITED STATES ATTORNEY
 9
      MARIANE DORRIS, ESQUIRE
10    LATHAM, SHUKER, EDEN & BEAUDINE, LLP
      390 N. ORANGE AVENUE
11    SUITE 600
      ORLANDO, FL 32801
12            ATTORNEY FOR DEBTOR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT "E"**

1   UNDERSTANDING OF WHAT INADVERTENTLY MEANS?
2       A    THEY SHOULD NOT HAVE PUT IT IN.
3       Q    BECAUSE WHY?
4       A    THEY COULD HAVE SAID "INCORRECTLY." I ASKED
5   MR. BOCOX IF THEY SHOULD HAVE FILED THIS. I ASKED THE
6   POSITIVE QUESTION OF WHETHER THEY SHOULD HAVE FILED THIS
7   AND --
8       Q    SHOULD HAVE FILED --
9       A    WITH FOUR COMPANIES.
10      Q    OKAY.
11      A    AND HE TOLD ME THAT THEY ACTUALLY ARE NOT
12  ALLOWED TO.
13      Q    AND SO --
14      A    SO, INADVERTENTLY IS PROBABLY A NICE WAY OF
15  SAYING THEY DID IT WRONG.
16      Q    NOW, YOU ALSO -- IT ALSO STATES ALL TAX DEPOSITS
17  WERE DRAWN OUT OF AEM, INC.'S BANK ACCOUNT. AND MY
18  UNDERSTANDING OF WHAT YOUR INTERROGATORY RESPONSES WERE,
19  WAS THAT, IN FACT, ALL OF THE FUNDS FROM ALL FOUR OF THESE
20  PEO'S -- H.R. ONE, H.R. TWO, H.R. THREE, H.R. FOUR -- WERE
21  DEPOSITED INTO AN AEM BANK ACCOUNT AND THEN FEDERAL TAX
22  DEPOSITS WERE PAID OUT OF AN AEM BANK ACCOUNT FOR THESE
23  TWO QUARTERS OF 2007?
24      A    CORRECT.
25      Q    NOW, DO YOU KNOW WHY THE COMPANIES DID IT THAT

```
 1  WAY?
 2       A    WHY THEY DEPOSITED INTO A SINGLE BANK ACCOUNT?
 3       Q    YES.
 4       A    THERE WERE ACTUALLY MULTIPLE DEPOSITORY
 5  ACCOUNTS. I THINK I SENT YOU A CHART THAT SHOWED THE BANK
 6  ACCOUNTS. THERE WERE MORE THAN A HALF DOZEN, I BELIEVE.
 7  BUT, THEY -- MY RECOLLECTION IS THEY'RE ALL WITH BANK OF
 8  AMERICA, AND THEY'RE ALL IN THE NAME OF AEM, INC. THEY'RE
 9  ALL OWNED BY AEM, INC.  ALL THE CUSTOMER DEPOSITS, WHICH
10  WERE NORMALLY WIRE TRANSFERRED INTO THE ACCOUNTS, ALL WENT
11  INTO, I BELIEVE, TWO DEPOSITORY ACCOUNTS. AND THEY DID NOT
12  SEGREGATE THEM BETWEEN H.R. ONE, TWO, THREE, AND FOUR.
13       Q    SO, WHEN YOU TALK ABOUT CUSTOMER DEPOSITS,
14  THAT'S THE PAYMENT FROM EACH CLIENT OF A PEO -- WAS WIRE
15  TRANSFERRED INTO ONE OF THE TWO AEM ACCOUNTS?
16       A    YES.
17       Q    OKAY.
18       A    AND THAT WAS DONE EVERY PAYROLL.  ONCE THAT WAS
19  DONE, THEN AEM MADE PAYMENTS AND APPLIED THOSE PAYMENTS TO
20  THE FOUR CORPORATIONS' FEDERAL IDENTIFICATION NUMBERS, AND
21  FILED THE TAX RETURNS. AEM FILED ITS TAX RETURN, BUT LOUIS
22  RAMOS, WHO DID NOT WORK FOR AEM, NOR DID HE WORK FOR H.R.
23  ONE, TWO, THREE, AND FOUR -- HE PREPARED TAX RETURNS FOR
24  ALL FOUR OF THE COMPANIES AND HAD BEEN DOING THAT, AT
25  LEAST DURING THE PERIOD FROM 2005, 2006. AND I LOOKED AT
```