UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 2008-4327

IN RE:
MIRABILIS VENTURE, INC.,
    DEBTOR.
_____/

HEARING ON VARIOUS OBJECTIONS

BEFORE:   THE HONORABLE KAREN S. JENNEMANN
DATE:   MAY 19, 2010
TIME:   2:51 P.M.
LOCATION:   UNITED STATES BANKRUPTCY COURT
137 WEST CENTRAL BOULEVARD
ORLANDO, FLORIDA 32801

**APPEARANCES:**

| | |
|---|---|
| ON BEHALF OF THE DEBTOR: | SCOTT SHUKER, ESQUIRE<br>JUSTIN LUNA, ESQUIRE<br>VICKI KATAR, ESQUIRE |
| SPECIAL COUNSEL FOR DEBTOR | ROY COBERT, ESQUIRE |
| ON BEHALF OF THE UNITED STATES | SCOTT PARK, ESQUIRE |
| ON BEHALF OF UNITED STATES IRS | CAROL IDE, ESQUIRE |
| ON BEHALF OF WITNESS, ANITA CREAM | JERRY LINSCOTT, ESQUIRE |
| ON BEHALF OF FORGE AND ITS<br>  AFFILIATED CREDITORS: | ERIC VALDEZ, ESQUIRE |

**EXHIBIT "F"**

2

| | | |
|---|---|---|
| 1 | I N D E X | |
| 2 | TESTIMONY OF ROBERT CUTHILL, JR. | |
| 3 | DIRECT EXAMINATION BY MR. COBERT | 15 |
| 4 | CROSS EXAMINATION BY MR. PARK | 37 |
| 5 | REDIRECT EXAMINATION BY MR. COBERT | 51 |
| 6 | TESTIMONY OF ELIZABETH GREEN | |
| 7 | DIRECT EXAMINATION BY MR. PARK | 55 |
| 8 | CROSS EXAMINATION BY MR. SHUKER | 63 |
| 9 | TESTIMONY OF ANITA CREAM | |
| 10 | DIRECT EXAMINATION BY MR. PARK | 66 |
| 11 | CROSS EXAMINATION BY MR. COBERT | 75 |
| 12 | REDIRECT EXAMINATION BY MR. PARK | 95 |
| 13 | RECROSS EXAMINATION BY MR. COBERT | 96 |
| 14 | CERTIFICATE OF OATH | 109 |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

