

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/26/2013 01:00 PM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:08-bk-04681-KSJ | 11 | 06/05/2008 |

Chapter 11

**DEBTOR:**   AEM, Inc

**DEBTOR ATTY:**   Mariane Dorris

**TRUSTEE:**   NA

**HEARING:**

STATUS CONFERENCE
          Note: Con't from 10/17/12
          Plan Confirmed 10/27/09

**APPEARANCES:**:
Scott Shuker - D'or
Elena Escamilla - US Tee
Mitchell - Coastal Equity partners ; 3800 Caroline Holding
Marianne Dorris - D'or
R.W. Cuthill - D'or
David Schraeder - Mr. Richardson
Charles Green - Mr. Richardson
Valerie Preiss - US DOJ

**RULING:** Tagged for Audio Access

RULING:
STATUS CONFERENCE - CONT'D to 6/12/13 at 10:15am. AOCNFNG.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.