**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE:

AEM, INC., and MIRABILIS VENTURES, INC.,

    Debtors.
_____

AEM, INC., and MIRABILIS VENTURES, INC.,

    Appellants,

vs.

UNITED STATES OF AMERICA,

    Appellee.
_____

Case No. 6:12-cv-636-Orl-37
Consolidated with
Case No. 6:12-cv-638-Orl-37
Case No. 6:12-cv-639-Orl-37

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal (Doc. 27), filed June 4, 2013. Accordingly, it is

**ORDERED** that this case and the associated cases are hereby **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** the files.

**DONE AND ORDERED** in Orlando, Florida this 5th day of June, 2013.

ROY B. DALTON, JR.
United States District Judge

Copies: Counsel of Record

Case 6:12-cv-00686-RBD-KRS Document 283 Filed 06/07/13 Page 2 of 2 PageID 1830