**EXHIBIT "F"**

8

1  ISSUES, EXCHANGE EXHIBITS, EXCHANGE WITNESSES, I THINK THAT

2  WOULD EXPEDITE TRIAL AND WOULD AVOID ANY SURPRISES OR

3  ANY LAST MINUTE DOCUMENTS DRIPPING IN FROM EITHER PARTY.

4      IF WE WANT TO TRY AND SCHEDULE A PRE-TRIAL

5  CONFERENCE FOR LATE AUGUST, I THINK THAT WOULD BE --- I

6  THINK THAT WOULD BE DOABLE. I MEAN, IT WOULD BE A PRETTY

7  BUSY SUMMER AND IT'S DIFFICULT TO GET ALL OF THESE NINE OR

8  TEN PEOPLE SCHEDULES READY, BUT I THINK WE CAN DO IT.

9      THE COURT: IS THERE ANY REMOTE POSSIBILITY OF

10 RESOLUTION OR DO YOU --- I MEAN, YOU NEVER KNOW FOR SURE,

11 BUT DO YOU THINK THAT'S POSSIBLE?

12     MS. IDE: DISCUSSIONS HAVE BEEN DIFFICULT, YOUR HONOR.

13 WE'RE NOT RULING IT OUT. WE NEVER DO. THERE ARE SOME ---

14 YOU KNOW, AEM, ACCORDING TO THE IRS RECORDS OWES ABOUT 3-

15 MILLION DOLLARS IN 941 TAXES. THE DEBTOR IS REQUESTING

16 ABOUT A 26-MILLION DOLLAR REFUND. I THINK THAT ONCE WE

17 INTERVIEW A FEW MORE PEOPLE, IT MAY BE THAT THE DEBTORS

18 WANT TO RESUME SOME KIND OF DISCUSSIONS, BUT WE HAVE NOT

19 HAD VERY FRUITFUL DISCUSSIONS TODAY.

20     THE COURT: OKAY. AND MR. SHUKER, WHAT IS YOUR

21 THOUGHTS?

22     MR. SHUKER: YOUR HONOR, I DON'T KNOW ABOUT THE NINE

23 FOLKS. I THINK MS. IDE IS COMBINING THE REQUEST FOR REFUND

24 WITH THE CLAIM OBJECTION. THIS HAPPENED, AS YOU WILL

25 RECALL, MIRABILIS, THE SAME TYPE OF THING, THEY WERE LOSING

**EXHIBIT "F"**

9

1 FOCUS OF THE FACT THAT THIS IS JUST AN OBJECTION TO THEIR 3-
2 MILLION DOLLAR CLAIM.
3     IF SHE WANTS TO COMBINE THAT WITH THE TRIAL TO GIVE
4 US 26-MILLION IF WE WIN, I'M HAPPY TO DO THAT, BUT I DON'T
5 THINK THAT'S WHAT TEED UP AND THAT'S WHY I THOUGHT WE
6 WOULD BE READY TO GO BY AUGUST BECAUSE I DON'T THINK
7 THERE ARE A WHOLE LOT OF WITNESSES NEEDED FOR THE
8 DISCRETE ISSUE OF THE CLAIM THEY FILED THAT WE'RE
9 OBJECTING TO.
10     THAT BEING SAID, MR. CUTHILL IS OUT FROM JULY 26TH UNTIL
11 AFTER LABOR DAY, SO I WOULD SUGGEST THAT WE COME BACK
12 THE FIRST --- THE SECOND WEEK IN SEPTEMBER FOR A STATUS
13 CONFERENCE TO SEE IF WE CAN SET THE TRIAL.
14     THE COURT: DO YOU ANTICIPATE TEEING UP THE REFUND
15 ISSUE?
16     MR. SHUKER: WE REALLY DIDN'T BECAUSE THERE ARE SOME
17 PROCEDURAL HURDLES YOU HAVE TO GO THROUGH. IT HAS TO BE
18 UNDISPUTED, THEN THEY HAVE TO NOT REFUND IT FOR 120-DAYS
19 OR 160-DAYS AND THEN YOU CAN TEE UP THE REQUEST FOR
20 REFUND.
21     THE COURT: OKAY.
22     MS. IDE: YOUR HONOR, WE ASSUMED IT WAS TEED UP
23 BECAUSE IN THE OBJECTION TO CLAIM, WHAT THEY SAID IS NOT
24 ONLY DO WE NOT OWE THE 3-MILLION DOLLARS, BUT YOU OWE US
25 26.

**EXHIBIT "F"**

```
                                                                          10
 1         THE COURT: OKAY.
 2         MS. IDE: SO WE ASSUMED THAT THEY WERE SEEKING ONE IN
 3   THE SAME.
 4         MR. SHUKER: IF THEY'LL LET IT BE PART OF THAT, GREAT,
 5   WE'VE SAVED TIME. IF THEY'RE NOT GOING TO RAISE A
 6   PROCEDURAL OBJECTION THAT IT WASN'T TEED UP PROPERLY,
 7   THEN YES, LET'S HAVE FORMAL PRE-TRIAL AND DO THE WHOLE
 8   THING IN ONE SWOOP.
 9         MS. IDE: WE HAVE NO PROBLEM WITH TREATING THE
10   CONTESTED MATTER AS A 505 PROCEEDING IS HOW WE, IN ESSENCE,
11   WE HAVE ALL TREATED IT THAT WAY EVEN THOUGH IT WASN'T
12   FILED THAT WAY.
13         THE COURT: VERY GOOD. GOOD.
14         MR. SHUKER: IN THAT CASE, YOUR HONOR, I'M HAPPY TO
15   WORK WITH MS. IDE ON A PRE-TRIAL ORDER AND IF WE COULD
16   COME BACK FOR STATUS IN SEPTEMBER, WE CAN SEE HOW WE'VE
17   DONE ON THAT AND A MORE FORMAL PRE-TRIAL ORDER SINCE IT
18   WILL BE THE WHOLE SHOOTING MATCH.
19         THE COURT: VERY GOOD. I WILL SET A CONTINUED PRE-
20   TRIAL CONFERENCE FOR SEPTEMBER THE 15$^{TH}$ AT 11:00 A.M. IF THE
21   PROCEEDING MEMO COULD JUST ASK THE PARTIES TO CONFER ON
22   A PROPOSED CASE MANAGEMENT TYPE OF ORDER, I CAN
23   CERTAINLY MAKE THE RULINGS, BUT I REALLY WOULD LIKE YOU
24   ALL TO TAKE THE FIRST STAB AT ISSUES BECAUSE YOU'LL KNOW
25   MUCH MORE SPECIFICALLY THAN ME WHAT WOULD BE
```

**EXHIBIT "F"**